# EXHIBIT 3

Sept. 10, 2024 Arlington County Electoral Board Meeting Minutes



ARLINGTON
VIRGINIA

GRETCHEN REINEMEYER
GENERAL REGISTRAR

ARLINGTON COUNTY, VIRGINIA
ELECTORAL BOARD
OFFICE OF VOTER REGISTRATION
2100 CLARENDON BOULEVARD, SUITE 320
ARLINGTON, VIRGINIA 22201
(703) 228-3456 • FAX (703) 228-3659
EMAIL: voters@arlingtonva.us
www.vote.arlingtonva.gov



RICHARD SAMP
CHAIR

DOMINICK SCHIRRIPA
VICE CHAIR

KIMBERLY PHILLIP
SECRETARY

## Arlington County Electoral Board Meeting Minutes
## September 10, 2024

The Electoral Board of Arlington County met on September 10, 2024, at the Arlington County Office Building, 2100 Clarendon Blvd., Room 318. The meeting was called to order by Chair Richard Samp at 6:01 pm. Also present were Dominick Schirripa, Vice Chair, Kimberly Phillip, Secretary, Gretchen Reinemeyer, Director of Elections.

Mr. Samp made a motion to amend the agenda to add a closed session. Mr. Schirripa seconded. The motion was unanimously adopted.

Mr. Samp moved that the minutes from the meeting of the Board held August 13, 2024, be adopted. Mr. Schirripa seconded. The motion to accept the minutes was unanimously adopted.

The Board heard public comment.

- Constance Potter, League of Women Voters (The League): The League is encouraging people to check their voter registration and to mail ballots ten days before the deadline.
- Frank Lusby, Election Integrity Group: Thanked Board and staff for the election officer affiliation process. Noted a spike in UOCAVA applications for overseas voters.

Mr. Samp made a motion to approve 78 new Election Officers with a term ending February 28, 2025. Ms. Phillip seconded. Mr. Schirripa noted that there was a typo, and the actual number is 77. The motion passed unanimously with the corrected number of 77.

Almost 200 ballots were disqualified in the June 2024 election due to mail issues. Ballots must arrive at the office pursuant to VA Code § 24.2-709 (B): "Notwithstanding the provisions of subsection A, any absentee ballot (i) returned to the general registrar after the closing of the polls on election day but before noon on the third day after the election and (ii) postmarked on or before the date of the election shall be counted pursuant to the procedures set forth in this chapter if the voter is found entitled to vote. For purposes of this subsection, a postmark shall include any other official indicia of confirmation of mailing by the United States Postal Service or other postal or delivery service."

The Board discussed ineligible voters and requested an update. The list is still under investigation by the Commonwealth's Attorney's office. Mr. Samp made a motion to refer the list to the Attorney General's Office for further investigation. Mr. Schirripa seconded. The motion passed unanimously. The board would like to meet with the Commonwealth's Attorney at the October 1, 2024 meeting.

Ms. Reinemeyer gave an update on the November ballot. An additional presidential candidate was added. Virginie Department of Elections approved the ballot September 9, 2024. The ballot will be a 17-inch 2-sided ballot. Robert F. Kennedy is not on the ballot; he submitted a withdrawal form.

Pursuant to Va Administrative Code § 1VAC20-60-70, Logic and Accuracy Testing will be September 17. Notice will be sent to candidates and political parties.

Ms. Reinemeyer shared the office outreach calendar.

Pursuant to Va Code § 2.2-3711(D)(7), Mr. Samp made a motion to move into executive session for the purpose of discussing legal advice. Mr. Schirripa seconded. The motion passed unanimously. The Board went into closed session at 6:23 pm.

Pursuant to Va Code § 2.2-3711(D)(7), the board came out of executive session. Mr. Samp made the motion for the board to come out of closed session and certify that only public business matters lawfully exempt from open meeting requirements by Virginia Law and only such public business matters as were identified in the motion convening the closed session were heard, discussed, or considered. Mr. Schirripa seconded. The motion passed unanimously. The Board reconvened the public meeting at 6:47 pm.

There being no further business Mr. Schirripa moved that the meeting be adjourned. Mr. Samp seconded. The motion was unanimously adopted, and the Board adjourned at 6:48 pm.

Richard Samp, Chair

Dominick Schirripa, Vice Chair

Kimberly Phillip, Secretary