# EXHIBIT 6

Sept. 12, 2024 Loudoun County Electoral Board Meeting Packet

**Chairman**
Shelley Oberlander

**Vice-Chairman**
Kaysi Sanden

**Secretary**
Ellen Heald



# Loudoun County, Virginia

## Office of Elections and Voter Registration – Electoral Board

750 Miller Drive SE, Suite 150, Leesburg, VA  20175
703/777-0380 V/TDD ~ FAX 703/777-0622

Electoral Board
Meeting Agenda
Office of Elections Training Room
Thursday, September 12, 2024
1:00 P.M.

I.      Call to Order –Chair Oberlander

II.     Approval of Meeting Agenda

    a.   Requests for Additions/Deletions

III.    Approval of Previous Meeting Minutes

IV.     Public Comment

V.      Director's Report

    a.   Non-U.S. Citizen Voting Update

    b.   Signage Update per Executive Order #35

    c.   ADA Compliance Update

    d.   Ballot Order Update

VI.     Deputy Director's Report

    a.   L&A Testing Update

    b.   Emergency Preparedness Update

    c.   Election Officer Training Update

VII.    Information Items

    a.   List Maintenance Update

    b.   November Risk-Limiting Audit Update

VIII.   Action Items

    a.   Election Officer Appointments

    b.   Authority to Assign Non-Partisan Election Officers

IX.     Board Comments & Disclosures

X.      Schedule Next Meeting – (October 10, 2024 – 1:00 p.m.)

XI.     Closed Session

    a.   Security Matters

    b.   Emergency Preparedness

XII.    Adjourn

**Chairman**

**Vice-Chairman**
Shelley Oberlander

**Secretary**
Ellen Heald



# Loudoun County, Virginia

**Office of Elections and Voter Registration – Electoral Board**
750 Miller Drive SE, Suite 150, Leesburg, VA  20175
703/777-0380 V/TDD ~ FAX 703/777-0622

Electoral Board
Meeting Agenda
Office of Elections Training Room
Thursday, August 15, 2024
1:00 P.M.

I.      Call to Order – Vice-Chair Oberlander

    a.   Vice-Chair Oberlander called the meeting to order at 1:07 p.m. on August 15, 2024.

II.     Organization of Electoral Board

    a.   Motion: Vice-Chair Oberlander appoints herself Chair and Kaysei Sanden Vice-Chair. The motion was approved 2-0-0.

III.    Approval of Meeting Agenda

    a.   Motion: Chair Oberlander moved to move public comment after action items. The motion was approved 2-0-0.

    b.   Chair Oberlander moved to make edits on the agenda of meeting. The motion was approved 2-0-0.

IV.     Approval of Previous Meeting Minutes

    a.   Motion: Chairman Oberlander moved to approve the meeting minutes of the July 11, 2024 meeting with edits. The motion was approved 2-0-0.

V.      Staff Reports

    a.   Director Judy Brown

    b.   Deputy Director Richard Keech

VI.     Information Items

    a.   List Maintenance Update

        i.   Chair Oberlander motioned to turn over non-citizens with voter history for investigation

        ii.  Vice-Chair Sanden moves to table motion for adequate time to research process/gather information

        iii. Chair Oberlander motioned to turn over non-citizens with voter history for investigation

 

**Chairman**

**Vice-Chairman**
Shelley Oberlander

**Secretary**
Ellen Heald

# Loudoun County, Virginia

**Office of Elections and Voter Registration – Electoral Board**
750 Miller Drive SE, Suite 150, Leesburg, VA  20175
703/777-0380 V/TDD ~ FAX 703/777-0622

       1. Chair Oberlander requested a full report from Registrar for next meeting on non-citizens on the voter rolls with voting history.

   b. November General Election Update

VII.  Action Items

   a. November Risk-Limiting Audit

       i. Chair Oberlander motions the Loudoun County Electoral Board authorize Chair, Shelley Oberlander, to send communication to the State Board of Elections and the Commissioner of Elections, Susan Beals on behalf of the Electoral Board, requesting they consider using the Batch-Comparison Method for the 2024 Statewide risk limiting audit and for the audit to be conducted using the November 5, 2024 Presidential race. The motion was approved 3-0-0.

