# EXHIBIT 9

Oct. 7, 2024 Email from ELECT re: Notice of Violation of National Voter Registration Act and Demand for Remediation and Documents

**Brent Ferguson**

| | |
|---|---|
| **From:** | FOIA (ELECT) <FOIA@elections.virginia.gov> |
| **Sent:** | Monday, October 7, 2024 9:46 AM |
| **To:** | Brent Ferguson |
| **Cc:** | Danielle Lang; ben.berwick@protectdemocracy.org; Orion Danjuma; Ryan Snow |
| **Subject:** | Fw: Notice of Violation of National Voter Registration Act and Demand for Remediation and Documents |
| **Attachments:** | NVRA VA Notice Letter.10.3.24With Exhibits.pdf |

Brent Ferguson,

Thank you for your letter dated October 3, 2024.

The Virginia Department of Elections' (ELECT) established voter list maintenance processes comply with all applicable state and federal laws, including those referenced in your letter. As stated in ELECT's response to the Virginia Coalition for Immigrant Rights (VACIR) request submitted on August 20, 2024, ELECT will provide the list of individuals cancelled due to being declared a non-citizen within 90 days from the date of VACIR's request in alignment with the National Voter Registration Act (NVRA) and ELECT's standard process for fulfilling requests.

In addition, ELECT will review your new requests for documents and provide an estimate soon.

Thank you,

---

**From:** Brent Ferguson <bferguson@campaignlegalcenter.org>
**Sent:** Thursday, October 3, 2024 5:24 PM
**To:** Beals, Susan (ELECT) <susan.beals@elections.virginia.gov>
**Cc:** SBE - INFO, rr (ELECT) <info@elections.virginia.gov>; mailoag@oag.state.va.us; Danielle Lang <dlang@campaignlegalcenter.org>; ben.berwick@protectdemocracy.org; Orion Danjuma <orion.danjuma@protectdemocracy.org>; Ryan Snow <rsnow@lawyerscommittee.org>
**Subject:** Notice of Violation of National Voter Registration Act and Demand for Remediation and Documents

> **Caution:** This Email Originated Outside ELECT. Exercise Caution When Opening Attachments or Clicking Links, Especially From Unknown Senders.

Commissioner Beals,
Attached is a Notice of Violation of National Voter Registration Act and Demand for Remediation and Documents.
Thank you,

**Brent Ferguson**
Senior Legal Counsel, Voting Rights

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
campaignlegalcenter.org