Civil Action No.  **1:24-cv-01778**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Matthew Weinstein, Board Member**
was recieved by me on **10/09/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Audrey Walker**, a person of suitable age and discretion who resides at **1100 Bank St Fl 1, Richmond, VA 23219**, on **10/10/2024 at 9:55 AM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 170.00** for services, for a total of **$ 170.00**.

I declare under penalty of perjury that this information is true.

Date:  10/11/2024

*Server's signature*

**Desiree Turner**
*Printed name and title*

**7001 Flagstaff LN
104
Henrico, VA 23228**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Audrey Walker who identified themselves as the Admin Supervisor, authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 55-65 years of age, 5'4"-5'6" tall and weighing 240-300 lbs with piercings.**



Tracking #: **0145614592**

