UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

__Virginia Coalition for Immigrant Rights, et al.__

vs.                                   Civil/Criminal Action No. __1:24-cv-01778__

__Susan Beals, in her official capacity as Virginia Commissioner of Elections, et al.__

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for __Virginia Coalition for Immigrant Rights; League of Women Voters of Virginia; LWV Virginia Education Fund; African Communities Together__ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__10/15/2024__                                   __/s/ Shanna Ports__
Date                                              Signature of Attorney or Litigant

                                                 Counsel for Virginia Coalition for
                                                 Immigrant Rights; League of Women Voters
                                                 of Virginia; LWV Virginia Education Fund;
                                                 African Communities Together

Rev. 03/12/19