# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their official capacities as members of the State Board of Elections; and JASON MIYARES, in his official capacity as Virginia Attorney General, <br><br> *Defendants*. | Case No. 1:24-cv-01778 |

<u>**DECLARATION OF MICHAEL P. MCDONALD**</u>

# 1    Background and Qualifications

I am Michael P. McDonald, Professor of Political Science at the University of Florida. I am widely regarded as a leading expert on United States elections. I have published extensively on elections in peer-reviewed journals and I produce what many consider to be the most reliable turnout rates – the percentage of eligible voters who cast a ballot – of the nation and the states.[1] I have published peer-reviewed articles specifically on the reliability of voter registration files[2] and matching algorithms as applied to voter registration files.[3] I am co-author of a book concerning how limitations of computers to accurately store numeric data can lead to erroneous statistical analyses.[4]

In my career, I worked directly with state and local election officials in varying capacities. I led a project to audit the placement of registered voters within districts for the Virginia Department of Elections and the Colorado Secretary of State, using a methodology published in the top political science methods journal.[5] These projects required my team to interface with local election officials to resolve issues we identified. The Department of Defense's Voting Assistant Program hired me to interview local election officials about their procedures to process military and overseas civilian ballots. I served on a National Academy of Sciences advisory group to the U.S. Census Bureau on the Bureau's data disclosure avoidance policies. In an ongoing project, a research team I lead collected precinct boundaries from state and local election officials for every locality in the country. My team has, on occasion, created electronic precinct maps for local election officials where no electronic maps existed. These data have been used in numerous court cases, including the recent *Allen* v. *Milligan* case heard before the U.S. Supreme Court. In addition, I have worked for United States Election Assistance Commission, the media's National Exit Poll organization, the Associated Press, ABC News, and NBC News.

I have testified or submitted expert reports or declarations in numerous election related cases.

I was an expert witness for plaintiffs in three cases specifically related to voter registration and documentary proof of citizenship (DPOC). In 2016, I was an expert witness for plaintiffs who successfully challenged Kansas' DPOC requirements.[6] In 2024, I was an expert witness for

---

[1] Michael P. McDonald and Samuel Popkin. 2001. "The Myth of the Vanishing Voter." *American Political Science Review* 95(4): 963-974.

[2] Michael P. McDonald. 2007. "The True Electorate: A Cross-Validation of Voter File and Election Poll Demographics." *Public Opinion Quarterly* 71(4): 588-602.

[3] Michael P. McDonald and Justin Levitt. 2008. "Seeing Double Voting: An Extension of the Birthday Problem." *Election Law Journal* 7(2): 111-22.

[4] Micah Altman, Jeff Gill, and Michael P. McDonald. 2003. *Numerical Issues in Statistical Computing for the Social Scientist.* Hoboken, NJ: Wiley and Sons.

[5] Brian Amos and Michael P. McDonald. 2020. "A Method to Audit the Assignment of Voters to Districts." *Political Analysis* 28(3): 356-71.

[6] *Fish v. Kobach*, No. 2:16-cv-02105 (D. Kan.).

plaintiffs who successfully challenged, in part, Arizona's DPOC requirements;[7] and for plaintiffs who obtained a preliminary injunction in a challenge to Georgia's DPOC requirements.[8]

I have been an expert witness in other litigation challenging requirements related to voter registration. I was an expert witness in 2016 for plaintiffs who successfully challenged a Georgia policy that required the names and other information supplied by prospective registrants on their voter registration applications to match exactly as it appears in other databases.[9] In 2007, I was an expert witness for plaintiffs who successfully challenged a similar Washington State policy that required an exact match of personal identification information across databases.[10] In 2019, I was an expert witness in plaintiffs' partially successful challenge to Georgia's voter purging practices.[11] I have been an expert witness in other litigation involving third-party voter registration organizations in Florida.[12]

In addition, I have an extensive publishing and consulting record and experience testifying in redistricting and other election-related cases. For example, when I was employed previously at George Mason University, I consulted for Gov. Bob McDonnell's Independent Bipartisan Advisory Redistricting Commission. I have also served as an expert witness for plaintiffs in two redistricting lawsuits. Please see my curriculum vitae for more information, including my published work over the last ten years and all cases where I testified as an expert over the last four years.

I am compensated at a rate of $450/hour for my work in this case. My compensation is not contingent on the substance of my opinions or the outcome of this case.

## 2    My Assignment

Plaintiffs' lawyers asked me to review the Commonwealth of Virginia's citizenship verification procedures as amended by Gov. Glenn Youngkin's Executive Order 35 and to opine on the potential consequences of the policies on registrants.

## 3    Summary of Findings

It is my opinion that the Commonwealth of Virginia's citizenship verification policies are flawed because:

---

[7] *Mi Familia Vota and Voto Latino* v. *Hobbs, et al.* And Consolidated Cases. Case No. 2:22-cv-00509-SRB (Lead Case) (D. Ariz.)

[8] *Georgia Coalition for the Peoples' Agenda, Inc. et al.* v. *Brad Raffensperger*, 347 F. Supp. 3d 1251, 1263-64 (N.D. Ga. 2018). The plaintiffs in this matter ultimately lost the case at trial. *See* Civil Action No. 1:18-cv-04727-ELR, Dkt. No. 241 (N.D. Ga. Apr. 11, 2024).

[9] *Georgia State Conf. of the NAACP v. Kemp*, No. 2:16-cv-00219-WCO (N.D. Ga.).

[10] *Washington Association of Churches v. Reed*, No. CV06-0726 (W.D. Wash.).

[11] *Fair Fight Action, Inc. v. Raffensperger*, No. 1:18-CV-5391-SCJ (N.D. Ga.).

[12] *League of Women Voters of Florida v. Browning*, No. 08-21243-CV-ALTONAGA/BROWN and *Florida Rising v. Lee*. Case No. 4:21-cv-201-MW-MJF (N.D. FL).

1. Virginia's Department of Motor Vehicles database does not contain accurate citizenship information for all naturalized citizens. Virginia law does not require naturalized citizens to update their driver's license information for up to eight years following naturalization.

2. Citizens may have to affirm that they are U.S. citizens repeatedly unless and until they update their citizenship status with the DMV. According to an election official in one Virginia county, some citizens have been asked to affirm their U.S. citizenship as many as five times at various stages of the process.

3. Natural-born citizens may be subjected to Virginia's citizenship verification procedures due to minor administrative errors.

4. Virginia's citizenship affirmation procedures are implemented in an uneven manner across Virginia's counties and independent cities.

5. The citizenship verification procedures unduly burden impacted citizens with additional voter registration requirements.

6. If, for any reason, a citizen does not respond to a citizenship affirmation letter within 14 days, they may suffer immediate harms of being removed from the voter rolls and, potentially, unable to vote. They may also be subjected to criminal investigation. The burdens and potential harms imposed by Virginia's citizenship verification policies may have additional short and long-term effects on individuals' voter participation.

I reserve the right to supplement or revise my opinions based on additional or new information.

## 4 Virginia Citizenship Verification Procedures

**DMV Provides Virginia Department of Elections with Citizenship Information from DMV Customer Database**

In the first quarter of 2021, the Virginia Department of Elections (ELECT) and the Virginia Department of Motor Vehicles (DMV) entered into a memorandum of understanding (MOU) for the transmission of information between the two agencies. Both parties signed an MOU on September 3, 2024 that reaffirms the 2021 MOU, with some amendments.

Section 3.1 of the 2021 MOU provides for a monthly extract of information from the DMV to ELECT that includes "…a NO answer to the citizenship question posed for voter registration purposes."

The monthly extract includes a citizenship identifier ("N = Non-citizen") and "Any record identified with an 'N' will also include the date of the declaration.

The extract includes personal identifying information that may be used to match DMV and ELECT voter registration records, including Last name, First name, Middle name, Date of Birth, Social Security Number, and DMV Customer Number. The MOU does not explicitly state if ELECT includes the DMV Customer Number in their election management system, but my interpretation of the available documentation is that ELECT tracks the DMV Customer Number in their internal databases.

## 4.1    Governor Youngkin's Executive Order Thirty-Five (2024)

Governor Glenn Youngkin issued Executive Order Thirty-Five (EO 35) on August 7, 2024, entitled "Comprehensive Election Security Protecting Legal Voters and Accurate Counting."

August 7, 2024 is ninety days prior to the November 5, 2024 general election. This is a significant date for list maintenance in that the National Voter Registration Act forbids systematic voter registration removal programs within ninety days prior to a federal election.

A few provisions of EO 35 pertain to ELECT's citizenship validation procedures for registered voters.

First, ELECT is instructed to:

Remove individuals who are unable to verify that they are citizens to the DMV from the statewide voter registration list, should that individual either intentionally or unintentionally attempt to register to vote, in accordance with federal and state law.

