# EXHIBIT D



Hopper Processing and Information

Step by Step Instructions

Author: Kim Minor
Rev. 10/05/2023 by Divya Gautam and Vaidehi Maddireddy

# Contents

General Hopper Information ...................................................................................................................................... 3

Hopper Master List .............................................................................................................................................. 4

Viewing Voter Matches........................................................................................................................................ 5

Processing Hopper Records ................................................................................................................................. 6

    Processing DMV and Paper OAB (Online Absentee Ballot) Hopper Records...................................................... 6

    Processing In-Person Absentees Hopper Records .............................................................................................. 7

    Processing DMV Registration Hopper Records ................................................................................................... 8

    Processing DMV and Paper OVR Applications Hopper Records .......................................................................... 9

    Processing Felony Convictions Hopper Records ............................................................................................... 10

    Processing Duplicates Hopper Records ............................................................................................................ 10

    Processing Incomplete Registrations Hopper Records ..................................................................................... 12

    Processing Transfers Hopper Records .............................................................................................................. 13

    Processing Death Hopper Records.................................................................................................................... 14

    Processing Reinstate Voters Hopper Records................................................................................................... 15

    Processing Felony Reinstatements Hopper Records ......................................................................................... 16

    Processing Mentally Incapacitated Hopper Records ......................................................................................... 17

    Processing DMV Out of State Hopper Records................................................................................................. 18

    Processing Scanned Document Images Hopper Records .................................................................................. 31

    Processing Declared Non-Citizen Hopper Records ........................................................................................... 33

    Processing Batch Reports Hopper Records....................................................................................................... 37

    Processing SSIS Packages Hopper Records ....................................................................................................... 38

    Processing NCOA Matches Hopper Records..................................................................................................... 39

    Processing Notifications Hopper Records......................................................................................................... 40

## General Hopper Information

In VERIS, the term "hopper" refers to a repository of specific record types that require attention from the user. The hoppers allow the user to easily access these records directly from the VERIS home page instead of having to locate the records individually.



The active hoppers are visible in the Hopper Pane, an area located on the right side of the VERIS home page. The Hopper Pane is expanded by default and may be collapsed by clicking the small triangle located in the Hopper Pane heading.

Only those hoppers with pending records are displayed in the Hopper Pane. If a there are no records of a certain type, that hopper will not be displayed in the Hopper Pane.

There are two main objects located in the Hopper Pane: the hopper name and hopper URL. The left side of the pane contains a listing of hopper names with pending records and the right side contains a URL that corresponds to the hopper name. The URL also lists the number of pending records for that particular hopper.

# Hopper Master List

The following is a list of all of the hoppers that can be found in VERIS. They are listed in the order in which they display in VERIS.

1. DMV OAB Applications
2. Paper OAB Applications
3. Paper OAB - Expired
4. In-Person Absentees
5. DMV Registrations
6. DMV OVR Applications
7. Paper OVR Applications
8. Felony Convictions
9. Duplicates
10. Incomplete Registrations
11. Transfers
12. Death
13. Reinstate Voters
14. Felony reinstatements
15. Mentally Incapacitated
16. DMV Out of State
17. Scanned Document Images
18. Declared Non-Citizen
19. Batch reports
20. Queued reports
21. SSIS Packages
22. NCOA Matches
23. Notifications

## Viewing Voter Matches

To view the records for a specific hopper, click the URL that corresponds to the hopper that you wish to view.



*Note:* The URL shows the number of pending records for that particular hopper.

The Hopper Search page for the hopper that you selected will be displayed with all pertinent records shown in the data grid.



# Processing Hopper Records

This section of the Hopper Processing and Information Step-by-Step document contains information about how to process records in various Hoppers. You may find additional information about many of the Hoppers shown in this document in the specific Step-by-Step Document for that area of VERIS. The documents are referenced when possible.

The order of the processes listed below corresponds to the order in which the hoppers display in VERIS. See the **Hopper Master List** section of this document to see the order.

## Processing DMV and Paper OAB (Online Absentee Ballot) Hopper Records



This procedure applies to the following hopper(s):

1. DMV OAB Applications
2. Paper OAB Applications
3. Paper OAB - Expired

The procedure for processing DMV and Paper OAB hopper records is described in the **Online Absentee Ballot Processing Step-by-Step** document.

