# EXHIBIT E

# ALEXANDRIA CITY
Office of Voter Registration
132 N Royal ST Ste 100
Alexandria, VA 22314-9896

| | | | |
|---|---|---|---|
| E-mail: | voters@alexandriava.gov | Phone: | 703-746-4050 |
| Website: | http://www.alexandriava.gov/Elections | Fax: | 703-838-6449 |

**TO:** 



**DATE:** 5/29/2024

## NOTICE OF INTENT TO CANCEL

We have received information that you indicated on a recent DMV application that you are not a citizen of the United States. If the information provided was correct, you are not eligible to register to vote. If the information is incorrect and you are a citizen of the United States, please complete the Affirmation of Citizenship form and return it using the enclosed envelope. If you do not respond within 14 days, you will be removed from the list of registered voters.

If you believe this notice has been issued in error or have any questions about this notification, please call the Office of General Registrar.

*[signature]*

ANGIE MANIGLIA TURNER
General Registrar
City of Alexandria