# EXHIBIT F

# AFFIRMATION OF CITIZENSHIP

§ 24.2-410.1 of the Code of Virginia

## SUBJECT TO PENALTY OF LAW, I DO HEREBY AFFIRM THAT I AM A CITIZEN OF THE UNITED STATES OF AMERICA

SIGNATURE OF VOTER

PRINTED NAME
OF VOTER:

Date of birth:

| | |
|---|---|
| Current address: | Street P.O. Box. Apt.# |
| | City/Town State/Zip |
| Mailing address [if different] | Street P.O. Box. Apt.# |
| | City/Town State/Zip |
| Daytime telephone number: | |
| Email address | |

> **INTENTIONALLY MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM IS A FELONY. THE PUNISHMENT IS UP TO TEN YEARS IN PRISON AND A FINE UP TO $2,500. YOU ALSO LOSE YOUR RIGHT TO VOTE.**

IF YOU ARE A CITIZEN, PLEASE RETURN COMPLETED FORM TO:

**Arlington County Elections**
Office of Voter Registration
2100 Clarendon Blvd Ste 320
Arlington, VA 22201-5445