# EXHIBIT G

# Voter Registration Cancellation Notice

This office has cancelled the voter registration of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (date of birth ▮▮▮▮▮). That action was taken on the basis of official notification from the Virginia Department of Elections that you failed to timely respond to a request to affirm your United States Citizenship within the 14 days allowed by the Code of Virginia (§24.2-427). Therefore, this office has stricken your name from the Voter Registration List of ARLINGTON COUNTY.

If you believe the removal of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ from the Voter Registration List is incorrect, please contact this office at 703-228-3456.

Declared Non-citizen