# EXHIBIT T

← Post



Jason Miyares @JasonMiyaresVA

**6,303.**

That's the number of **noncitizens** identified and removed from Virginia's voting rolls under our watch.

I'm proud of my office's work to help ensure election integrity.

 Nick Minock @NickMinock · Aug 7

New: Virginia Gov. Glenn Youngkin issued an executive order on election security.

"Under my Administration, Virginia has made unprecedented strides in improving the accuracy of our voter list including substantial updates for …

Show more