IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, *in her official capacity as Virginia Commissioner of Elections et al.*, <br> *Defendants*. | Civil Action No. 1:24-cv-1778 (PTG/WBP) |

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> COMMONWEALTH OF VIRGINIA *et al.*, <br> *Defendants*. | Civil Action No. 1:24-cv-1807 (PTG/WBP) |

## ORDER

This matter is before the Court on its own initiative. It appears that the two cases, *Virginia Coalition for Immigrant Rights, et al., v. Susan Beals, et al.*, Civil Action No. 1:24-cv-1778, and *United States of America v. Commonwealth of Virginia, et al.*, Civil Action No. 1:24-cv-1807, involve some common questions of law and fact. Therefore, the Court intends to consolidate these matters pursuant to Federal Rule of Civil Procedure 42(a) unless the parties can show cause as to why the two cases should not be consolidated. Accordingly, it is hereby

**ORDERED** that the parties in the above referenced cases are directed to notify the Court no later than noon on Friday, October 18, 2024, for any reason why these cases should not be consolidated.

The Clerk is **DIRECTED** to enter this Order on both dockets.

Entered this 16th day of October, 2024.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge