# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND, AFRICAN COMMUNITIES TOGETHER, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their official capacities as members of the State Board of Elections; and JASON MIYARES, in his official capacity as Virginia Attorney General, <br><br> *Defendants*. | Case No. 1:24-cv-1778 |

## DEFENDANT'S MOTION TO TRANSFER DIVISION
## PURSUANT TO LOCAL CIVIL RULE 3(C) AND 28 U.S.C. § 1404(a)

Defendant Susan Beals, in her official capacity as Virginia Commissioner of Elections, by counsel, moves this Court to transfer this action from the Alexandria Division of the Court to the Richmond Division pursuant to Local Rule 3(C) and 28 U.S.C. § 1404(a). Pursuant to Local Rule 7(E), undersigned counsel certify that they have conferred with opposing counsel, and Plaintiffs

oppose the Motion. Because Plaintiffs noticed a hearing for October 24, 2024 on their Motion for Preliminary Injunction, Defendant respectfully requests that the Court rule on this motion without oral argument on an expedited basis.

**Respectfully Submitted,**

**SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections

By: _____/s/ Thomas J. Sanford_____

| | |
|---|---|
| Jason S. Miyares<br>*Attorney General of Virginia* | Thomas J. Sanford (VSB No. 95965)*<br>*Deputy Attorney General* |
| Steven G. Popps<br>*Chief Deputy Attorney General* | Stanley W. Hammer (VSB No. 82181)*<br>*Assistant Attorney General* |
| | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>Telephone: (804) 692-0551<br>Facsimile: (804) 371-2087<br>TSanford@oag.state.va.us<br>SHammer@oag.state.va.us |
| | *Counsel of Record for<br>Commissioner Susan Beals* |

## **CERTIFICATE**

I hereby certify that on October 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Thomas J. Sanford*
*Counsel for Commissioner Susan Beals*
