IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:24-cv-01778 (PTG/WBP) |
| SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' Emergency Motion for Expedited Discovery ("Motion"; ECF No. 4.) As Defendants have made an appearance (ECF No. 46) and a preliminary injunction hearing has been set for October 24, 2024 (ECF No. 27), the Court ORDERS the following expedited schedule for the Motion:

- On or before 5:00 p.m. on Friday, October 18, 2024, Defendants must file any opposition to the Motion;

- On or before 2:00 p.m. on Sunday, October 20, 2024, Plaintiffs must file any reply to any opposition filed by Defendants;

- Oral argument on the Motion will be held at 11:00 a.m. on Monday, October 21, 2024, in Courtroom 400.

Entered this 17th day of October 2024.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia