AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     1:24-cv-01778-PTG-WBP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Rosalyn R. Dance, Vice-Chairman of the Board**
was recieved by me on **10/16/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **claire scott**, a person of suitable age and discretion who resides at **1100 Bank St Fl 1, Richmond, VA 23219**, on **10/17/2024 at 12:28 PM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 170.00** for services, for a total of **$ 170.00**.

I declare under penalty of perjury that this information is true.

Date:   10/17/2024

_____
*Server's signature*

**Charizma Jeanbaptiste**
*Printed name and title*

**511 W Bacon St
Apt 4301-B
Richmond, VA 23222**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT; FINANCIAL INTEREST DISCLOSURE STATEMENT; EXHIBITS, to claire scott who identified themselves as the policy analyst with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with an accent and glasses.**



Tracking #: **0146235275**







