# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR <br> IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, <br> *in her official capacity as Virginia <br> Commissioner of Elections, et al.*, <br> *Defendants*. | Civil Action No. 1:24-cv-1778 (PTG/WBP) |

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> COMMONWEALTH OF VIRGINIA, *et al.*, <br> *Defendants*. | Civil Action No. 1:24-cv-1807 (PTG/WBP) |

## ORDER

This matter is before the Court on Defendants' Motions to Transfer Venue as filed in *Virginia Coalition for Immigrant Rights, et al., v. Susan Beals, et al.*, Civil Action No. 1:24-cv-1778 (Dkt. 46) and *United States of America v. Commonwealth of Virginia, et al.*, Civil Action No. 1:24-cv-1807 (Dkt. 11). Defendants waived a hearing on the Motion to Transfer filed in Civil Action No. 1:24-cv-1807 (Dkt. 13). The Court notes that there are pending motions for preliminary injunction in each case. Civil Action No. 1:24-cv-1778, Dkt. 26; Civil Action No. 1:24-cv-1807, Dkt. 9. In the interests of fairness, efficiency, and justice, it is hereby

**ORDERED** that Plaintiffs in both cases shall file their respective oppositions to the Motions to Transfer Venue (Civil Action No. 1:24-cv-1778, Dkt. 46; Civil Action No. 1:24-cv-1807, Dkt. 11) no later than 9:00 a.m. on Monday October 21, 2024. Thereafter, the Court will decide the motion on the papers; and it is further

**ORDERED** that the Court will tentatively set the hearing on the United States' Motion for Preliminary Injunction (Dkt. 9) on Thursday, October 24, 2024, at 10:00 a.m.; and it is further

**ORDERED** that Defendants will file any opposition to the pending motions for preliminary injunction (Civil Action No. 1:24-cv-1778, Dkt. 26; Civil Action No. 1:24-cv-1807, Dkt. 9) no later than 3:00 p.m. on Tuesday, October 22, 2024, and it is further

**ORDERED** that all parties shall deliver courtesy copies of all filings the **same day** that the filings are docketed. Courtesy copies must be single-sided and **all attached exhibits must be tabbed.**

The Clerk is **DIRECTED** to enter this Order on both dockets.

Entered this 18th day of October, 2024.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge