IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their official capacities as members of the State Board of Elections; and JASON MIYARES, in his official capacity as Virginia Attorney General, <br><br> *Defendants*. | Case No. 1:24-cv-01778 |

**PLAINTIFFS' REQUEST FOR EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Virginia Coalition for Immigrant Rights, League of Women Voters of Virginia, League of Women Voters of Virginia Education Fund, and African Communities Together request an evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction, which is currently set to be heard on October 24, 2024. Plaintiffs are prepared to call or subpoena at least one representative of certain county entities tasked with administering aspects of Virginia's Purge Program as well as

1

potentially other representatives. Plaintiffs may also call or subpoena other witnesses with personal or expert knowledge related to the Purge Program.

Such testimony would support the efficient development of the evidentiary record and aid the Court in considering and adjudicating Plaintiffs' Motion for Preliminary Injunction as quickly as possible. *See* ECF 4, 26. Testimony would also bear on factual issues about operation of the Purge Program that Defendants may raise in response to Plaintiffs' Motion for Preliminary Injunction. *See RelaDyne Reliability Services Inc., et al. v. Bronder*, No. 2:20-cv-377, 2020 WL 5745801, at *1 (E.D. Va. Aug. 4, 2020) (quoting *Arrowpoint Capital Corp. v. Arrowpoint Asset Mgm't, LLC*, 793 F.3d 313, 324 (3d Cir. 2015) ("[W]here the motion [for preliminary injunction] turns on a disputed factual issue, an evidentiary hearing is ordinarily required")).

Because of the urgent nature of Plaintiffs' Motion for Preliminary Injunction, Plaintiffs request that the evidentiary hearing be held at the currently-scheduled hearing time—10 a.m. on October 24, 2024—any other time on October 24, 2024, or on October 25, 2024. If an evidentiary hearing is not feasible for the Court on or before October 25, Plaintiffs withdraw this request.

Date: October 18, 2024

Respectfully submitted,

/s/ Shanna Ports

Ezra D. Rosenberg*
Ryan Snow*
Javon Davis*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, DC 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
rsnow@lawyerscommittee.org
jdavis@lawyerscommittee.org

Shanna Ports (VSB No. 86094)
Danielle Lang*
Kevin Hancock*
Brent Ferguson*
Simone Leeper**
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
sports@campaignlegalcenter.org
dlang@campaignlegalcenter.org
khancock@campaignlegalcenter.org
bferguson@campaignlegalcenter.org

Orion Danjuma**
John Paredes **
THE PROTECT DEMOCRACY PROJECT, INC.
82 Nassau Street, # 601
New York, NY 10038
Telephone: (202) 579-4582
orion.danjuma@protectdemocracy.org

Benjamin L. Berwick**
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Anna Dorman**
THE PROTECT DEMOCRACY PROJECT, INC.
200 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
anna.dorman@protectdemocracy.org

sleeper@campaignlegalcenter.org

John Powers*
Hani Mirza*
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850
Washington, D.C. 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

*Attorneys for Plaintiffs Virginia Coalition for Immigrant Rights, the League of Women Voters of Virginia, the League of Women Voters of Virginia Education Fund, and African Communities Together*

*Admitted pro hac vice*
**Motions for pro hac vice participation pending*

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2024, I electronically filed the above document with the Clerk of Court using the ECF system, which will provide electronic copies to all counsel of record.

/s/Shanna Ports
Shanna Ports