Civil Action No.    **1:24-cv-01778-PTG-WBP**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Jason Miyares, Attorney General of Virginia**
was recieved by me on  **10/16/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Tish Tyler Paralegal Manager**, a person of suitable age and discretion who resides at **202 N 9th St, Richmond, VA 23219**, on **10/17/2024 at 1:22 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 170.00** for services, for a total of **$ 170.00**.

I declare under penalty of perjury that this information is true.

Date:   10/18/2024

*Server's signature*

**Garrat Cooper**
*Printed name and title*

**5111 Eanes
Henrico, VA 23231**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; FIRST AMENDED COMPLAINT; FINANCIAL INTEREST DISCLOSURE STATEMENT; EXHIBITS,  to Tish Tyler Paralegal Manager who identified themselves as the paralegal manager, co-resident with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 80-120 lbs with glasses.**




Tracking #: **0146241687**



