# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR<br>IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUSAN BEALS,<br>*in her official capacity as Virginia*<br>*Commissioner of Elections, et al.*,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-1778 (PTG/WBP)<br>)<br>)<br>)<br>)<br>)<br>) |

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA, *et al.*,<br>*Defendants.* | )<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-1807 (PTG/WBP)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on its own initiative. On October 16, 2024, this Court entered an Order directing the parties in each case, *Virginia Coalition for Immigrant Rights, et al., v. Susan Beals, et al.,* Civil Action No. 1:24-cv-1778 (Dkt. 40), and *United States of America v. Commonwealth of Virginia, et al.,* Civil Action No. 1:24-cv-1807 (Dkt. 7), to show cause by noon on Friday, October 18, 2024, as to why these cases should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a). No party has filed any pleading indicating such cause. Accordingly, it is hereby

**ORDERED** that

- *Virginia Coalition for Immigrant Rights, et al., v. Susan Beals, et al.,* Civil Action No. 1:24-cv-1778, and *United States of America v. Commonwealth of Virginia, et al.,* Civil Action No. 1:24-cv-1807, are consolidated;

- *Virginia Coalition for Immigrant Rights, et al., v. Susan Beals, et al.,* Civil Action No. 1:24-cv-1778 is designated as the lead case. Documents should bear both case numbers and need only be filed in the lead case.

The Clerk is **DIRECTED** to enter this Order on both dockets.

Entered this 18th day of October, 2024.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge