**Date:** 10/21/2024     **Time:** 11:00a – 12:08a

**Judge:** William B. Porter     **Case #:** 1:24-cv-01778
**Tape:** FTR/400

Virginia Coalition for Immigrant Rights et al
**Plaintiff**
v.
Susan Beals et al
**Defendant**

☐Status Conference     ☐Final Pretrial Conference     ☒Motion Hearing

**Appearance of counsel for:**
☒Plaintiff: Simone Leaper

☒Defendant: Thomas Sanford

Motion to/for: [4] Discovery


**Ruling on Motion(s):**
☐Granted
☐Denied
☒Granted in Part
☒Denied in Part
☐Taken under advisement
☐Continued for further review

☐Report and Recommendation to follow
☒Order(s) to follow