## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-01778 (PTG/WBP) |
| SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| | | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-01807 (PTG/WBP) |
| COMMONWEALTH OF VIRGINIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Before the Court is Plaintiffs' Emergency Motion for Expedited Discovery in Case No. 1:24-cv-1778 ("Motion"; ECF No. 4). The Court has considered the totality of the circumstances, as well as the factors identified in *Kia Motors Am., Inc. v. Greenbrier GMC, Inc.*, No. 2:20cv428 (RCY), 2020 WL 8970813, at *2 (E.D. Va. Dec. 11, 2020) and *Lapp v. United States*, No. 1:23cv248 (MSN/LRV), 2023 WL 6193009, at *1 (E.D. Va. Mar. 10, 2023), and finds that Plaintiffs' request for expedited discovery is reasonable and is supported by good cause. Alternatively, the Court finds that Plaintiffs have alleged a sufficiently colorable claim to justify

limited, expedited discovery. Therefore, for the reasons more fully stated from the bench,

Plaintiffs' Motion is GRANTED in part and DENIED in part.

    Defendants are Ordered to provide, on a rolling basis, beginning now and with a competition date of **Wednesday, October 23, 2024,** *at noon*, the following information:

    1.    Individualized voter registration information for the registered voters Defendants have identified and removed from the official list of eligible voters on or after August 7, 2024.

    2.    Individualized voter registration information for voter registration applicants denied registration based on alleged non-citizenship on or after August 7, 2024.

    3.    The Virginia voter file snapshot for August 7, 2024.

    4.    The Virginia voter file snapshot for today, October 21, 2024.

    In all other respects, Plaintiffs' Motion is DENIED without prejudice to their right to pursue additional discovery after the Court has authorized non-expedited discovery.

    Entered this 21st day of October 2024.

_____

William B. Porter
United States Magistrate Judge

Alexandria, Virginia