# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-1778 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br> v. <br><br> COMMONWEALTH OF VIRGINIA, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-1807 |

### DEFENDANTS' PARTIALLY UNOPPOSED MOTION TO EXCEED PAGE LIMIT IN FILING A CONSOLIDATED BRIEF

Pursuant to Local Civil Rule 7(F)(3), Defendants in the above consolidated actions respectfully request leave to exceed the page limit governing their forthcoming brief in opposition to Plaintiffs' motions for preliminary injunction. Defendants intend to file a single consolidated brief, not to exceed 45 pages, in opposition to both motions. Defendants have conferred with Plaintiffs in both actions requesting 45 pages for their consolidated brief. The United States consented to this request. The Organizational Plaintiffs opposed 45 pages, but would not oppose 40 pages.

Good cause exists for a consolidated brief not to exceed 45 pages. Plaintiffs have filed two motions for preliminary injunction with supporting memoranda that total 52 pages, along with 47 total exhibits. These motions raise several important and complex questions of law and fact. Defendants' opposition will address how Virginia's process for removing noncitizens from the State's voter rolls actually works, why the Court lacks jurisdiction over the Organizational Plaintiffs' claims, why Virginia's noncitizen removal process does not violate the National Voter Registration Act (NVRA) as properly interpreted, and why equitable considerations weigh against preliminary injunctive relief. Rather than file two response briefs of up to 30 pages each, totaling 60 pages, Defendants seek to address all these issues in a single brief, which will not exceed 45 pages. This consolidated brief will reduce burdens on the Court and aid the Court's resolution of both preliminary injunction motions.

Accordingly, Defendants respectfully request leave to exceed the page limit by no more than 15 pages for their consolidated brief in opposition to Plaintiffs' motions for preliminary injunction.

RESPECTFULLY SUBMITTED,

**COMMONWEALTH OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS; SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections; **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections; **DONALD W. MERRICKS** and **MATTHEW WEINSTEIN**, in their official capacities as members of the State Board of Elections; and **JASON MIYARES**, in his official capacity as Virginia Attorney General

By: _____/s/ Thomas J. Sanford_____

| | |
|---|---|
| Jason S. Miyares<br>*Attorney General of Virginia* | Thomas J. Sanford (VSB No. 95965)*<br>*Deputy Attorney General* |
| Steven G. Popps<br>*Chief Deputy Attorney General* | Stanley W. Hammer (VSB No. 82181)*<br>*Assistant Attorney General* |

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 692-0551
Facsimile: (804) 371-2087
TSanford@oag.state.va.us
SHammer@oag.state.va.us

*Counsel of Record for Defendants*

3

## **CERTIFICATE**

I hereby certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Thomas J. Sanford*
Counsel for Defendants
