## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| VIRGINIA COALITION FOR<br>    IMMIGRANT RIGHTS, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>SUSAN BEALS,<br>*in her official capacity as Virginia*<br>*Commissioner of Elections, et al.*,<br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:24-cv-1778 (PTG/WBP)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA, *et al.*,<br>    *Defendants*. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:24-cv-1807 (PTG/WBP)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on Defendants' Motion for Extension of Page Limit for a Consolidated Opposition Brief (Dkt. 74). For good cause shown, it is hereby

**ORDERED** that Defendants' Motion for Extension of Page Limit for a Consolidated Opposition Brief (Dkt. 74) is **GRANTED**. Defendants will submit a Consolidated Opposition Brief that will not exceed 45 pages.

Entered this 22nd day of October, 2024.
Alexandria, Virginia

/s/

Patricia Tolliver Giles
United States District Judge