**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their official capacities as members of the State Board of Elections; and JASON MIYARES, in his official capacity as Virginia Attorney General, <br><br> *Defendants*. | Case No. 1:24-cv-01778 (Lead) <br> Case No. 1:24-cv-01807 <br> Judge Patricia Tolliver Giles |

## <u>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiffs respectfully file this notice of supplemental authority to alert the Court of the oral findings of fact and conclusions of law and the preliminary injunction issued in *Alabama Coalition for Immigrant Justice, et al. v. Allen, et al.*, 2:24-cv-1254, 2024 WL 4510476 (N.D. Ala. Oct. 16, 2024). The decision preliminarily enjoined Alabama from continuing its program intended to systematically remove the names of ineligible voters in violation of the National Voter Registration

Act. These materials will help the Court evaluate Plaintiffs' Motion for Preliminary Injunction. A copy of the court's findings of fact and conclusions of law, issued orally on October 16, is attached as Exhibit A. A copy of the Preliminary Injunction issued by the court is attached as Exhibit B.

Date: October 22, 2024

Respectfully submitted,
/s/ Shanna Ports
Shanna Ports (VSB No. 86094)

Ezra D. Rosenberg**
Ryan Snow**
Javon Davis**
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, DC 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
rsnow@lawyerscommittee.org
jdavis@lawyerscommittee.org

Danielle Lang**
Kevin Hancock**
Brent Ferguson**
Simone Leeper*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
sports@campaignlegalcenter.org
dlang@campaignlegalcenter.org
khancock@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
sleeper@campaignlegalcenter.org

Orion Danjuma**
John Paredes**
THE PROTECT DEMOCRACY PROJECT, INC.
82 Nassau Street, # 601
New York, NY 10038
Telephone: (202) 579-4582
orion.danjuma@protectdemocracy.org
john.paredes@protectdemocracy.org

John Powers**
Hani Mirza**
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850 Washington, D.C. 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

Benjamin L. Berwick**
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Anna Dorman**
THE PROTECT DEMOCRACY PROJECT, INC.
200 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006

*Attorneys for Plaintiffs Virginia Coalition for Immigrant Rights, the League of Women Voters of Virginia, and the League of Women Voters of Virginia Education Fund*

Telephone: (202) 579-4582
anna.dorman@protectdemocracy.org

*Motion for pro hac vice participation pending
**Admitted pro hac vice

**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on October 22, 2024 through the Electronic Case File System of the Eastern District of Virginia.

/s/ Shanna Ports
Shanna Ports