

**U.S. Department of Justice**

Civil Rights Division

JKT:MSR:ER:jdh
DJ 166-012-3
2006-6674

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

RECEIVED DEC 19 2006

December 14, 2006

J. Jasen Eige, Esq.
Senior Assistant Attorney General
900 East Main Street
Richmond, Virginia 23219

Dear Mr. Eige:

This refers to the Department of Motor Vehicles' procedures for implementing Chapter 926 (2006) for the State of Virginia, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on October 30, 2006.

The Attorney General does not interpose any objection to the specified change. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change. Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41).

Sincerely,

John Tanner
Chief, Voting Section