   b. Early Voting Schedule for November General Election

       i. Chair Oberlander motioned that the Electoral Board of Loudoun County approve the early voting schedule for the November 2024 General Election as presented in this item. The motion was approved 2-1-0. Chair Oberlander and Vice-Chair Sanden- Aye, Secretary Heald- Nay.

   c. November Election Ballot Order

       i. Chair Oberlander motioned that the Electoral Board of Loudoun County approve the ordering of ballots equal to a turnout of approximately 80% for the Presidential Election to be held on November 5, 2024. The motion was approved 3-0-0.

   d. Election Officer Appointments

       i. Chair Oberlander motioned that the Loudoun County Electoral Board appoint the 236 Election Officer applicants on the list provided as Election Officers to a term to expire on February 28, 2025. The motion was approved 3-0-0.

   e. ADA Compliance Confirmation

       i. Chair Oberlander motioned move the Loudoun County Electoral Board approve the Annual ADA Compliance Confirmation form. The motion was approved 3-0-0.

**Chairman**

**Vice-Chairman**
Shelley Oberlander

**Secretary**
Ellen Heald



# Loudoun County, Virginia

**Office of Elections and Voter Registration – Electoral Board**

750 Miller Drive SE, Suite 150, Leesburg, VA  20175
703/777-0380 V/TDD ~ FAX 703/777-0622

      ii. Chair Oberlander motioned move the Loudoun County Electoral Board Secretary sign the Annual ADA Compliance Confirmation form and provide it to the General Registrar for submission no later than Thursday, August 29, 2024. The motion was approved 3-0-0.

      iii. Chair Oberlander requested that the Office of Elections adds information about service dogs in Election Officer Training.

    f. Non-U.S. Citizen Voting

      i. Vice-Chair Sanden motioned to table this discussion until more information was received from the state. The motion was approved 3-0-0.

      ii. Chair Oberlander motioned to retroactively evaluate the voter roll. Vice-Chair Sanden motioned to table discussion until more information. Chair Oberlander amend the motion to table discussion and to send a letter to Commissioner Beals. The motion was approved 3-0-0.

VIII. Public Comments

    a. Herschel Kanter-Election Calendar

    b. Patti Maslinoff- Early Voting

    c. Beverly Ricci – Early Voting

    d. Thomas Price– Early Voting

    e. Alicia Slook – Transparency

    f. Lara Larson – Early Voting

    g. Amy Richards- Election Officer Appointments

    h. Brenda Bengtson– Early Voting

    i. Marcy Hemminger- Non- Citizen Voting

    j. Jim Buttolph- Non- Citizen Voting

    k. Richard Ryan- Contingency Plans

    l. Thomas Kasperek - List Maintenance

    m. Buta Biberaj – Early Voting

    n. Donna Stowe-– Early Voting

    o. John Logalbo-– Early Voting

    p. Gail Pean- Election Calendar

**Chairman**

**Vice-Chairman**
Shelley Oberlander

**Secretary**
Ellen Heald



# Loudoun County, Virginia

**Office of Elections and Voter Registration – Electoral Board**

750 Miller Drive SE, Suite 150, Leesburg, VA  20175
703/777-0380 V/TDD ~ FAX 703/777-0622

  q.  Jo-Ann Chase- Non- Citizen Voting

IX.    Board Comments & Disclosures

  a.  Chairman Oberlander praises the team at the Office of Elections.

  b.  Secretary Heald welcomes Vice-Chair Sanden to the board.

X.    Schedule Next Meeting

  a.  Chairman Oberlander moved that the next monthly meeting of the Loudoun County
      Electoral Board be September 12th, 2024, at 1:00 p.m.

XI.    Adjourn

  a.  The meeting was adjourned at 2:33 p.m.