Second, ELECT is instructed to:

Compare the list of individuals who have been identified as non-citizens to the list of existing registered voters and then registrars notify any matches of their pending cancellation unless they affirm their citizenship within 14 days.

Additionally, DMV is instructed to:

When issuing a credential such as a driver's license, verify applicants' proof of identity and legal status with the Department of Homeland Security Systematic Alien Verification and Entitlements (SAVE) database and the Social Security Administration database.

I note EO 35 is specific as to when DMV is directed to conduct a SAVE check: "[w]hen issuing a credential." Not all DMV transactions involve issuing a new credential to a DMV customer.

It is my understanding EO 35's directive to DMV officials regarding use of the Department of Homeland Security's (DHS) SAVE database applies only to individuals who provide an Alien Identification Number since this information is required to perform a SAVE verification check.

I do not have access to Virginia's MOU with DHS regarding use of the SAVE database. I reviewed Arizona's DHS MOU as part of litigation raising similar issues. Based on my review of Arizona's DHS MOU, government documents, and statements by DHS and Arizona officials, it is my understanding that a SAVE check may sometimes yield inconclusive results. When a SAVE check is inconclusive, state officials are required by the DHS MOU to provide additional documents to DHS. DHS then conducts a manual investigation of their records to ensure an individual's citizenship status is correctly identified to the best extent possible. I do not know if Virginia is subject to these provisions and, if so, is compliant with them.[13]

---

[13] I reserve the right to supplement or revise my opinions based on additional or new information.

### 4.2 DMV and ELECT implement Executive Order 35.

Since the parties entered into the 2021 MOU, DMV and ELECT have been actively sharing citizenship information and Virginia election officials have used the information to remove registrants. At the time of the signing of his executive order, Gov. Youngkin lauded the removal of 6,303 registrants under that program from the Virginia rolls between January 1, 2022, and the date E.O. 35 was issued.

Per Section 3.1 of the MOU DMV and ELECT entered into on September 3, 2024, DMV now provides ELECT with a daily file of DMV customers that DMV records indicate are not U.S. citizens.

### 4.3 ELECT Issues an Affirmation of United States Citizenship Form to DMV-flagged Non-citizens

ELECT promulgates Step by Step instructions on how operators of the VERIS system – Virginia's electronic election and voter registration management systems – are to process Virginia voter registrations.[14]

The procedures for "Declared Non-Citizens" on p. 33 of the instructions apply to "matches," presumably from data shared with election officials from the DMV as required by the MOU between DMV and ELECT. Registrants matched as non-citizens are placed within the Declared Non-Citizen Hopper.

The procedures on p. 35 provide two options for a VERIS operator.

**Option 1.**

In the event a DMV record indicating that an individual is a non-citizen matches to a record in Virginia's voter file, an "Affirmation of United States Citizenship form" must be sent to a registrant along with a letter entitled "Notice of Intent to Cancel." That letter informs the voter that "[w]e have received information that you indicated on a recent DMV application that you are not a citizen of the United States."

If the registrant affirmatively responds and mails the local registrar a completed Affirmation of Citizenship form within 14 days, then the registrant is marked as confirming their citizenship and the registrant is removed from the Declared Non-Citizen Hopper.

With respect to people who do not return the Affirmation of Citizenship form, the Notice of Intent to Cancel provides that "[i]f you do not respond within 14 days, you will be removed from the list of registered voters."

**Option 2.** If the operator determines a non-citizen record from the DMV does not match the registrant, then the operator removes the record from the Declared Non-Citizen Hopper and the registrant is retained on the voter rolls if they are otherwise eligible to vote.

---

[14] "Virginia Department of Elections Hopper Processing and Information: Step by Step Instructions." Author: Kim Minor. Rev.10/05/2023 by Divya Gautam and Vaidehi Maddireddy.

## 5 Difficulties with Virginia's Citizenship Verification Procedures

### 5.1 DMV Customer Data Has Stale Citizenship Information

Virginia legal permanent residents are permitted to obtain driver's licenses and other forms of state identification, which can remain valid for up to eight years.

No United States state or commonwealth requires naturalized citizens to immediately update their citizenship status upon achieving U.S. citizenship, including the Commonwealth of Virginia.

Executive Order 35's text acknowledges that some individuals may have interactions with the DMV that do not result in their citizenship information being corrected or updated in the database, noting DMV only verifies customers' citizenship status "[w]hen issuing a credential." This increases the likelihood that the citizenship information contained in the DMV database is outdated for some individuals.

In my capacity as an expert witness in Arizona and Georgia, I reviewed extensive documentation and testimony indicating that DMV customer records maintained by driver's license agencies only provide accurate citizenship status for naturalized citizens if naturalized citizens affirmatively provide such documentation to DMV of their own volition. The usual circumstances for a naturalized citizen to contact the DMV is when they have a need to update or renew their driver's license. Virginia DMV instructions promulgated on the DMV website appear to be at least similar and perhaps less demanding than Arizona and Georgia in that:[15]

> You will not be required to submit proof of legal presence again if you are:
>
> - A U.S. citizen, a legal permanent resident of the U.S. or a conditional resident of the U.S and have presented proof of legal presence since 2004 or,
>
> - An approved asylee or refugee in the U.S. or a citizen of the Freely Associated states (Micronesia, Palau or Marshall Islands) and have presented supporting documentation to DMV since July 1, 2020.

I have served as an expert witness in litigation challenging election officials' usage of the Arizona Department of Transportation (ADOT) credential database to determine citizenship status. Arizona election officials were aware of the limited accuracy of the ADOT credential database as an indicator of citizenship status because the Secretary of State's office instructs county recorders that ADOT's citizenship information indicates – similar to EO 35 – only a registrant's citizenship status "at the time of issuance" of an ADOT customer record.[16]

In Georgia, I served as an expert in a challenge to the use of Georgia's driver's license database for purposes of flagging potential noncitizens. My analysis in that case is consistent with my

---

[15] See: https://www.dmv.virginia.gov/licenses-ids/id-cards/legal-presence (Accessed October 11, 2024).

[16] Expert Report of Michael McDonald, p. 20, (*Mi Familia Vota and Voto Latino* v. *Hobbs, et al.* And Consolidated Cases. Case No. 2:22-cv-00509-SRB (Lead Case) (D. Ariz.); (2019 Arizona Elections Manual, p. 4).

analysis here that the driver's license database is "frequently out of date for newly naturalized citizens and thus is an unreliable indicator of a person's citizenship status."[17]

The experience of other states that have attempted to rely on driver's license agency databases to confirm citizenship status demonstrates both the unreliability of these databases and the impact these processes have on naturalized citizens. In 2018, the Texas Secretary of State compared the voter registration database to Texas's driver license agency database, claimed to identify 98,000 noncitizens registered to vote, and threatened to remove them from the rolls. After investigation, it appeared that nearly all of those individuals were naturalized citizens and Texas only identified approximately 80 ineligible voters.[18] Florida had a similar experience.[19] In both cases, the practices were halted by litigation.

Given my review of (1) Virginia's procedures described in the 2021 and 2024 MOUs and EO 35; (2) my experience as an expert witness in similar Arizona and Georgia cases; and (3) the experience of other states implementing similar practices, it is my opinion that Virginia's citizenship verification procedures subject naturalized citizens to additional voter registration-related burdens that are not faced by natural-born U.S. citizens.

Recent events in Fairfax and Prince William Counties demonstrate some of the impacts that Virginia's matching procedures are having on eligible registrants.

The Fairfax County Electoral Board discussed this issue at their August 15, 2024 meeting.[20] At the meeting, Fairfax County Registrar Eric Spicer reported that 66 registrants were sent an Affirmation of United States Citizenship Form. Of these registrants, 17 confirmed their citizenship within the prescribed 14 days.

A Fairfax County Electoral Board Member, Christopher Henzel, stated at the August 15 meeting that his understanding "was that many of these individuals are citizens who inadvertently checked the wrong box or did not check any box on the DMV website." This is a possible source of inaccurate citizenship information in the DMV database, in addition to it containing outdated citizenship information in some instances. In my experience as a public opinion researcher, poll respondents often make minor errors. Government forms are substantially similar to survey questionnaires.[21]

---

[17] Declaration of Michael McDonald, p. 4, *Ga. Coalition for the People's Agenda, Inc. v. Raffensperger*, 1:18-cv-04727-ELR (N.D. Ga. May 27, 2021).

[18] *See LULAC v. Whitley,* No. SA-19-CA-074-FB, Doc. 61, at 2 (W.D. Tex., Feb. 27, 2019).