## Processing In-Person Absentees Hopper Records



This procedure applies to the following hopper(s):

In-Person Absentees

The procedure for processing In-Person Absentee records is described in the **Absentee Step-by-Step** document.

## Processing DMV Registration Hopper Records



This procedure applies to the following hopper(s):

DMV Registrations

The procedure for processing DMV Registrations records is described in the **Add-Update Voter Step-by-Step** document.

## Processing DMV and Paper OVR Applications Hopper Records



This procedure applies to the following hopper(s):

1. DMV OVR Applications
2. Paper OVR Applications

The procedure for processing DMV and Paper OVR Applications records is described in the **OVR Processing Step-by-Step** document.

## Processing Felony Convictions Hopper Records



This procedure applies to the following hopper(s):

Felony Conviction

The procedure for processing Felony Conviction records is described in the **Add-Update Voter Step-by-Step** document.

## Processing Duplicates Hopper Records



This procedure applies to the following hopper(s):

Duplicates

1. Click on the "Duplicates" Hopper.

2. "Duplicate Search" page is displayed.



3. If the voter, you search does not display on the list then Enter the "Last name" and click "Search".

4. Click on the link in the % column to match that you wish to process.
   The "Duplicate view page" is displayed.



There are no other duplicate matches available.

5. Perform one of the following:

| If... | Then... |
|-------|---------|
| The voter match is approved, the duplicate Voter Record merge as single record. | Select **Merge Approve** from the **Action** drop-down list box.<br><br>*Note:* When you click the **Save** button, a pop-up shows for conformation of merger. Click "ok", the system Merge the Duplicate record as single record, removes the name of the voter from the "Duplicates" Hopper. |
| The voter match is not accepted, then Duplicate Voter Record remains the same. | Select **Merge Rejected** from the **Action** drop-down list box.<br><br>*Note:* When you click the **Save** button, the system only rejects the record as Duplicate Record, the record will be removed from the "Duplicates" hopper but remain as individual record. |
| Further research is needed to determine if the Hopper record matches. | Select **Research Needed** from the **Action** drop-down list box.<br><br>*Note:* When you click the **Save** button, the system keeps in the hopper to be processed later and set 'R' flag to "Yes". |

## Processing Incomplete Registrations Hopper Records



This procedure applies to the following hopper(s):

Incomplete Registrations

The procedure for processing Incomplete Registrations records is described in the **Add-Update Voter Step-by-Step** document.

## Processing Transfers Hopper Records



This procedure applies to the following hopper(s):

Transfers

The procedure for processing Transfers records is described in the **Add-Update Voter Step-by-Step** document.

## Processing Death Hopper Records



This procedure applies to the following hopper(s):

Death

The procedure for processing Death records is described in the **Add-Update Voter Step-by-Step** document.

## Processing Reinstate Voters Hopper Records



This procedure applies to the following hopper(s):

Reinstate Voters

The procedure for processing Reinstate Voters records is described in the **Add-Update Voter Step-by-Step** document.

## Processing Felony Reinstatements Hopper Records



This procedure applies to the following hopper(s):

      **Felony Reinstatements**

The procedure for processing Felony Reinstatements records is described in the **Add-Update Voter Step-by-Step** document.

## Processing Mentally Incapacitated Hopper Records



This procedure applies to the following hopper(s):

Mentally Incapacitated

The procedure for processing Mentally Incapacitated records is described in the **Add-Update Voter Step-by-Step document.**

## Processing DMV Out of State Hopper Records



This procedure applies to the following hopper(s):

DMV Out of State

1. Follow the procedure for **Viewing Voter Matches** to view the DMV Out of State Hopper.

   The DMV Out of State Matches page is displayed with the data grid populated.



2. Click the link in the % column that corresponds to the match that you wish to process.

   The Hopper View page is displayed.