**Date of Meeting:** <u>September 12, 2024</u>

# I-a

**ELECTORAL BOARD**
**COUNTY OF LOUDOUN**
**INFORMATION ITEM**

**SUBJECT**:   List Maintenance

**PURPOSE**:   Update on list maintenance

**STAFF:**      Judith Brown, Director of Elections

---

**BACKGROUND**:  Va. Code 24.2 requires certain list maintenance activities occur on a regular ongoing basis including the following:

> Confirmation Mailings (Annually – July)
> Felon Records (Monthly)
> Mentally Incapacitated Adjudications (Monthly)
> Non-Citizen Records (Monthly) Note: Records Populating Daily
> Death Records - (Weekly as of July 1, 2022)
> DMV License Surrender – (Monthly as of October 2023)

In accordance with Va. Code, information for list maintenance activities is provided to the Virginia Department of Elections (ELECT) and that data is then transmitted to local registrars to be processed, including removal of names from the voter rolls for those who are deemed to be a match with the data being provided and the data on the voter rolls.  The attached chart provides a breakdown of the number of individuals removed from the voter rolls during the month of August 2024.

DMV noncitizen data is transmitted to ELECT in accordance with Va. Code §24.2-410.1 and §24.2-427(c).  This information is sent by ELECT to general registrars in VERIS hoppers.  The general registrar reviews those records.  The following notice is sent to the registered voter.

*NOTICE OF INTENT TO CANCEL*

*We have received information that you indicated on a recent DMV application that you are not a citizen of the United States. If the information provided was correct, you are not eligible to register to vote. If the information is incorrect and you are a citizen of the United States, please complete the Affirmation of Citizenship form and return it using the enclosed envelope. If you do not respond within 14 days, you will be removed from the list of registered voters.*

*If you believe this notice has been issued in error or have any questions about this notification, please call the Office of General Registrar.*

If the voter provides the affirmation of citizenship form, the voter remains registered.  If the voter does not affirm citizenship, their registration is cancelled, and a notice of cancellation is sent.


**ISSUES**:  Under NVRA, we are not permitted to remove someone simply because mail is returned as undeliverable.  We will mark them for "confirmation notice".  They will be sent a notice and if they don't respond, they will be changed to inactive.  This is an automated process in the voter registration system.  The voter will remain on the voter rolls as inactive for two federal elections before being removed.  If, however, they appear to vote their record will become active.  A voter who is inactive or marked for confirmation must complete the Affirmation of Eligibility form before being permitted to vote.  By completing and signing the Affirmation of Eligibility form, the individual is stating they do still reside at the address on file.

| Cancellations | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Yearly Total Cancelled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deceased | 158 | 148 | 100 | 153 | 122 | 112 | 171 | 109 | 163 | | | | | 1078 |
| Felony | 2 | 5 | 17 | 10 | 8 | 11 | 2 | 18 | 14 | | | | | 85 |
| Non-Citizen | 8 | 13 | 9 | 7 | 11 | 7 | 4 | 3 | 8 | | | | | 62 |
| Mentally Incapacitated | 0 | 0 | 1 | 0 | 4 | 0 | 2 | 2 | 1 | | | | | 10 |
| Out of State/Other | 70 | 112 | 87 | 87 | 70 | 306 | 240 | 960 | 368 | | | | | 2230 |
| Inactive Purge | | | | | | | | | | | | | | 0 |
| Total Records Cancelled Monthly | 238 | 278 | 214 | 257 | 215 | 436 | 419 | 1092 | | | | | | 2911 |
| **Registered Voters** | | | | | | | | | | | | | | |
| Active Registered Voters | 274,385 | 275,275 | 275,828 | 277,697 | 278,627 | 279,331 | 278,974 | 273,558 | 276,356 | | | | | |
| Inactive Registered Voters | 21,563 | 21,375 | 21,284 | 21,007 | 20,864 | 20,708 | 20,607 | 27,081 | 26,300 | | | | | |
| Total Registered Voters | 295,948 | 296,650 | 297,112 | 298,704 | 299,491 | 300,039 | 299,581 | 300,639 | 302,656 | | | | | |
| Net Increase/Decrease Total Registered Voters | 971 | 702 | 462 | 1,592 | 787 | 548 | -458 | 1,058 | 2,017 | | | | | 6708 |
| | | | | | | | | | | | | | | |
| New Voters | 919 | 959 | 542 | 1,691 | 971 | 885 | 344 | 1,988 | 2,137 | | | | | 9517 |

**Date of Meeting:**  <u>September 12, 2024</u>

# I-b

**ELECTORAL BOARD
COUNTY OF LOUDOUN
INFORMATION ITEM**

**SUBJECT**:   November Risk-Limiting Audit

**PURPOSE**:   Update on November Risk-Limiting Audit

**STAFF:**      Shelley Oberlander, Chair

---

**BACKGROUND**:  The Loudoun County Electoral Board voted to request the State Board of Elections consider the use of the Batch Comparison Method Audit and to consider an audit of the United States Senate race following the November 2024 election.