[19] *See United States v. Florida*, 870 F. Supp. 2d 1346, 1347-1348 (N.D. Fla. 2012) (Hinkle, J.) (explaining that Florida election officials identified only "a small number" of ineligible voters from Secretary of State's list of "180,000 registered voters who he said might be noncitizens").

[20] MINUTES, Fairfax County Electoral Board, August 15, 2024. P. 7.

[21] For a discussion, see: Enrijeta Shino, Michael Martinez, Michael P. McDonald, and Daniel Smith. 2020. "Verifying Voter Registration Records: Part of Special Symposium on Election Sciences." *American Politics Research* 48(6): 677-81.

At the September 15, 2024 Fairfax County Electoral Board meeting, Mr. Spicer identified additional errors with many of the approximately 1,006 noncitizens identified by ELECT in the entirety of the citizenship affirmation process:[22]

> Mr. Spicer clarified that the 1,006 figure is now reduced to 828 individuals based on reregistration, relocation, death, etc.[23] Before any names are referred, the 828 names need to be triple checked to ensure that no one receives the non-citizen confirmation letter in error.

Other Virginia registrars may not be employing the same amount of discretion and verifying the accuracy of ELECT noncitizen information before sending the Affirmation of United States Citizenship and Notice of Intent to Cancel forms to a registrant. During a September 30, 2024, Board of Elections hearing, Prince William Registrar Eric Olsen indicated that he has been asking registrants to re-verify that they are U.S. citizens even if they have previously returned an Affirmation of United States Citizenship Form to his office:[24]

> We looked at 162 individuals that were listed as noncitizens in the VERIS system. Forty-three of those have voted. We looked at all forty-three of those. Every single one of them had verified their citizenship previously. Some by as many as five times. All had Social Security Numbers. And we had to cancel them because of state protocol, but we also didn't see any issue that they had done anything illegal.

It is too soon to determine if the 49 registrants discussed at the August 15 meeting of the Fairfax County Electoral Board who failed to respond to the Affirmation of United States Citizenship Form are indeed non-citizens who are completing affirmation forms to the contrary, or are citizens who simply did not receive or return the letter in a timely manner or did not understand the potential import of a failure to return it to election officials. Indeed, at a September 16 meeting of the Fairfax County Electoral Board, Board Chairperson Katherine Hanley stated that she is receiving "phone calls that the confirmation of citizenship status letter looks like a hoax."[25]

The consequences for failure to respond to the Affirmation of United States Citizenship Form can be severe. EO 35 directs registrars to "immediately notify the Commonwealth's Attorney for their jurisdiction of the alleged unlawful conduct." If the experiences of other states serve as a guide, subsequent investigations will confirm that most, if not all, of the registrants identified as noncitizens by the matching process will ultimately be determined to be U.S. citizens.

### 5.2    Matching is Also Harmful to Registrants Not Using the DMV Portal

Some natural-born U.S. registrants may be flagged by the matching process and required to affirm their U.S. citizenship through no fault of their own, through the bad luck of having the same first name, last name, and birth date as a DMV customer holder identified as being a non-

---

[22] MINUTES, Fairfax County Electoral Board, September 16, 2024. P. 6.
[23] I note "etc." is inclusive of individuals identified as noncitizens due to any of the potential sources of error identified above.
[24] PWC Electoral Board Meeting - September 30, 2024. Video available at: https://www.youtube.com/watch?v=Zr0LSt3xwCk (Mr. Olsen's remarks occur at the 29 minute mark.)
[25] MINUTES, Fairfax County Electoral Board, September 16, 2024. P. 6.

citizen. Likewise, a non-citizen could erroneously be categorized as a citizen due to user error by a DMV employee.

The 2021 MOU Section 7.3 indicates a successful match requires an exact match of Social Security Number, first name, last name, and date of birth. In the event a registrant does not provide a Social Security Number, then DMV matches on first name, last name, and date of birth.

It is my opinion, through my prior research into list matching,[26] that a sizable number of registrants, numbering in the thousands in the Commonwealth of Virginia, which has millions of registration records, may share the same first name, last name, and birth date.

ELECT operators are given little, if any, guidance or criteria directing how to determine if a match is accurate or false based on other information available to the operator. The Voter Registration List Maintenance Department of Motor Vehicles: Full SBE & Noncitizens Standard Operating Procedures (SOP) Section 4.1 merely states, "[t]he GR reviews the match to determine if the non-citizen and registered voter identified by VERIS is the same person" without any further explanation or elaboration.[27]

Thus, it is my opinion that ELECT operators may, at their arbitrary discretion, issue an Affirmation of United States Citizenship form to some natural-born citizens of the United States simply because they share a name and birth date with a naturalized citizen who has not updated their DMV record.

### 5.3 Registrants May Be Required to Respond to Multiple Affirmation of United States Citizenship Forms

Registrants who affirmatively respond to the Affirmation of United States Citizenship Form may be repeatedly flagged as a noncitizen unless they update their DMV citizenship status.

When a registrant provides citizenship information to ELECT, there is no mechanism for that information to be updated in the DMV customer database.

There is no indication in the procedures I reviewed that a registrant who has returned an Affirmation of United States Citizenship form is excluded from the matching process in the future unless they have provided acceptable DPOC to DMV officials. I can find no exception in the ELECT documents I reviewed that excludes individuals who have already provided DPOC to county election officials or responded affirmatively to a prior Affirmation of United States Citizenship Form.

Furthermore, both MOUs explicitly provide that citizenship information is transmitted one way from DMV to ELECT. There is no mechanism for ELECT to notify DMV that an individual has provided acceptable DPOC or affirmed their citizenship to ELECT. For example, Section 7.2 of the 2021 MOU lists the data elements ELECT provides DMV, which does not include a citizenship identifier. The 2024 MOU Section 5.1 states DMV will provide ELECT with "read-only access to relevant DMV information systems."

---

[26] See: Michael P. McDonald and Justin Levitt. 2008. "Seeing Double Voting: An Extension of the Birthday Problem." *Election Law Journal* 7(2): 111-22.
[27] LMSOP_DMV Full SBE and Non Citizen (1)_Redacted.pdf1

That registrants may be asked repeatedly to complete an Affirmation of United States Citizenship Form or face removal from the voter rolls is supported by Prince William Registrar Eric Olsen's statements at the September 30 board meeting that some of the individuals who he had removed from the voter registration list have been asked to affirm their U.S. citizenship "as many as five times" at various stages of the process.[28]

## 6   Long-term Detriment to Voters

Registrants who are citizens but are inaccurately flagged as noncitizens through a database match are required to go through the burdensome step of completing and returning a form affirming U.S. citizenship. If they fail to take action, perhaps because they do not receive the Affirmation of United States Citizenship form, they may be unable to vote in an upcoming election and be referred for criminal investigation.

There has been no study of the effects of these potential disruptive interactions with government mandated through Executive Order 35 and Va. Code § 24.2-427 because these burdensome policies have yet to be implemented anywhere in the United States. However, studies show that individuals who have negative interactions with the legal system are less likely to vote (Burch 2011; Weaver and Lerman 2010; Ben-Menachem and Morris 2022).[29] I infer from these studies that citizens who are wrongly accused of being noncitizens may be deterred from voting in future elections even when they are ultimately determined to be citizens.

Furthermore, affected citizens' long-term voting propensities may suffer because they are delayed in establishing a voting habit. Registering to vote is a strong signal by an individual that they wish to participate in American democracy. A seminal scholarly article on the subject, which is aptly titled "Why Do People Vote? Because They Are Registered," discussed this point.[30] While registration being a necessary condition for an individual to vote may be, in the words of this author, "all too obvious,"[31] not only does denying registrants their right to vote prevent their participation in a particular election, but there is also consensus that voting in one election increases the propensity of a registrant to participate in subsequent elections. Thus, denying individuals their right to vote has an immediate and long-term harm on their voting propensities.

Survey researchers have long understood that past voting participation reliably predicts future voting participation. As early as 1960, the venerable Gallup survey asked survey respondents

---

[28] PWC Electoral Board Meeting - September 30, 2024. Video available at: https://www.youtube.com/watch?v=Zr0LSt3xwCk (Mr. Olsen's remarks occur at the 29 minute mark.)

[29] Burch, Traci R. 2011. "Turnout and Party Registration among Criminal Offenders in the 2008 General Election." *Law & Society Review* 45 (3): 699–730; Ben-Menacham, Jonathan and Kevin Morris. (2022). "Ticketing and Turnout: The Participatory Consequences of Low-Level Police Contact." *American Political Science Review*. Online First; Weaver, Vesla M., and Amy E. Lerman. 2010. "Political Consequences of the Carceral State." *American Political Science Review* 104 (4): 817–33.