3. Perform one of the following:

| If... | Then... |
|---|---|
| The voter match is approved, the voter registration status is marked 'Cancelled' and cancellation notices should be generated for the voter. | Select **Match Approved** from the **Action** drop-down list box.<br><br>*Note:* When you click the **Save** button, the system changes the registration status of the voter's current Voter Registration record to "Cancelled", change the NVRA Status Reason to "DMV Surrender Out Of State", set Comment on "Comment Detail Page" to "Status was changed to Cancelled on {Date, Time}. Reason: DMV Surrender out of state.", remove the out of state record from the OOS Hopper and generate correspondence notices as ENG_Cancellation Letter, VA Registration Mailing Address and ENG_Cancellation Letter, Out of State Address. |

| If... | Then... |
|---|---|
| The voter match is not accepted, and the record is removed from the hopper. | Select **Match Rejected** from the **Action** drop-down list box.<br><br>*Note:* When you click the **Save** button, the system only removes the voter from the hopper. |
| Further research is needed to determine if the Hopper record matches. | Select **Research Needed** from the **Action** drop-down list box.<br><br>*Note:* When you click the **Save** button, the system keeps in the hopper to be processed later and set 'R' flag to true. |

4. Enter additional information in the **Comments** field as necessary.

5. Click the **Save** button.

   The information is saved to the database.

   *Note:* You may click the **Return** button to return to the Hopper Search page without saving.

6. Click Home, Voter, Voter Search, enter First and Last name, choose Registration Status as Cancelled and click Search.



7. Select the matching voter and land on Overview page.



8.

ENG_Cancellation Letter, VA Registration Mailing Address will display.

9. Click magnify glass for each letter to see the actual letter or click the printer to print the letters.

**MADISON COUNTY**
Office of Voter Registration
PO Box 267
Madison, VA 22727-0267

E-mail: registrar@madisonco.virginia.gov     Phone: 540-948-6533
Website: https://www.madisonco.virginia.gov/registrar     Fax:

TO: ███████████     DATE: 9/11/2023

## Voter Registration Cancellation Notice

This office has determined that ███████████ is no longer entitled to be registered to vote in the Commonwealth of Virginia because you have moved to another state. Therefore, as permitted by §24.2-427 of the Code of Virginia, this office has stricken your name from the Voter Registration List of MADISON COUNTY.

If you have not registered to vote in the state in which you currently reside, you may apply to register to vote by contacting the voter registration office near you for the voter registration application of your state or by accessing the Election Assistance Commission website at www.eac.gov to obtain the federal voter registration application.

If you believe the removal of ███████████ from the Voter Registration List is incorrect, please contact this office at 540-948-6533.

*Lauren Y. Eanes*

LAUREN Y. EANES

**MADISON COUNTY**
Office of Voter Registration
PO Box 267
Madison, VA 22727-0267

E-mail: registrar@madisonco.virginia.gov     Phone: 540-948-6533
Website: https://www.madisonco.virginia.gov/registrar     Fax:

TO: ███████████     DATE: 9/11/2023

## Voter Registration Cancellation Notice

This office has determined that ███████████ is no longer entitled to be registered to vote in the Commonwealth of Virginia because you have moved to another state. Therefore, as permitted by §24.2-427 of the Code of Virginia, this office has stricken your name from the Voter Registration List of MADISON COUNTY.

If you have not registered to vote in the state in which you currently reside, you may apply to register to vote by contacting the voter registration office near you for the voter registration application of your state or by accessing the Election Assistance Commission website at www.eac.gov to obtain the federal voter registration application.

If you believe the removal of ███████████ from the Voter Registration List is incorrect, please contact this office at 540-948-6533.

*Lauren Y. Eanes*

LAUREN Y. EANES
General Registrar
Madison County Voter Registration Office

**Processing the DMV Out of State Cancellation Letters from batch report:**

To access the DMV OOS cancellation letters from the batch report, perform the following steps:

1. In VERIS Homepage, move the cursor to "Report" > "Batch Reporting".
2. The Batch Reporting page is displayed. It contains both "Cancellation letter Out of State Address" and "Cancellation Letter VA Registration Mailing Address" in Spanish as well as English.



3. For ENG_Cancellation Letter, Out of State Address
   Click on ENG_Cancellation Letter, Out of State Address. It will display the list of all the cancelled voter.



4. For ENG_Cancellation Letter, VA Registration Mailing Address.
   Click on ENG_Cancellation Letter, VA Registration Mailing Address. It will display the list of cancelled voters with VA Mailing Address.



**Generating the Cancellation – Out of State Report:**

1. In VERIS Homepage, move cursor to Select Report > Report Library.
2. Select "Voter" from the Categories drop down menu.



3.
4. Select "Cancellation-Out of State" from the list.



5. Report Library page for Cancellation- Out of state report is displayed.



6. Fill the information along with the "Start date" and "End date" of the batch to be generated.



If the Start Date and End Date is not entered, then it generates the list of all the cancelled voters till date.