The State Board of Elections met on Tuesday, September 3, 2024 to determine the type of audit to be used when auditing the statutorily required United States House of Representatives race following the November election and to decide if they want to conduct a state-wide audit of the United States Senate race and if so, the audit method to used.

The State Board of Elections voted to use the Batch Comparison Method for the audit of the United States House of Representatives.  All 11 congressional districts are eligible this year for audit, provided that the margin of the contest does not fall below 1%.  One contest will be chosen at random during the November 18 State Board of Elections meeting.

The State Board of Elections voted to conduct a statewide audit of the United States Senate race using the Ballot Polling Method.  The last statewide RLA was conducted in 2021 of the U.S. Senate and Presidential contests.

[Insert Item Number and Title of Item]
[Insert Name of Meeting]
[Month XX, XXXX]
Page 2

**Date of Meeting:**  <u>September 12, 2024</u>

# A-a

**ELECTORAL BOARD**
**COUNTY OF LOUDOUN**
**ACTION ITEM**

**SUBJECT**:    Appointment of Election Officers

**CRITICAL ACTION DATE**:  None

**PURPOSE:**    Seek Electoral Board Approval of Additional Election Officers

**STAFF:**    Judith Brown, Director of Elections

---

**BACKGROUND**:  Each month staff presents names of citizens that have applied to become election officers for Loudoun County.  Those wishing to represent a party are sent to the respective party for approval. By approving election officers now, they will have an opportunity to sign up for a training session that better fits their schedule

The October Electoral Board meeting will be the last opportunity for approving election officers to serve in the November 2024 election.

All election officers currently in our database will continue to serve until their term expires on February 28, 2025.  In January 2025 both parties will submit the names of election officers they wish to have appointed or reappointed to a new term by the Electoral Board.

**ISSUES**:  None.

**DRAFT MOTIONS**:

1. I move that the Loudoun County Electoral Board appoint the **XXX** Election Officer applicants on the list provided as Election Officers to a term to expire on February 28, 2025.

    OR

2. I move an alternate motion.

**ATTACHMENTS**:

1. List of Election Officer applicants

| | First Name | Last Name | Home Precinct | Party |
|---|---|---|---|---|
| 1 | Matthew | Adjei | 119 | D - Democratic |
| 2 | Anaum | Ahmad | 822 | D - Democratic |
| 3 | Adnan | Al Ghazzouli | 120 | D - Democratic |
| 4 | Elizabeth | Alfsen | 710 | D - Democratic |
| 5 | Ranveer | Ambati | 313 | D - Democratic |
| 6 | Tyler | Andress | 505 | D - Democratic |
| 7 | Tine | Beam | 501 | D - Democratic |
| 8 | Anne | Bowen | 210 | D - Democratic |
| 9 | Jill | Bran | 319 | D - Democratic |
| 10 | Joanne | Brooks | Fairfax Co. | D - Democratic |
| 11 | Brandon | Brown | 823 | D - Democratic |
| 12 | Aaron | Brown | 823 | D - Democratic |
| 13 | Laura | Brumsey | 701 | D - Democratic |
| 14 | William | Carter | 221 | D - Democratic |
| 15 | Victoria | Chevalier | 630 | D - Democratic |
| 16 | Sherry | Cupac | 621 | D - Democratic |
| 17 | Elizabeth | Dears | 512 | D - Democratic |
| 18 | Wilton | Dickerson | 501 | D - Democratic |
| 19 | Mariam | Ebrahimi | 512 | D - Democratic |
| 20 | John | Eubanks | 220 | D - Democratic |
| 21 | Christine | Favreaux | 820 | D - Democratic |
| 22 | Rose | Fernandez Eubanks | 220 | D - Democratic |
| 23 | Jan | Fruiterman | 512 | D - Democratic |
| 24 | Edwin | Gallahan | 504 | D - Democratic |
| 25 | Kayla | Giuliani | 309 | D - Democratic |
| 26 | Gregory | Goin | 321 | D - Democratic |
| 27 | Chloe | Goldbach | 209 | D - Democratic |
| 28 | David | Goldberg | 210 | D - Democratic |
| 29 | Sarah | Goodwin | 622 | D - Democratic |
| 30 | Karen | Grant | 121 | D - Democratic |
| 31 | Jessica | Haas | 207 | D - Democratic |
| 32 | Allen | Hamblin | 427 | D - Democratic |
| 33 | Michael | Hardey | 425 | D - Democratic |
| 34 | Roynda | Hartsfield-Nack | 214 | D - Democratic |
| 35 | Gerald | Harvey Jr | 512 | D - Democratic |
| 36 | Stephen | Heinz | 326 | D - Democratic |
| 37 | Erin | Henning | 321 | D - Democratic |
| 38 | Shirley | Heying | 219 | D - Democratic |
| 39 | Mary | Homer | 622 | D - Democratic |
| 40 | Shani | Hosten | 217 | D - Democratic |
| 41 | Cuong | Huynh | 220 | D - Democratic |
| 42 | Nancy | Iarossi | 402 | D - Democratic |
| 43 | Frank | Iarossi | 402 | D - Democratic |