[30] Robert S. Erikson. 1981. "Why Do People Vote? Because They Are Registered." *American Politics Quarterly* 9(3): 259-76.

[31] Ibid, p.259.

about their voting history in order to predict voting in an upcoming election.[32] Another highly respected polling organization, Pew Survey Research, uses similar questions in their likely voter models.[33] In recent years, survey researchers have supplemented their surveys with direct measures of voting history available from voter registration files, and they have found that election officials' records of registrants' past voting ably predicts future voting propensities.[34] Probing more deeply as to why past voting predicts future voting, scholars find voting is habitual, and as such, "…turnout in a given presidential election is a powerful determinant of turnout in the subsequent presidential contest."[35]

A large body of scholarly research finds increasing the cost of voter registration decreases voter turnout rates.[36] These costs tend to disproportionately affect lower propensity voters, such as persons of color and young people. Scholarly findings show that imposing additional voting costs leads "younger people [to be] more inclined to simply not vote at all."[37]

From the preponderance of social science research, I conclude that Virginia's Executive Order 35 and Va. Code § 24.2-427 have an immediate and long-term harm on these registrants' participation in America's democracy.

---

[32] Perry, Paul. 1960. "Election Survey Procedures of the Gallup Poll." *Public Opinion Quarterly* 24:531-42.

[33] Pew Research Center. 2016. "Can Likely Voter Models Be Improved? Evidence from the 2014 U.S. House Elections." Available at http://www.pewresearch.org/files/2016/01/PM_2016-01-07_likely-voters_FINAL.pdf.

[34] Todd Rogers and Masahiko Aida. 2013. "Vote Self-Prediction Hardly Predicts Who Will Vote, and Is (Misleadingly) Unbiased." *American Politics Research,* 503-528.

[35] Donald P. Green and Ron Shachar. 2000. "Habit Formation and Political Behavior: Evidence of Consuetude in Voter Turnout." *British Journal of Political Science* 30(4): 561-73. See also, Eric Plutzer. 2002. "Becoming a Habitual Voter: Inertia, Resources, and Growth in Young Adulthood" *American Political Science Review* 96(1): 41-56; and Alan S. Gerber, Donald P. Green, and Ron Shachar. 2003. "Voting May Be Habit-Forming: Evidence from a Randomized Field Experiment," *American Journal of Political Science* 47(3): 540-50.

[36] See, for example, Steven J. Rosenstone and Raymond E. Wolfinger. 1978. *Who Votes?* New Haven: Yale University Press; Rhine, Staci L. 1992. "An Analysis of the Impact of Registration Factors on Turnout in 1992." *Political Behavior* 18(2): 171–85; Mitchell, Glenn E. and Christopher Wlezien. 1995. "The Impact of Legal Constraints on Voter Registration, Turnout, and the Composition of the American Electorate." *Political Behavior* 17(2): 179–202; Benjamin Highton. 1997. "Easy Registration and Turnout." *The Journal of Politics* 59(2): 565-75; Jan E. Leighley and Jonathan Nagler. 2013. *Who Votes Now? Demographics, Issues, Inequality, and Turnout in the United States*. Princeton: Princeton University Press. My contributions to this extensive literature include: Michael P. McDonald. 2008. "Portable Voter Registration." *Political Behavior* 30(4): 491–501; and Michael P. McDonald and Matthew Thornburg. 2010. "Registering the Youth: Preregistration Programs." *New York University Journal of Legislation and Public Policy* 13(3): 551-72.

[37] See Henry E. Brady and John E. McNulty. 2011. "Turnout Out to Vote: The Costs of Finding and Getting to the Polling Place." *American Political Science Review* 105(1), pp. 128.

I declare that the foregoing is true and correct under penalty of perjury. Executed this
_____11th_____ day of October, 2024, in Gainesville, Florida.


_Michael McDonald_

Michael McDonald



Exhibit 1

# Dr. Michael P. McDonald

Professor, University of Florida
Department of Political Science
222 Anderson Hall
P.O. Box 117325
Gainesville, FL 32611

Office:       352-273-2371
Fax:          352-392-8127
Email:        michael.mcdonald@ufl.edu

## Education

Post-Doctoral Fellow. Harvard University. August 1998 – August 1999.
Ph.D. Political Science. University of California, San Diego. February, 1999.
BS Economics. California Institute of Technology. June, 1989.

## Awards

Union of Concerned Scientists. 2022. Defender of Democracy.

Florida. League of Women Voters. 2022. King Democracy Award.

University of Florida Term Professorship. 2019-2020.

Brown Democracy Medal, McCourtney Institute for Democracy at Penn State University. 2018. Positive impact on democracy for the Public Mapping Project.

Tides Pizzigati Prize. 2013. Public interest software for DistrictBuilder.

Strata Innovation Award. 2012. Data Used for Social Impact for DistrictBuilder.

American Political Science Association, Information and Technology Politics Section. 2012. Software of the Year for DistrictBuilder.

*Politico*. 2011. Top Ten Political Innovations for DistrictBuilder.

GovFresh. 2011. 2nd Place, Best Use of Open Source for DistrictBuilder.

Virginia Senate. 2010. Commendation for Virginia Redistricting Competition.

American Political Science Association, Information and Technology Politics Section. 2009. Software of the Year for BARD.

## Publications

### *Books*

Michael P. McDonald. 2022. *From Pandemic to Insurrection: Voting in the 2020 Presidential Election*. Berlin, Germany: De Gruyter.

Michael P. McDonald and Micah Altman. 2018. *The Public Mapping Project: How Public Participation Can Revolutionize Redistricting*. Ithaca, NY: Cornell University Press.

Michael P. McDonald and John Samples, eds. 2006. *The Marketplace of Democracy: Electoral Competition and American Politics*. Washington DC: Brookings Press.

Micah Altman, Jeff Gill, and Michael P. McDonald. 2003. *Numerical Issues in Statistical Computing for the Social Scientist*. Hoboken, NJ: Wiley and Sons.

### *Peer-Reviewed Articles*

Michael P. McDonald, Enrijeta Shino, Daniel Smith, Payton Lussier, and Danielle Dietz. 2024. "Campus Voting During the COVID-19 Pandemic." *American Politics Research*. Online First. https://doi.org/10.1177/1532673X241230

Michael P. McDonald, Juliana K. Mucci, Enrijeta Shino, and Daniel A. Smith. 2023. "Mail Voting and Voter Turnout." *Election Law Journal*. 23(1): https://doi.org/10.1089/elj.2022.0078.

Alejandro Trelles, Micah Altman, Eric Magar, and Michael P. McDonald. 2023. "No Accountability without Transparency and Consistency: Evaluating Mexico's Redistricting-by-Formula." *Election Law Journal* 22(1): 80-99.

Matthew DeBell, Jon A. Krosnick, Katie Gera, David Yeager, and Michael McDonald. 2020. "The Turnout Gap in Surveys: Explanations and Solutions." *Sociological Methods and Research* 49(4):1133-1162. doi:10.1177/0049124118769085.

Brian Amos and Michael P. McDonald. 2020. "A Method to Audit the Assignment of Voters to Districts." *Political Analysis* 28(3): 356-71.

Enrijeta Shino, Michael Martinez, Michael P. McDonald, and Daniel Smith. 2020. "Verifying Voter Registration Records: Part of Special Symposium on Election Sciences." *American Politics Research* 48(6): 677-81.

Tyler Culberson, Suzanne Robbins, and Michael P. McDonald. 2019. "Small Donors in Congressional Elections." *American Politics Research* 47(5): 970-99.

Micah Altman and Michael P. McDonald. 2017. "Redistricting by Formula: The Case of Ohio." *American Politics Research* 46(1): 103-31.

Micah Altman, Eric Magar, Michael P. McDonald, and Alejandro Trelles. 2017. "Measuring Partisan Bias in a Multi-Party Setting: the Case of Mexico." *Political Geography* 57(1): 1-12.

Brian Amos, Michael P. McDonald, and Russell Watkins. 2017. "When Boundaries Collide: Constructing a Database of Election and Census Data." *Public Opinion Quarterly* 81(S1): 385-400.

Trelles, Alejandro, Micah Altman, Eric Magar, and Michael P. McDonald. 2016. "Datos abiertos, transparencia y redistritación en México." *Política y Gobierno* 23(2): 331-364.

Michael P. McDonald. 2014. "Calculating Presidential Vote for Legislative Districts." *State Politics and Policy Quarterly* 14(2): 196-204.

Micah Altman and Michael P. McDonald. 2014. "Public Participation GIS: The Case of Redistricting." *Proceedings of the 47th Annual Hawaii International Conference on System Sciences*, Computer Society Press.

Michael P. McDonald and Caroline Tolbert. 2012. "Perceptions vs. Actual Exposure to Electoral Competition and Political Participation." *Public Opinion Quarterly* 76(3): 538-54.