7. Report is set to PDF by default.
8. Click on View/ print.



9. To schedule the report to run at a specific day and time frame. Click the 'Scheduled Report' check box.
10. Select the desired time form the given options.



11. Click View/ print report.
12. Report will be processed in Queue.



## Viewing the Cancelled Out of State Report:

1. In VERIS Homepage, go to the "Schedule & Queued Report" section.
2. Click on the report that has the recent date and time of the generated report.



3. Report is generated.
   a. When entered Start date and End date.

**Locality: 113**
**Precinct: ALL**
**District: ALL**

# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF ELECTIONS
### Cancellation - Out of State
### 113 - MADISON COUNTY

## DMV Surrender Out Of State
**September 2023**

| PCT | Name<br>Address | Registration ID<br>Email Address | Cancel<br>Date | Cancel Type |
|-----|------|-----|------|------|
| 0001 | ███████████████ | ██████ | 9/11/2023 | Active Cancel - DMV<br>Surrender Out Of State |

**DMV Surrender Out Of State Total: 1**

b. When Start date and End date is not entered.

**Locality: 113**
**Precinct: ALL**
**District: ALL**

## COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF ELECTIONS
## Cancellation - Out of State
### 113 - MADISON COUNTY

**DMV Surrender Out Of State**

**August 2023**



| PCT | Name<br>Address | Registration ID<br>Email Address | Cancel<br>Date | Cancel Type |
|-----|------|------|------|------|
| 0006 | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | 8/30/2023 | Active Cancel - DMV<br>Surrender Out Of State |

**September 2023**

| PCT | Name<br>Address | Registration ID<br>Email Address | Cancel<br>Date | Cancel Type |
|-----|------|------|------|------|
| 0001 | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ | 9/11/2023 | Active Cancel - DMV<br>Surrender Out Of State |

**DMV Surrender Out Of State Total: 2**

## Processing Scanned Document Images Hopper Records



This procedure applies to the following hopper(s):

Scanned Document Images

1. Follow the procedure for **Viewing Voter Matches** to view the Scanned Document Images Hopper.

   The Scanned Document Matches page is displayed with the data grid populated.



2. Perform one of the following:

| To... | Then... |
|---|---|
| View a scanned document image... | Click the name of the document that you wish to view in the Document Type column. |
| Delete a scanned document image... | Click the delete icon  that corresponds to the document that you wish to delete. |

*Note:* The data grid may be sorted by clicking on the various headers.

*Note:* The data grid may be filtered by User or Batch Name by using the filter drop down menus above the data grid.

## Processing Declared Non-Citizen Hopper Records



This procedure applies to the following hopper(s):

Declared Non-Citizen

1. Follow the procedure for **Viewing Voter Matches** to view the Declared Non-Citizens Hopper.

   The Declared Non-Citizens Matches page is displayed with the data grid populated.

2. Click the link in the % column that corresponds to the match that you wish to process.

   The Hopper View page is displayed.



3. Perform one of the following:

| If... | Then... |
|---|---|
| The existing registration and the declared non-citizen record match and you have not yet notified the voter... | Select **Notify Voter** from the **Action** drop-down list box. <br><br> *Note:* When you click the **Save** button, the system retains the record in the Hopper and creates correspondence to notify the voter of his or her non-citizen status. |
| The voter confirmed his or her citizenship by completing, signing, and returning the Affirmation of United States Citizenship form within 14 days of notification... | Perform one of the following: <br><br> <table><tr><th>If...</th><th>Then...</th></tr><tr><td>The voter returned the barcoded form...</td><td>Scan the barcode on the Affirmation of United States Citizenship form. <br><br> The system marks the record as citizenship confirmed, removes the record from the Hopper, and generates correspondence history to indicate correspondence was received from the voter.</td></tr><tr><td>The voter did not return the barcoded form...</td><td>Select **Citizenship Confirmed** from the **Action** drop-down list box. <br><br> *Note:* When you click the **Save** button, the system removes the record from the Hopper and generates correspondence history to indicate correspondence was received from the voter.</td></tr></table> |
| The existing registration and the declared non-citizen record do not match... | Select **Match Rejected** from the **Action** drop-down list box. <br><br> *Note:* When you click the **Save** button, the system removes the record from the Hopper. |