| 44 | Alice | Jacobson | 328 | D - Democratic |
|----|-------|----------|-----|----------------|
| 45 | Danielle | Johnson | 126 | D - Democratic |
| 46 | Tammy | Jones | 112 | D - Democratic |
| 47 | Julia | Kasdorf | 402 | D - Democratic |
| 48 | Sandra | Kereluk | 215 | D - Democratic |
| 49 | Lauren | Lang | 402 | D - Democratic |
| 50 | Brian | Lewis | 714 | D - Democratic |
| 51 | Kaitlin | Lozinski | 411 | D - Democratic |
| 52 | Ita | Mandel | 702 | D - Democratic |
| 53 | Gloria | Martin | 622 | D - Democratic |
| 54 | Sandra | McBride | 416 | D - Democratic |
| 55 | Janet | Mccormick | 815 | D - Democratic |
| 56 | Camilla | MGhee | 325 | D - Democratic |
| 57 | Mbonisi | Mzamo | 713 | D - Democratic |
| 58 | Terrica | Neal-Smith | 326 | D - Democratic |
| 59 | Wendi | Owens | 208 | D - Democratic |
| 60 | Jonathan | Owens | 208 | D - Democratic |
| 61 | Rutherford | Poats | 426 | D - Democratic |
| 62 | Bobbie | Price II | 701 | D - Democratic |
| 63 | Mia | Puccio | 819 | D - Democratic |
| 64 | Tony | Radfar | 808 | D - Democratic |
| 65 | Bishara | Rahman | 409 | D - Democratic |
| 66 | Paola (Noemi) | Reyes Cruz | 215 | D - Democratic |
| 67 | Vanessa | Richardson | 627 | D - Democratic |
| 68 | Gail | Robinson | 210 | D - Democratic |
| 69 | Robert | Roncace | 621 | D - Democratic |
| 70 | Elizabeth | Ross | 319 | D - Democratic |
| 71 | Andrew | Ross | 119 | D - Democratic |
| 72 | Ann | Rutland | 508 | D - Democratic |
| 73 | Venkateswara | Sattiraju | 107 | D - Democratic |
| 74 | Janice | Saylor | 627 | D - Democratic |
| 75 | Robin | Shear | 325 | D - Democratic |
| 76 | Liane | Simpson | 615 | D - Democratic |
| 77 | Prisha | Singh | 124 | D - Democratic |
| 78 | Susan | Spence | 209 | D - Democratic |
| 79 | Susan | Spruill | 216 | D - Democratic |
| 80 | Usha | Srivatsan | 814 | D - Democratic |
| 81 | William | Stalcup | 817 | D - Democratic |
| 82 | Kim | Stinger | 402 | D - Democratic |
| 83 | Kerry | Sullivan | 815 | D - Democratic |
| 84 | James | Taylor | 107 | D - Democratic |
| 85 | Kanan | Thaker | 621 | D - Democratic |
| 86 | Kimberly | Thomas | 218 | D - Democratic |
| 87 | Henry | Tolbert | 702 | D - Democratic |