Michael P. McDonald and Matthew Thornburg. 2012. "Interview Mode Effects: The Case of Supplementing Exit Polls with Early Voter Phone Surveys." *Public Opinion Quarterly* 76(2): 326-63.

Micah Altman and Michael P. McDonald. 2011. "BARD: Better Automated Redistricting." *Journal of Statistical Software* 42(5): 1-28.

Michael P. McDonald. 2011. "The 2010 Election: Signs and Portents for Redistricting." *PS: Political Science and Politics* 44(2): 311-15.

Richard Engstrom and Michael P. McDonald. 2011. "The Political Scientist as Expert Witness." *PS: Political Science and Politics* 44(2): 285-89.

Michael P. McDonald. 2008. "Portable Voter Registration." *Political Behavior* 30(4): 491–501.

Michael P. McDonald and Justin Levitt. 2008. "Seeing Double Voting: An Extension of the Birthday Problem." *Election Law Journal* 7(2): 111-22.

Michael P. McDonald. 2007. "The True Electorate: A Cross-Validation of Voter File and Election Poll Demographics." *Public Opinion Quarterly* 71(4): 588-602.

Michael P. McDonald. 2007. "Regulating Redistricting." *PS: Political Science and Politics* 40(4): 675-9.

Micah Altman, Jeff Gill, and Michael P. McDonald. 2007. "Accuracy: Tools for Accurate and Reliable Statistical Computing." *Journal of Statistical Software* 21(1).

David Lublin and Michael P. McDonald. 2006. "Is It Time to Draw the Line? The Impact of Redistricting on Competition in State House Elections." *Election Law Journal* 5(2): 144-57.

Michael P. McDonald. 2006. "Drawing the Line on District Competition."  *PS: Political Science and Politics* 39(1): 91-94.

Michael P. McDonald. 2006. "Re-Drawing the Line on District Competition." *PS: Political Science and Politics* 39(1): 99-102.

Micah Altman, Karin MacDonald, and Michael P. McDonald. 2005. "From Crayons to Computers: The Evolution of Computer Use in Redistricting." *Social Science Computing Review* 23(2): 334-46.

Michael P. McDonald. 2004. "A Comparative Analysis of U.S. State Redistricting Institutions." *State Politics and Policy Quarterly* 4(4): 371-96.

Michael P. McDonald. 2003. "On the Over-Report Bias of the National Election Study." *Political Analysis* 11(2): 180-86.

Micah Altman and Michael P. McDonald. 2003. "Replication with Attention to Numerical Accuracy." *Political Analysis* 11(3): 302-7.

Michael P. McDonald. 2002. "The Turnout Rate among Eligible Voters for U.S. States, 1980-2000." *State Politics and Policy Quarterly* 2(2): 199-212.

Michael P. McDonald and Samuel Popkin. 2001. "The Myth of the Vanishing Voter." *American Political Science Review* 95(4): 963-74*.*  Reprinted 2006 in *Classic Ideas and Current Issues in American Government*, Bose and DiIulio, eds.

Micah Altman and Michael P. McDonald. 2001. "Choosing Reliable Statistical Software." *PS: Political Science and Politics*.  43(3): 681-7.

Bernard Grofman, William Koetzel, Michael P. McDonald, and Thomas Brunell. 2000. "A New Look at Ticket Splitting: The Comparative Midpoints Model."  *Journal of Politics* 62(1): 24-50.

Samuel Kernell and Michael P. McDonald. 1999. "Congress and America's Political Development: Political Strategy and the Transformation of the Post Office from Patronage to Service." *American Journal of Political Science* 43(3): 792-811.

### *Law Review Articles*

Michael P. McDonald. 2019-2020. "The Predominance Test: A Judicially Manageable Compactness Standard for Redistricting." *Yale Law Review*, *Forum* 129.

Micah Altman and Michael P. McDonald. 2013. "A Half-Century of Virginia Redistricting Battles: Shifting from Rural Malapportionment to Voting Rights and Participation." *University of Richmond Law Review* 47: 771-831.

Micah Altman and Michael P. McDonald. 2012. "Redistricting Principles for the 21st Century." *Case Western Law Review* 62(4): 1179-1204.

Michael P. McDonald and Matthew Thornburg. 2010. "Registering the Youth: Preregistration Programs." *New York University Journal of Legislation and Public Policy* 13(3): 551-72.

Micah Altman and Michael P. McDonald. 2010. "The Promise and Perils of Computers in Redistricting." *Duke J. Constitutional Law and Public Policy* 5: 69-112.

Justin Levitt and Michael P. McDonald. 2007. "Taking the 'Re' out of Redistricting: State Constitutional Provisions on Redistricting Timing." *Georgetown Law Review* 95(4): 1247-86.

*Peer-Reviewed Book Chapters*

Michael P. McDonald. 2014. "Contextual Income Inequality and Political Behavior." in *Political Trust and Disenchantment with Politics: Comparative Perspectives from around the Globe*, Christina Eder, Ingvill Mochmann, Markus Quandt eds. Leiden, Netherlands: Brill Publishers.

Michael P. McDonald. 2010. "Income Inequality and Participation in the United States." in *United in Diversity? Comparing Social Models in European and America*, Jens Alber and Neil Gilbert, eds. New York, NY: Oxford University Press.

Michael P. McDonald. 2008. "Redistricting and the Decline of Competitive Congressional Districts." in *Mobilizing Democracy: A Comparative Perspective on Institutional Barriers and Political Obstacles*, Margaret Levi, James Johnson, Jack Knight, and Susan Stokes, eds. New York, NY: Russell Sage Publications.

Michael P. McDonald. 2008. "Reforming Redistricting." in *Democracy in the States: Experiments in Elections Reform*, Bruce Cain, Todd Donovan, and Caroline Tolbert, eds. Washington, DC: Brookings Press.

Michael P. McDonald. 2006. "Who's Covered? Section 4 Coverage Formula and Bailout" in *The Future of the Voting Rights Act*, David Epstein, Richard H. Pildes, Rodolfo O. de la Garza, and Sharyn O'Halloran, eds. New York, NY: Russell Sage Publications.

Micah Altman, Jeff Gill, and Michael P. McDonald. 2004. "A Comparison of the Numerical Properties of EI Methods" in *Ecological Inference: New Methods and Strategies*, Gary King, Ori Rosen, and Martin Tanner, eds. New York, NY: Cambridge University Press.

*Contributing Book Editor*

Michael P. McDonald, data editor, for Rich Cohen, et al. 2023 *The Almanac of American Politics*. National Journal: Washington, DC.

***Non-Peer-Reviewed Book Chapters***

Michael P. McDonald. 2020. "Redistricting and Differential Privacy." In *2020 Census Data Products: Data Needs and Privacy Considerations: Proceedings of a Workshop*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25978.

Michael P. McDonald. 2018. "Challenges and Opportunities in Collecting Election Administration Data" in *The Palgrave Handbook of Survey Research*, David L. Vannette and Jon A. Krosnick, eds. New York, NY: Palgrave MacMillan.

Michael P. McDonald. 2018. "History and Promise and Blending Survey Data with Government Records on Turnout" in *The Palgrave Handbook of Survey Research*, David L. Vannette and Jon A. Krosnick, eds. New York, NY: Palgrave MacMillan.

Micah Altman and Michael P. McDonald. 2015. "Redistricting and Polarization" in *American Gridlock: The Sources, Character, and Impact of Political Polarization*, James Thurber and Antonie Yoshinaka, eds. Cambridge.

Micah Altman and Michael P. McDonald. 2015. "Florida Congressional Redistricting." *Jigsaw Politics in the Sunshine State*, Seth McKee, ed. Gainesville, FL: University Press of Florida.

Michael P. McDonald. 2013. "State Legislative Districting." *Guide to State Politics and Policy*, Richard Niemi and Joshua Dyck, eds. Washington, DC: CQ Press.

Michael P. McDonald. 2013. "Democracy in American Elections" in *Imperfect Democracies: The Democracy Deficit in Canada and the United States*, Richard Simeon and Patti Lenard, eds. Vancouver, BC: University of British Columbia Press.

Micah Altman and Michael P. McDonald. 2012. "Technology for Public Participation in Redistricting" in *Redistricting in the West*, Gary Moncrief, ed. Lanham, MD: Lexington Press.

Michael P. McDonald and Thomas Schaller. 2011. "Voter Mobilization in the 2008 Presidential Election" in *The Change Election: Money, Mobilization and Persuasion in the 2008 Federal Elections*, David Magleby, ed. Philadelphia, PA: Temple University Press. (previously published as a Pew Charitable Trusts monograph).