| If... | Then... |
|---|---|
| If you notified the voter of his or her non-citizen status and the voter did not confirm his or her citizenship by completing, signing, and returning the Affirmation of United States Citizenship form within 14 days of notification... | The System will automatically cancel the voter 21 days after notification if the voter has not confirmed citizenship.<br><br>**OR**<br><br>The voter can be cancelled manually if the you need to cancel the voter immediately after the 14-day window.<br><br>Select **Cancel Voter** from the **Action** drop-down list box.<br><br>*Note:* When you click the **Save** button, the system generates a cancellation notice to notify the voter that their voting privileges have been revoked. |
| Further research is needed to determine if the Hopper record matches... | Select **Research Needed** from the **Action** drop-down list box.<br><br>*Note:* When you click the **Save** button, the system removes the declared non-citizen record from the Declared Non-Citizens Hopper and adds it to the Incomplete Registrations Hopper. |

4.  Enter additional information in the **Comments** field as necessary.

5.  Click the **Save** button.

    The information is saved to the database.

    *Note:* You may click the **Return** button to return to the Hopper View page without saving.

## Processing Batch Reports Hopper Records



This procedure applies to the following hopper(s):

Batch Reports

The procedure for processing Batch Reports records is described in the **Voter Correspondence Step-by-Step** document.



## Processing SSIS Packages Hopper Records



This procedure applies to the following hopper(s):

 SSIS Packages

1. Follow the procedure for **Viewing Voter Matches** to view the SSIS Packages Hopper.

   The Declared Non-Citizens Matches page is displayed with the data grid populated.

   

   *Note:* The data grid may be sorted by clicking on the various headers.

   *Note:* The data grid may be filtered by User, Package, or Status by using the filter drop down menus above the data grid.

2. Perform one of the following:

| *To...* | *Then...* |
|---|---|
| View details for a SSIS Package... | Click the name of the SSIS Package that you wish to view in the Package Name column. |
| Delete a SSIS Package... | Click the delete icon  that corresponds to the SSIS Package that you wish to delete. |
| Give a SSIS Package a priority status... | Select the checkbox ☑ in the PS (Priority Status) column. |

# Processing NCOA Matches Hopper Records



This procedure applies to the following hopper(s):

NCOA Matches

The procedure for processing NCOA Matches records is described in the **NCOA Processing Step-by-Step** document.

## Processing Notifications Hopper Records



This procedure applies to the following hopper(s):

Notifications

1. Follow the procedure for **Viewing Voter Matches** to view the Notifications Hopper.

   The Hopper Notifications Summary page is displayed with the data grid populated.



   *Note:* Unread Hopper Notifications appear bolded in the data grid. Notifications that have already been read are not bolded.

   *Note:* The data grid may be filtered by using the filter fields above the data grid.

2. Perform one of the following:

| To... | Then... |
|---|---|
| View Hopper Notification Detail... | Click the date of the Hopper Notification that you wish to view in the Date column. |
| Mark a Hopper Notification as read... | 1. Select the Hopper Notification that you wish to mark as read by selecting the checkbox ☑ that corresponds with it.<br><br>2. Select **Mark as Read** from the **Select Action** drop down menu.<br><br>3. Click the **Update** button. |
| Mark a Hopper Notification as unread... | 1. Select the Hopper Notification that you wish to mark as read by selecting the checkbox ☑ that corresponds with it.<br><br>2. Select **Mark as Unread** from the **Select Action** drop down menu.<br><br>3. Click the **Update** button. |
| Delete a Hopper Notification... | 1. Select the Hopper Notification that you wish to mark as read by selecting the checkbox ☑ that corresponds with it.<br><br>2. Select **Delete** from the **Select Action** drop down menu.<br><br>3. Click the **Update** button. |
| Mark all Hopper Notifications as read... | Click the **Mark All Read** button. |
| Send a Hopper Notification to another user or users... | 1. Click the **New Message** button.<br><br>2. Select the user to whom you wish to send a message by clicking them in the **Available** field.<br><br>3. Click the **Select** button to add the user to the **Selected** field. |

| | |
|---|---|
| | *Note:* You may remove users from the notification by selecting their username in the Selected field and clicking the Remove button. |
| | 4. Repeat steps 2 and 3 until all desired users are included. |
| | 5. Enter your message into the **Message** field. |
| | 6. Click the **Send** button. |
| | *Note:* Click the Cancel button to return to the Hopper Notifications Summary screen without sending a message. |