| | First Name | Last Name | Home Precinct | Party |
|---|---|---|---|---|
| 88 | Christopher | Tully | 216 | D - Democratic |
| 89 | Susan | Tully | 216 | D - Democratic |
| 90 | Cynthia | Vough | 325 | D - Democratic |
| 91 | Courtney | Wayland | 416 | D - Democratic |
| 92 | Elizabeth | White | 307 | D - Democratic |
| 93 | Hubert | Wyllie | 823 | D - Democratic |
| | **First Name** | **Last Name** | **Home Precinct** | **Party** |
| 1 | Christine | Adkins | 428 | R - Republican |
| 2 | Tallal | Afzal | 108 | R - Republican |
| 3 | Catherine | Alifrangis | 822 | R - Republican |
| 4 | Matthew | Archer | 411 | R - Republican |
| 5 | James | Arter | 416 | R - Republican |
| 6 | Emmeline | Arthur | 416 | R - Republican |
| 7 | Laila | Bober | 623 | R - Republican |
| 8 | Stephen | Bozzo | 510 | R - Republican |
| 9 | Joseph | Bradford | 504 | R - Republican |
| 10 | Todd | Brazas | 402 | R - Republican |
| 11 | Dennis | Brouwer | 426 | R - Republican |
| 12 | Melissa | Brown | 326 | R - Republican |
| 13 | Kristina | Bullock | 511 | R - Republican |
| 14 | Laurie | Bush | 216 | R - Republican |
| 15 | Shamonique | Chacon | 314 | R - Republican |
| 16 | Sharon | Christenson | 512 | R - Republican |
| 17 | Becky | Christian | 314 | R - Republican |
| 18 | Mital | Christian | 511 | R - Republican |
| 19 | Cliff | Clary | 710 | R - Republican |
| 20 | Elizabeth | Courts | 308 | R - Republican |
| 21 | Sheila | Cowling | 413 | R - Republican |
| 22 | Julie | Curry | 815 | R - Republican |
| 23 | Ethan | Dahlby | 328 | R - Republican |
| 24 | Ngoc | Dang | 314 | R - Republican |
| 25 | Torre | Daniell | 409 | R - Republican |
| 26 | Ralph | Davis | 209 | R - Republican |
| 27 | Ross | Deem | 413 | R - Republican |
| 28 | Tauna | Delmonico | 409 | R - Republican |
| 29 | Patricia | DeSouza | 623 | R - Republican |
| 30 | Christopher | Dieken | 427 | R - Republican |
| 31 | David | Doby | 511 | R - Republican |
| 32 | Stephanie | Downer | 120 | R - Republican |
| 33 | William | Downer Jr | 120 | R - Republican |
| 34 | Robert | Drosdzal | 815 | R - Republican |
| 35 | John | Dubia | 512 | R - Republican |
| 36 | Edward | Ellis | 810 | R - Republican |
| 37 | Diane | Fairgrieve | 409 | R - Republican |