Michael P. McDonald. 2011. "Congressional Redistricting" in *Oxford Handbook of Congress*, Frances Lee and Eric Schickler, eds. Cambridge, UK: Oxford University Press.

Michael P. McDonald. 2011. "Voter Turnout: Eligibility Has Its Benefits" in *Controversies in Voting Behavior*, 2nd Edition, Richard G. Niemi, Herbert F. Weisberg, and David Kimball, eds. Washington, DC: CQ Press.

Michael P. McDonald. 2010. "In Support of Non-Partisan Redistricting." in *Debating Reform: Conflicting Perspectives on How to Mend American Government and Politics*, Richard Ellis and Mike Nelson, eds. Washington, DC: Congressional Quarterly Press.

Michael P. McDonald. 2010. "American Voter Turnout in Historical Perspective." in *Oxford Handbook of American Elections and Political Behavior*, Jan Leighley, ed. Cambridge, UK: Oxford University Press.

Michael P. McDonald. 2009. "Mechanical Effects of Duverger's Law in the USA." in *Duverger's Law of Plurality Voting: The Logic of Party Competition in Canada, India, the United Kingdom and the United States*, Bernard Grofman, André Blais and Shaun Bowler, eds. New York, NY: Springer.

Michael P. McDonald. 2008. "United States Redistricting: A Comparative Look at the 50 States." in *Redistricting in Comparative Perspective*, Lisa Handley and Bernard Grofman, eds. Oxford, U.K.: Oxford University Press.

Michael P. McDonald and Matthew Thornburg. 2008. "State and Local Redistricting" in *Political Encyclopedia of U.S. States and Regions*, Donald Haider-Markel, ed. New York, NY: MTM Publishing.

Michael P. McDonald. 2006. "Redistricting and District Competition" in *The Marketplace of Democracy*, Michael P. McDonald and John Samples, eds. Washington, DC: Brookings Press.

Micah Altman, Karin Mac Donald, and Michael P. McDonald. 2005. "Pushbutton Gerrymanders? How Computing Has Changed Redistricting" in *Party Lines: Competition, Partisanship and Congressional Redistricting*, Bruce Cain and Thomas Mann, eds. Washington, DC: Brookings Press.

Bruce Cain, Karin Mac Donald, and Michael P. McDonald. 2005. "From Equality to Fairness: The Path of Political Reform Since Baker v Carr" in *Party Lines: Competition, Partisanship and Congressional Redistricting*, Bruce Cain and Thomas Mann, eds. Washington, DC: Brookings Press.

Michael P. McDonald. 2005. "Validity, Data Sources" in *Encyclopedia of Social Measurement, Vol. 3.* Kimberly Kempf-Leonard, ed. San Deigo, CA: Elsevier Inc.

Michael P. McDonald. 2005. "Reporting Bias" in *Polling in America: An Encyclopedia of Public Opinion*. Benjamin Radcliff and Samuel Best, eds. Westport, CT: Greenwood Press.

### Other Non-Peer Reviewed Academic Publications (Book Reviews, Invited Articles, etc.)

Michael P. McDonald and Thessalia Merivaki. 2015. "Voter Participation in Presidential Nomination Contests." *The Forum* 13(4).

Michael P. McDonald. 2011. "Redistricting Developments of the Last Decade—and What's on the Table in This One." *Election Law Journal* 10(3): 313-318.

Michael P. McDonald and Chrisopher Z. Mooney. 2011. "'Pracademics': Mixing an Academic Career with Practical Politics." *PS: Political Science and Politics* 44(2): 251-53.

Michael P. McDonald. 2011. "Voter Turnout in the 2010 Midterm Election." *The Forum* 8(4).

Michael P. McDonald. 2011. "*Redistricting: The Most Political Activity in America* by Charles S. Bullock III (book review)." *American Review of Politics* (Fall 2010/Spring 2011).

Michael P. McDonald. 2009. "'A Magnificent Catastrophe' Retold by Edward Larson (book review)." *The Election Law Journal* 8(3): 234-47.

Michael P. McDonald. 2008. "The Return of the Voter: Voter Turnout in the 2008 Presidential Election." *The Forum* 6(4).

Michael P. McDonald. 2006. "American Voter Turnout: An Institutional Perspective by David Hill (book review)." *Political Science Quarterly* 121(3): 516-7.

Michael P. McDonald. 2006. "Rocking the House: Competition and Turnout in the 2006 Midterm Election." *The Forum* 4(3).

Micah Altman and Michael P. McDonald. 2006. "How to Set a Random Clock (Remarks on Earnest 2006)." *PS: Political Science and Politics* 39(4): 795.

Michael P. McDonald. 2004. "Up, Up, and Away!  Turnout in the 2004 Presidential Election."  *The Forum* 2(4).

Michael P. McDonald. 2004. "Drawing the Line on the 2004 Congressional Elections."  *Legislative Studies Section Newsletter* (Fall): 14-18.

Michael P. McDonald. 2004. "2001: A Redistricting Odyssey." *State Politics and Policy* Quarterly 4(4): 369-370.

Micah Altman and Michael P. McDonald. 1999. "Resources for Testing and Enhancement of Statistical Software" in *The Political Methodologist* 9(1).

Michael P. McDonald. 1999. "Representational Theories of the Polarization of the House of Representatives" in *Legislative Studies Section Newsletter, Extension of Remarks* 22(2): 8-10.

Michael P. McDonald. 2003. "California Recall Voting: Nuggets of California Gold for Political Behavior." The *Forum* 1(4).

### *Reports*

Michael P. McDonald. 2009. "Voter Preregistration Programs." Fairfax, VA: George Mason University.

Michael P. McDonald. 2009. *Midwest Mapping Project*. Fairfax, VA: George Mason University.

Michael P. McDonald and Matthew Thornburg. 2008. "The 2008 Virginia Election Administration Survey." Fairfax, VA: George Mason University.

Kimball Brace and Michael P. McDonald. 2005. "Report to the Election Assistance Commission on the Election Day Survey." Sept. 27, 2005.

### *Opinion Editorials*

Sharon Austin, Michael McDonald and Daniel Smith. "We work for the people of Florida. That's why we can't let the University of Florida silence us on a voting rights law." *The Washington Post*. Nov. 3, 2021.

Michael P. McDonald. 2020. "Trump and polarization drove record turnout. So did mail voting, which should be universal." *USA Today*. Online: Nov. 4, 2020. Print: Nov. 6, 2020, p. 7A.

Michael P. McDonald. 2020. "Record-setting early votes helped Democrats pinpoint others likely to support Biden." *Washington Post*. Nov. 3, 2020.

Michael P. McDonald. 2020. "Trump Will Drive Extraordinary Voter Turnout in 2020—If States Can Get It Together." *Newsweek*. May 20, 2020.

Michael P. McDonald. 2019. "Let 16-year-olds vote for L.A. school board." *Los Angeles Times*. May 8, 2019.

Michael P. McDonald. 2018. "I agree with Donald Trump, we should have voter ID. Here's how and why." *USA Today*. Jan. 15, 2018.

Michael P. McDonald. 2017. "The Russians are hacking. Luckily the Trump voter fraud commission isn't in charge." *USA Today*. Sept. 23, 2017.

Michael P. McDonald. 2016. "Better Hope the Election is Not Close." *USA Today*. Nov. 2, 2016.

Michael P. McDonald. 2016. "Blame Government for Voting Crisis." *USA Today*. March 24, 2016.

Michael P. McDonald, Peter Licari and Lia Merivaki. 2015. "The Big Cost of Using Big Data in Elections." *The Washington Post*. Oct. 18, 2015.

Michael P. McDonald 2013. "Truths and Uncertainties that Surround the 2014 Midterms." *The Hill*. November 5, 2013.

Michael P. McDonald. 2011. "The Shape of Things to Come: New Software May Help the Public Have a Crucial Redrawing of Voting Districts." *Sojouners*. April 2011: 11-12.

Micah Altman and Michael P. McDonald. 2011. "Computers: Redistricting Super Hero or Evil Mastermind?" *Campaigns and Elections Magazine*. January 2011.

Michael P. McDonald. 2010. "Who Voted in 2010, and Why It Matters for 2012." *AOL News*. Nov. 4, 2010.

Michael P. McDonald and Seth McKee. "The Revenge of the Moderates." *The Politico*. Oct. 10, 2010.

Michael P. McDonald and Micah Altman. 2010. "Pulling Back the Curtain on Redistricting." *The Washington Post*. July 9, 2010.

Michael P. McDonald. 2008. "This May Be the Election of the Century." *The Politico*. Sept. 9, 2008.

Michael P. McDonald. 2008. "Super Tuesday Turned into a Super Flop." *Roll Call*. Feb. 11, 2008.