| 38 | Charles | Faust | 430 | R - Republican |
|----|---------|-------|-----|----------------|
| 39 | James | Fishenden | 627 | R - Republican |
| 40 | Victor | Flores | 509 | R - Republican |
| 41 | Jennifer | Fox | 409 | R - Republican |
| 42 | Tony | Gallardo | 820 | R - Republican |
| 43 | Nestor | Gotay Umana | 512 | R - Republican |
| 44 | Steven | Hall | 401 | R - Republican |
| 45 | Donna | Hartford | 504 | R - Republican |
| 46 | Elliot | Hartford JR | 504 | R - Republican |
| 47 | Edward | Hauschild | 403 | R - Republican |
| 48 | Donna | Hoffman | 504 | R - Republican |
| 49 | Charlotte | Holland | 817 | R - Republican |
| 50 | James | Huber | 503 | R - Republican |
| 51 | Kimberly | Hurst | 308 | R - Republican |
| 52 | Deborah | James | 424 | R - Republican |
| 53 | Mark | Johnston | 503 | R - Republican |
| 54 | Douglas | Jones | 409 | R - Republican |
| 55 | Solomon | Kanamala | 119 | R - Republican |
| 56 | Jerome | Kasper | 626 | R - Republican |
| 57 | Mark | Kastilahn | 621 | R - Republican |
| 58 | Weelfried | Kawaya | 126 | R - Republican |
| 59 | Andrew | Keeter | 820 | R - Republican |
| 60 | John | Keppeler | 326 | R - Republican |
| 61 | Amira | Khater | 319 | R - Republican |
| 62 | Timothy | Lasher | 401 | R - Republican |
| 63 | Gail | Lataille | 427 | R - Republican |
| 64 | Equilla | Lavine | 312 | R - Republican |
| 65 | William (Bill) | Leake | 501 | R - Republican |
| 66 | Daniel | Letson | 505 | R - Republican |
| 67 | Grace | Liang | 126 | R - Republican |
| 68 | Stephen | Limbert | 326 | R - Republican |
| 69 | Barbara | Lowe | 512 | R - Republican |
| 70 | Shinta | Mariana | Fairfax Co. | R - Republican |
| 71 | Andrea | Masters | 511 | R - Republican |
| 72 | Danny (Dan) | Matzker | 416 | R - Republican |
| 73 | Alfred | Mbia | 508 | R - Republican |
| 74 | Robert | McCurdy | 503 | R - Republican |
| 75 | Kelly | McKnight | 510 | R - Republican |
| 76 | George | Merrell | 817 | R - Republican |
| 77 | Tracy | Miller | 401 | R - Republican |
| 78 | Ryan | Mooney | 616 | R - Republican |
| 79 | Richard | Moore | 620 | R - Republican |
| 80 | Mavis | Morris | 815 | R - Republican |
| 81 | Marianne | Mount | 403 | R - Republican |

| | First Name | Last Name | Home Precinct | Party |
|---|---|---|---|---|
| 82 | Kevin | Mulhern | 428 | R - Republican |
| 83 | Donna | Mullen | 401 | R - Republican |
| 84 | Adam | Newland | 509 | R - Republican |
| 85 | Johan | Perez Medina | 712 | R - Republican |
| 86 | Susanh | Perez-Molina | 712 | R - Republican |
| 87 | Elizabeth | Rasiak | 504 | R - Republican |
| 88 | Colleen | Regotti | 120 | R - Republican |
| 89 | Nona | Reynolds | 411 | R - Republican |
| 90 | Kevin | Reynolds | 411 | R - Republican |
| 91 | Elia | Ryan | 705 | R - Republican |
| 92 | Hannah | Serruya | 814 | R - Republican |
| 93 | Julie | Shaheen | 814 | R - Republican |
| 94 | Daniel | Shain | 424 | R - Republican |
| 95 | Cynthia | Smith | 507 | R - Republican |
| 96 | Dina | Smithson | 423 | R - Republican |
| 97 | Richard | Stibi | 221 | R - Republican |
| 98 | Carolyn | Strain | 326 | R - Republican |
| 99 | Connie | Street-Jager | 403 | R - Republican |
| 100 | Blake | Stroud | 503 | R - Republican |
| 101 | Nicole | Stverak | 814 | R - Republican |
| 102 | David | Suddoth | 312 | R - Republican |
| 103 | Afshan | Talib | 808 | R - Republican |
| 104 | Barbara | Tatum | 815 | R - Republican |
| 105 | Olga | Terekhina | 628 | R - Republican |
| 106 | LoriAnn | Waters | 216 | R - Republican |
| 107 | Jeffrey | Weaver | 616 | R - Republican |
| 108 | Joan | West | 504 | R - Republican |
| 109 | Joan | Wilson | 508 | R - Republican |
| 110 | Robert | Wright | 505 | R - Republican |
| 111 | Barbara | Yudd | 402 | R - Republican |
| | **First Name** | **Last Name** | **Home Precinct** | **Party** |
| 1 | Ravi | Achar | 505 | N - Non-Partisan |
| 2 | Adnan | Al Ghazzouli | 120 | N - Non-Partisan |
| 3 | James | Arter | 416 | N - Non-Partisan |
| 4 | Jeffery | Barrows | 621 | N - Non-Partisan |
| 5 | Stephanie | Bidinger | 501 | N - Non-Partisan |
| 6 | David | Bills | 502 | N - Non-Partisan |
| 7 | Elizabeth | Carroll | 430 | N - Non-Partisan |
| 8 | Carey | Cypher | 509 | N - Non-Partisan |
| 9 | Holly | Dhankhar | 622 | N - Non-Partisan |
| 10 | Robert | Di Trolio | 217 | N - Non-Partisan |
| 11 | Michele | Donovan | 815 | N - Non-Partisan |
| 12 | William | Forys | 416 | N - Non-Partisan |
| 13 | Star | Francis | 324 | N - Non-Partisan |