Michael P. McDonald. 2006. "5 Myths About Turning Out the Vote." *The Washington Post*. Oct. 29, 2006, p. B3.

Michael P. McDonald. 2006. "Supreme Court Lets the Politicians Run Wild." *Roll Call*. June 29, 2006.

Michael P. McDonald. 2006. "Re-Redistricting Redux." *The American Prospect*. March 6, 2006.

Michael P. McDonald and Kimball Brace. "EAC Survey Sheds Light on Election Administration." *Roll Call*. Oct. 27, 2005.

Michael P. McDonald. 2004. "The Numbers Prove that 2004 May Signal More Voter Interest." *Milwaukee Journal Sentinel*. Milwaukee, WI.

Michael P. McDonald. 2004. "Democracy in America?" *La Vanguardia*. Barcelona, Spain.

Michael P. McDonald. 2003. "Enhancing Democracy in Virginia." *Connection Newspapers*. March 24.

Michael P. McDonald. 2001. "Piecing Together the Illinois Redistricting Puzzle." *Illinois Issues*. March, 2001.

Samuel Popkin and Michael P. McDonald. 2000. "Turnout's Not as Bad as You Think." *The Washington Post*. Nov. 5: B-1.

Samuel Popkin and Michael P. McDonald. 1998. "Who Votes? A Comparison of NES, CPS, and VNS Polls." *Democratic Leadership Council Bluebook*. Sept., 1998.

### Data and Software Packages

Brian Amos, Steve Gerontakis, and Michael P. McDonald. Precinct boundaries and election results. Available at: https://dataverse.harvard.edu/dataverse/electionscience

Micah Altman, Michael P. McDonald, and Azavea. 2012. "DistrictBuilder." Open source software to enable public participation in redistricting. Source code available at Github. Project website, http://www.districtbuilder.org.

Micah Altman and Michael P. McDonald. 2007. "BARD: Better Automated Redistricting." R package available through CRAN. Source code available at Sourceforge.

Micah Altman, Jeff Gill, and Michael P. McDonald. 2004. "Accuracy: Tools for testing and improving accuracy of statistical results." R package available through CRAN.

# Grants and Contracts

Local Election Data Collection. ($300,000). Houston Endowment. Three-year renewal of Houston Endowment grant to collect local election data.

Dow Jones Corporation. ($10,000). Provided 2022 election data for analysis by the *Wall Street Journal*.

Local Election Data Collection Pilot Study. ($83,000). Houston Endowment. Explored the feasibility of collecting local election data to compare Houston MSA turnout to other MSAs.

Columbia Books. ($12,000). Produced data and maps for inclusion in the *2022 Almanac of American Politics*.

Gainesville City Commission. ($40,000). 2021-2022. Held public hearings and assisted city in drawing city commission districts.

Florida League of Women Voters. ($20,000). 2021-2022. Produced report on potential constitutional infirmities of adopted state legislative districts.

Rejected Mail Ballots. ($4,720). Andrew Goodman Foundation. Analysis of rejected mail ballots within selected states during the 2020 general election.

Election Data Administrative Data Research Facility. ($843,000) Alfred P. Sloan Foundation grant to collect precinct election results and boundary data and to upgrade DistrictBuilder software.

Virginia Election Data. ($6,500) Produced election data for *The Washington Post*'s 2019 Virginia state elections coverage.

Audit of Assignment of Virginia Registered Voters to Districts. ($154,000). Work for the Virginia Department of Elections to audit the assignment of registered voters to districts.

National Voter File. ($125,000) Alfred P. Sloan Foundation grant to pilot the collection of a national voter file for academic and non-partisan purposes.

Pilot Study for Election Data Administrative Data Research Facility. ($125,000) Alfred P. Sloan Foundation grant to collect precinct election results and boundary data and to upgrade DistrictBuilder software.

Improving Integrity of Voter File Addresses. ($20,000) Colorado Secretary of State support to develop methods to improve voter file addresses.

Fabricating Precinct Boundaries. ($17,000). MIT Election Science and Data Lab support to explore fabricating precinct boundaries from geocoded voter files.

UF Informatics Post-Doc Top-Off Award. 2017. ($16,000). Funding from the UF Informatics Institute to provide additional post-doc funding in support of Hewlett Foundation grant.

U.S. Election Project. 2016. ($50,000). Hewlett Foundation support for U.S. Election Project Activities.

UF Informatics Institute Seed Fund Award. 2016. ($48,000). Project funded by the UF Informatics Institute to explore the reliability of Florida's voter registration file.

Election Forum. 2016. ($20,000). Project funded by the Pew Charitable Trusts for an election forum held at the University of Florida.

Survey of Voter File Accessibility. 2016. ($1,650). Contract from the Institute for Money in State Politics to survey costs and accessibility of states' voter files.

Florida Election Reform. 2015. ($13,000). Project funded by Democracy Fund for an election reform forum held in Tallahassee, FL. Pew Charitable Trusts independently provided travel support for some speakers.

New York Redistricting. 2011. ($379,000). Project funded by the Sloan Foundation to provide for public redistricting in New York and continued software development.

Citizen Redistricting Education, Software Supplemental. 2011. ($50,000). Project funded by Joyce Foundation to provide continued redistricting software development for use by advocacy groups in six Midwestern states.

National Redistricting Reform Coordination. 2009-10. ($100,000). With Thomas Mann and Norman Ornstein. Project funded by Joyce Foundation to support coordination of national redistricting reform efforts by the Brookings Institution and the American Enterprise Institute.

Citizen Mapping Project. 2009-10. ($124,000 & $98,000). With Micah Altman, Thomas Mann, and Norman Ornstein. Project funded by the Alfred P. Sloan Foundation. An award to George Mason University enables development of software that, essentially, permits on-line redistricting through commonly used internet mapping programs. A second award to the Brookings Institution and American Enterprise Institute provides organizational support, including the convening of an advisory board.

Citizen Redistricting Education. 2010. ($104,000). Project funded by the Joyce Foundation. Provides for redistricting education forums in five Midwestern state capitals in 2010 and other continuing education efforts.

Pre-Registration Programs. 2008-9. ($86,000). Project funded by the Pew Charitable Trusts' Make Voting Work Initiative to examine pre-registration programs (voter registration for persons under age 18) in Florida and Hawaii.

Sound Redistricting Reform. 2006-9. ($405,000). Project funded by the Joyce Foundation, conducted jointly with the Brennan Center for Justice at NYU to investigate impacts of redistricting reform in Midwestern states.

Electoral Competition Project. 2005-6. ($200,000). Project funded by The Armstrong Foundation, the Carnegie Corporation of New York, the JEHT Foundation, The Joyce Foundation, The Kerr Foundation, Inc., and anonymous donors. Jointly conducted by the Brookings Institution and Cato Institute to investigate the state of electoral competition in the United States.

George Mason University Provost Summer Research Grant. 2004. ($5,000).

ICPSR Data Document Initiative. 1999. Awarded beta test grant. Member, advisory committee on creation of electronic codebook standards.

# Academic Experience

*Courses Taught:* Election Data Science (graduate and undergraduate), Election Law and Voting Rights, Public Opinion and Voting Behavior, Parties and Campaigns (graduate and undergraduate), Comparative Electoral Institutions, Introduction to American Politics, American Politics Graduate Field Seminar, Congress, Legislative Politics, Research Methods (undergraduate), Advanced Research Methods (graduate), Freshman Seminar: Topics in Race and Gender Policies, and Legislative Staff Internship Program.

University of Florida

- Professor. June 2020 – Present.
- Associate Professor. August 2014 – June 2020.

George Mason University

- Associate Professor. May 2007 – May, 2014.
- Assistant Professor. Aug 2002 – May, 2007.

The Brookings Institution

- Non-Resident Senior Fellow. January 2006 – June 2016.

- Visiting Fellow. June 2004 – December 2006.

University of Illinois, Springfield. Assistant Professor. Aug 2000 – June 2002.
    Joint appointment in Political Studies Department and Legislative Studies Center.

Vanderbilt University. Assistant Professor. Aug 1999 – Aug 2000.

Harvard-MIT Data Center. Post-Doctoral Research Fellow. Sept. 1998 – Aug 1999.
    Developed Virtual Data Center, a web-based data sharing system for academics. Maintained
    Record of American Democracy (U.S. precinct-level election data).

University of California-San Diego

- Assistant to the Director for University of California, Washington DC program. Sept 1997 – June 1998.
- Instructor for research methods seminar for UCSD Washington interns.
- Visiting Assistant Professor. Spring Quarter 1997.
- Visiting Assistant Professor. Summer Session, Aug 1996 and Aug 1997.
- Teaching Assistant/Grader. Aug 1991 – March 1997.