| 14 | Heather | Fruzzetti | 314 | N - Non-Partisan |
|---|---|---|---|---|
| 15 | Jennifer | Gustavus | 823 | N - Non-Partisan |
| 16 | Reynold | Guzman | 716 | N - Non-Partisan |
| 17 | Allen | Hamblin | 427 | N - Non-Partisan |
| 18 | Mary | Henderson | 502 | N - Non-Partisan |
| 19 | Bennet | Humpton | 217 | N - Non-Partisan |
| 20 | Catalina | Johnson | 319 | N - Non-Partisan |
| 21 | Brian | Jordan | 313 | N - Non-Partisan |
| 22 | Laura | Kibble | 409 | N - Non-Partisan |
| 23 | Joan | Lamarre | 505 | N - Non-Partisan |
| 24 | Claudia | Lewis | 615 | N - Non-Partisan |
| 25 | Varinder | Mago | 505 | N - Non-Partisan |
| 26 | Joshua | McCullough | 423 | N - Non-Partisan |
| 27 | Joshua | Meek | 628 | N - Non-Partisan |
| 28 | Jamie | Munizza | 813 | N - Non-Partisan |
| 29 | Jorge | Neyra Vigo | 710 | N - Non-Partisan |
| 30 | Jaja | O'Neil SR | 112 | N - Non-Partisan |
| 31 | Robert | Ohneiser | 402 | N - Non-Partisan |
| 32 | Jae | Park | 107 | N - Non-Partisan |
| 33 | Valerie | Rivera-Sorto | 627 | N - Non-Partisan |
| 34 | Jeffrey | Seggi | 329 | N - Non-Partisan |
| 35 | Christopher | Stanley | 817 | N - Non-Partisan |
| 36 | Suzette | Stone Busa | 509 | N - Non-Partisan |
| 37 | Konah | Terry | 508 | N - Non-Partisan |
| 38 | Mirela | Tsai | 319 | N - Non-Partisan |
| 39 | Amanda | Warrington | 427 | N - Non-Partisan |
| 40 | Frederick | Webb | 702 | N - Non-Partisan |

Date of Meeting:  <u>September 12, 2024</u>

# A-b

**ELECTORAL BOARD**
**COUNTY OF LOUDOUN**
**ACTION ITEM**

**SUBJECT**:  Authorization to Assign Non-Partisan Election Officers

**CRITICAL ACTION DATE**:  September 12, 2024

**PURPOSE:**  Seek approval from the board to place non-partisan election officers in accordance with the Election Officer Assignment Plan

**STAFF:**  Margie Grimes, Election Coordinator

**RECOMMENDATIONS**: **Staff:**  Authorize the Election Coordinator to begin assigning non-partisan election officers when partisan election officers are not available.

---

**BACKGROUND**:  The Electoral Board approved an Election Officer Assignment Plan that indicates no later than 50 days prior to the election the Election Coordinator shall seek approval to begin assigning non-partisan election officers when partisan election officers are not available. Va. Code §24.2-115 allows no more than one-third of the total number of officers appointed for each precinct to be citizens who do not represent any political party if practicable.

**ISSUES**:  Delay in communicating with non-partisan election officers does not afford them an opportunity to sign up for training classes that best fit their schedule.  It is imperative for us to have additional election officers to fill vacancies that may occur as we approach the election when election officers begin to call out, fail to take the required training, or simply do not show up on Election Day.  Some non-partisan election officers are Help Desk or Technology certified and are needed to ensure we have certified election officers in each precinct to ensure uniform procedures are being followed across the Commonwealth.

**DRAFT MOTIONS**:

1.  I move that the Electoral Board authorize the Election Coordinator to begin assigning any non-partisan election officers in accordance with Va. Code §24.2-115 when partisan election officers are not available and/or a Help Desk or Technology certified election officer is needed, if they hold such certification.

OR

2.  I move and alternate motion.