# Professional Service

- *National Academy of Sciences,* Member, Program Committee for "Workshop on 2020 Census Data Products: Data Needs and Privacy Considerations." 2019-2021.
- *Election Science Reform and Administration Conference.* 2020. Lead conference organizer.
- *Non-Profit Voter Engagement Network,* Member, Advisory Board. 2007 – present.
- *National States Geographic Information Council - Geo-Enabled Elections,* Member, Circle of Advisors. 2018 – 2022.
- *Election Sciences Conference-in-a-conference at the 207 Southern Political Science Association Conference.* Organizer. 2016.
- *Overseas Vote Foundation*, Member, Advisory Board. 2005 – 2013.
- *National Capital Area Political Science Association,* Member, Council, 2010 – 2012.
- *State Politics and Policy Quarterly*, Editorial Board Member 2004-2011.
- *Virginia Public Access Project*, Member, Board of Directors. 2004 – 2006.
- *Fairfax County School Board Adult and Community Education Advisory Committee*, Member. 2004 – 2005.
- *State Politics and Policy Quarterly*, Guest Editor. Dec 2004 issue.

# Related Professional Experience

Media Consultant

- Edison Media Research/Mitofsky International. Nov. 2022; Nov. 2020; Nov. 2018; Nov. 2004; Nov. 2006; Feb. 2008; Nov. 2008. Worked national exit polling organization's Decision Desk.
- Associated Press. Nov. 2016 and Nov. 2010. Worked Decision Desk.
- ABC News. Nov. 2002. Worked Decision Desk.
- NBC News. Aug 1996. Analyzed polls during the Republican National Convention.


Redistricting/Elections Consultant.

- *Georgia Coalition for the Peoples' Agenda, Inc. et al.* v. *Brad Raffensperger*, 347 F. Supp. 3d 1251, 1263-64 (N.D. Ga. 2018); Civil Action No. 1:18-cv-04727-ELR, Dkt. No. 241 (N.D. Ga. Apr. 11, 2024).
- *Mi Familia Vota and Voto Latino* v. *Hobbs, et al.* And Consolidated Cases. Case No. 2:22-cv-00509-SRB (Lead Case) (D. Ariz.).
- *Our City Action Buffalo, Inc.*, et al. v. *Common Council of the City of Buffalo*, et al. 2022. Index No. 812652/2022.
- Independent Map Drawer. Ohio Redistricting Commission. 2022. Drew Ohio state legislative districts for Ohio Redistricting Commission, as ordered by Ohio Supreme Court.
- Expert Witness. 2021-2022. *Florida Rising* v. *Lee*. Case No. 4:21-cv-201-MW-MJF (N.D. FL)
- Consultant. 2022. New Jersey Congressional Redistricting Commission.
- Expert Witness. 2018-2021. *Georgia Coalition for the Peoples' Agenda, Inc. et. al v. Kemp*. No. 1:18-cv-04727-ELR (N.D. Ga.).
- Expert Witness. *League of Women Voters of South Carolina v. Marci Andino*. Case No. 2:20-cv-03537-JMC (South Carolina).
- Expert Witness. 2020. *Georgia Association of Latino Elected Officials* v. *Gwinnett County Board of Registration and Elections*. No. 1:20-cv-1587-WMR (N.D. Ga.).
- Expert Witness. 2019. *Fair Fight Action, Inc. et al. v. Brad Raffensperger* No. 1:18-CV-5391-SCJ (N.D. Ga.).
- Consultant. 2019. Virginia Division of Elections. Audited the assignment of registered voters to districts.
- Expert Witness. 2018. *Martin v. Kemp*. Civil Action No. 1:18-cv-04776-LMM.
- Expert Witness. 2018. *Georgia Coalition for the Peoples' Agenda, Inc. v. Kemp*. Civil Action No. 1:18-cv-04727-ELR.
- Expert Witness. 2018. *Common Cause Indiana v. Lawson*. Case No. 1:17-cv-3936-TWP-MPB (Indiana).
- Expert Witness. 2017-18. *Benisek v. Lamone*. Case No. 13-cv-3233 (Maryland).
- Expert Witness. 2016-2017. *Vesilind v. Virginia State Board of Elections*. Case No. CL15003886 (Virginia).
- Expert Witness. 2016-2017. *Fish v. Kobach*. Case No. 2:16-cv-02105 (Kansas).
- Expert Witness. 2016. *Arizona Libertarian Party v. Reagan*. Case No.: 2:16-cv-01019-DGC (Arizona).

- Expert Witness. 2016. *Georgia State Conf. of the NAACP, et al. v. Brian* Kemp. Case No. 2:16-cv-00219-WCO (Georgia).
- Consultant. Federal Voting Assistance Program. 2014-2015. Analyzed voting experience of military and overseas voters.
- Expert Witness. 2013-2014. *Page v. Virginia State Board of Elections*. No. 3:13-cv-678 (E.D.VA).
- Expert Witness. 2013-2014. *Delgado v. Galvin*. (D. MA).
- Beaumont Independent School District. 2013. Prepared response to DOJ data request.
- Federal Voting Assistance Program. 2012-13. Analyzed voting experience of military and overseas voters.
- Gerson Lehrman Group. 2012. Provided election analysis to corporate clients.
- Expert Witness. 2011-2012. *Backus* v. *South Carolina*. No. 3:11-cv-03120 (D.S.C.).
- Expert Witness. 2012. *Wilson* v. *Kasich*. No. 2012-0019 (Ohio Sup. Ct.).
- Consulting Expert. 2011-2012. Bondurant, Mixson, and Elmore, LLP. (Review of Georgia's state legislative and congressional redistricting Section 5 submission).
- Consultant. 2012. New Jersey Congressional Redistricting Commission.
- Expert Witness. 2011. *Perez v. Texas*. No. 5:11-cv-00360 (W.D. Tex.).
- Expert Witness. 2011. *Wilson v. Fallin*. No. O-109652 (Okla. Sup. Ct.).
- Consultant. 2011. United States Federal Voting Assistance Program.
- Consultant. 2011. Virginia Governor's Independent Bipartisan Advisory Redistricting Commission.
- Consultant. 2011. New Jersey State Legislative Redistricting Commission.
- Expert Witness. 2010. *Healey v. State, et al.* C.A. No. 10-316--S (USDC-RI).
- Research Triangle Institute. 2008-2009. Consultant for Election Assistance Commission, 2008 Election Day Survey.
- U.S. State Department. 2008. Briefed visiting foreign nationals on U.S. elections.
- Expert Witness. 2008. *League of Women Voters of Florida v. Browning* (08-21243-CV-ALTONAGA/BROWN)
- Pew Center for the States. 2007. Consultant for Trends to Watch project.
- Expert Witness. 2007. *Washington Association of Churches v. Reed* (CV06-0726).
- Electoral Assistance Commission. 2005. Analyzed election administration surveys.
- Arizona Independent Redistricting Commission. 2001-2003. Consultant.
- Expert Witness. 2003. *Minority Coalition for Fair Redistricting, et al. v. Arizona Independent Redistricting Commission* CV2002-004380 (2003).
- Expert Witness. 2003. *Rodriguez v. Pataki* 308 F. Supp. 2d 346 (S.D.N.Y 2004).
- Consulting Expert. 2002. *O'Lear v. Miller* No. 222 F. Supp. 2d 850 (E.D. Mich.).
- Expert Witness. 2001-2002. *In Re 2001 Redistricting Cases* (Case No. S-10504).
- Expert Witness. 2001. *United States v. Upper San Gabriel Valley Municipal Water District* (C.D. Cal. 2000).
- California State Assembly. 1991. Consultant.
- Pactech Data and Research. Research Associate. Aug 1989 - June 1991.

Campaign/Political Consultant.

- Ron Christian for Virginia State Senate.  June – November, 2003.
- Theresa Martinez for Virginia House of Delegates. May, 2003.
- Senior Consultant. California State Assembly. Nov. – Dec 1998.
- California Assembly Democrats. June – November 1998.
- Susan Davis & Howard Wayne for CA State Assembly '96. 1996.
- Intern. June – Sept 1995. UC-San Diego, Science and Technology Policy and Projects.

<u>Polling Consultant.</u>

- Hickman-Brown.  July, 2000.  Analyzed national and state level exit and CPS polls for use in various campaigns. Analyzed surveys for congressional, state, and local political campaigns.
- Decision Research. Aug 1994 – Dec 1994. Conducted and analyzes surveys for congressional and statewide campaigns.
- Speaker Jose de Venecia of the Philippines. Feb, 1997.
- Joong-Ang Ilbo/RAND. Oct, 1996. Analyzed survey of Korean attitudes on national security issues.
- UCSD.  Nov. 1991. Conducted and analyzed survey of student attitudes.