If you are an eligible Virginia resident, the following process will register you to vote or update your current voter registration.

Select "Continue" to complete this process.

Select "No" to stop and return to the DMV process.

Your answer will not affect your ability to obtain a driver's license or ID card.

| Continue | No | Back |
|----------|----|----|

If user selects "Continue", they are shown screen 2.
If user selects "No", the EMV process ends.
If user selects "Back", they are taken to the DMV screen immediately before the EMV process begins.

1

Your answer will be provided only to the Department of Elections and does not affect your ability to obtain a driver's license or identification card.

Are you a citizen of the United States?

| Yes | No | No Response | Back |
|-----|-----|-----|-----|

If user selects "Yes, they are shown screen 5.
If user selects "No", they are shown screen 3.
If user selects "No Response", they are shown screen 4.
If user selects "Back", they are shown screen 1.

You have selected that you are not a U.S. citizen. You must be a citizen of the United States to register to vote.

Is this correct?

| Yes | No | Back |

If user selects "Yes", the EMV process ends.
If user selects "No" or "Back", they are shown screen 2.

You have chosen not to respond to the citizenship question. As a result, no voter information update will be submitted to the Department of Elections.

Is this correct?

| Yes | No | Back |
|-----|-----|------|

If user selects "Yes", the EMV process ends.
If user selects "No" or "Back", they are shown screen 2.

**WARNING:** INTENTIONALLY VOTING MORE THAN ONCE IN AN ELECTION OR MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM CONSTITUTES THE CRIME OF ELECTION FRAUD, WHICH IS PUNISHABLE UNDER VIRGINIA LAW AS A FELONY. VIOLATORS MAY BE SENTENCED TO UP TO 10 YEARS IN PRISON, OR UP TO 12 MONTHS IN JAIL AND/OR FINED UP TO $2,500.

Do you accept the above warning statement?

| Yes | No | Back |
|---|---|---|

If user selects "Yes", they are shown screen 6.
If user selects "No", the EMV process ends.
If user selects "Back", they are shown screen 2.

**Privacy Act Notice:** Article II, Section 2 of the Constitution of Virginia (1971) requires that a person registering to vote provide his or her social security number, if any. Therefore, if you do not provide your social security number, your application for voter registration will be denied. Section 7 of the Federal Privacy Act (Public Law Number 93-579) allows the Commonwealth to enforce this requirement, but also requires that you be advised that state and local voting officials will use the social security number as a unique identifier to ensure that no person is registered in more than one place. This registration card will only be open to inspection by the public if the social security number is removed. Your social security number will appear on reports produced only for official use by voter registration and election officials, and for jury selection purposes by courts, and all lawful governmental purposes.

Do you accept the above Privacy Act Notice?

| Yes | No | Back |
|-----|-----|------|

If user selects "Yes", they are shown screen 7.
If user selects "No", the EMV process ends.
If user selects "Back", they are shown screen 6.

This is the DMV address that will be sent to the Department of Elections to use for your voter registration. You must provide a residence address in Virginia to vote.

Is the DMV address displayed below correct?

**DMV Address:**

| | |
|---|---|
| Street: | 299 STANLEY AVE |
| City: | SHENANDOAH |
| State: | VA |
| Zip Code: | 22849-4211 |
| Residence Locality: | PAGE |

| Yes | No | Back |
|---|---|---|

If user selects "Yes", they are shown screen 8.
If user selects "No", the EMV process ends.
If user selects "Back", they are shown screen 6.

Please provide your phone number and email address. (optional)

Phone Number: [ example: 1234567890 ]

Email Address: [ example: abc123@123.com ]

The telephone number and email address is for Department of Elections use only.

[ Continue ]     [ Back ]

If user selects "Continue", they are shown screen 9.
If user selects "Back", they are shown screen 7.

Have you ever been convicted of a felony or judged mentally incapacitated and disqualified to vote?

**Yes**     **No**     **Back**

If user selects "Yes", they are shown screen 10.
If user selects "No", they are shown screen 11.
If user selects "Back", they are shown screen 8.

Have your voting rights been restored?

| Yes | No | Back |

If user selects "Yes" or "No", they are shown screen 11.
If user selects "Back", they are shown screen 9.

Are you an active duty uniformed services member, qualified spouse or dependent; or do you reside overseas?

| Yes | No | Back |

If user selects "Yes" or "No", they are shown screen 12.
If user selects "Back", they are shown screen 9 or 10, depending on how they responded to 9.

A protected voter must be or share a household with a judge; law enforcement official; election official or their employee; Commonwealth elector; person with a protective order; person in fear for personal safety from being threatened or stalked by another person; or approved to be a foster parent. If you are a protected voter, you must have provided an alternative post office box mailing address in Virginia.

Do you qualify as a protected voter?

| Yes | No | Back |
|-----|-----|------|

If user selects "Yes", they are shown screen 12.
If user selects "No", they are shown screen 15.
If user selects "Back", they are shown screen 11.

1. **LEO**: active or retired law enforcement officer, judge, magistrate, U.S. or Virginia Attorney General attorney;

2. **CPO**: have a court issued protective order for your benefit;

3. **ACP**: registered with the Virginia Attorney General's Address Confidentiality Program;

4. **TSC**: in fear for personal safety from being stalked or threatened by another person;

5. **AFP**: approved to be a foster parent;

6. **PEO**: current or former state or local election official, their employee, or a Commonwealth elector for President and Vice President;

| Continue | Back |
|---|---|

If user selects "Continue", they are shown screen 14.
If user selects "Back", they are shown screen 12.

Enter your Virginia P.O. Box address. (required)

P.O. Box:    [Enter your P.O. Box number]

City:    [Enter your City]

State:    Virginia

Zip Code:    [Enter your Zip Code]

[Continue]    [Back]

If user selects "Continue", they are shown screen 15.
If user selects "Back", they are shown screen 13.

Are you currently registered to vote in another state or territory?

Yes | No | Back

If user selects "Yes", they are shown screen 16.
If user selects "No", they are shown screen 17.
If user selects "Back", they are shown screen 12 or 14, depending on how they answered 12.



Select the state or territory where you are currently registered to vote

Continue    Back

If user selects "Continue", they are shown screen 17.
If user selects "Back", they are shown screen 15.

**Acknowledgement:**

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Accept | Decline | Back |
|--------|---------|------|

If the user selects "Accept" or "Decline", the EMV process ends and they are returned to the DMV transaction.
If the user selects "Back", they are shown screen 15 or 16, depending on how they answered 15.

# Screen 1

Name:
Date of Birth:
Last 4 of SSN:


Is this information correct?


Yes                    No

## Screen 2

Residence address (where you live):

Mailing address:

Is this information correct?

**Yes    No**

Registered voters who mark "Yes" move to Screen 3.  Non-registered voters who mark "Yes" move to screen 4. "No" returns control to CSR to correct information.

# Screen 3

This is your current voter registration information from the Department of Elections.

Name:
Residence/Street Address(where you live):

Military Status:

If the above information is incorrect, you will be able to change it on the next screen.

Back        Next

# Screen 4

If you are an eligible Virginia resident, the following process will register you to vote or update your current voter registration.

Select "Continue" to complete this process.

Select "No" to stop and return to the DMV process.

Your answer to this question does not affect your ability to obtain a driver's license or identification card.

Back                    Continue                              No

# Screen 4a

You have chosen not to register to vote or make any changes to your current registration today.

Press "Confirm" if correct, or "Back" if incorrect.

Confirm                    Back

# Screen 5

Back

Are you a citizen of the United States?

Your answer will be provided only to the Department of Elections and does not affect your ability to obtain a driver's license or identification card.

Yes       No       No Response

## Screen 5a

You must be a citizen of the United States to register to vote.  You have indicated that you are not a US citizen.

Is this correct?

Yes                              No

## Screen 5b

You have chosen not to respond to the US citizenship question.

As a result, no voter registration application or voter information update will be submitted to the Department of Elections.

Is this correct?

Yes                    No

# Screen 6

WARNING:  INTENTIONALLY VOTING MORE THAN ONCE IN AN ELECTION OR MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM CONSTITUTES THE CRIME OF ELECTION FRAUD, WHICH IS PUNISHABLE UNDER VIRGINIA LAW AS A FELONY.  VIOLATORS MAY BE SENTENCED TO UP TO 10 YEARS IN PRISON, OR UP TO 12 MONTHS IN JAIL AND/OR FINED UP TO $2,500.

Continue                                        End

# Screen 7

Privacy Act Notice:  Article II, Section 2 of the Constitution of Virginia (1971) requires that a person registering to vote provide his or her social security number, if any.  Therefore, if you do not provide your social security number, your application for voter registration will be denied. Section 7 of the Federal Privacy Act (Public Law-Number 93-579) allows the Commonwealth to enforce this requirement, but also requires that you be advised that state and local voting officials will use the social security number as a unique identifier to ensure that no voter is registered in more than one place. This registration card will only be open to inspection by the public if the social security number is removed.  Your social security number will appear on reports produced only for official use by voter registration and election officials, and for jury selection purposes by courts and all lawful governmental purposes.

Continue          End

# Screen 8

Do you wish to provide your phone number to the Department of Elections?  Providing a phone number is optional but may be helpful if needed to clarify information on your application.

Yes        No

# Screen 8a

Enter 10-digit Telephone number:

(____) ____-_____

Keypad here for entering telephone number

# Screen 9

Back

Have you ever been convicted of a felony or judged mentally incapacitated and disqualified to vote?

Yes                                No

# Screen 9a

Back

Have your voting rights been restored?

Yes                    No

This screen only shows if customer said they were a convicted felon.  "Yes" or "No" moves to Screen 10.  "Back" returns to Screen 5.

# Screen 10

Back

Are you an active duty uniformed services member, a qualifying spouse or dependent; or do you reside overseas?

Yes                    No

# Screen 11

A protected voter must be or share a household with a judge; magistrate; law enforcement official; ==election official or their employee; Commonwealth elector==; person with a protective order; person in fear for personal safety from being threatened or stalked by another person; or approved to be a foster parent.

Press Continue to indicate your protected status. Press Skip if you are not a protected voter.

Back                    Continue                         Skip

# Screen 11a

Back

Are you or a household member an active or retired law enforcement officer, judge, magistrate, U.S. or Virginia Attorney General attorney?

Yes                        No

# Screen 11b

Back

Have you or a household member had a court issued protective order for your benefit?

Yes                    No

# Screen 11c

Back

Are you or a household member registered with the Virginia Attorney General's Address Confidentiality Program?

Yes                               No

# Screen 11d

Back

Are you or a household member in fear for personal safety from being threatened or stalked by another person?

Yes          No

# Screen 11e

Back

Are you or a household member been approved to be a foster parent?

Yes          No

Back

Are you or a household member a current or former state or local election official, their employee, or a Commonwealth elector for President and Vice President.

Yes                No

# Screen 12

You must select a protected status to be a protected voter.

OK

# Screen 13

Back

Are you currently registered to vote in another state or territory?

Yes                    No

# Screen 14

2-letter State abbreviation where you are registered to vote:

Keypad down here for entering two letters….

Move on to Screen 15

# Screen 15

I swear/affirm under penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

Back                    Affirm                    Decline

# Screen 16

You have chosen not to register to vote or make any changes to your current registration today.

Press "Confirm" if correct or "Back" if incorrect?

**Confirm**                    **Back**

## Screen 17

DMV has sent your voter registration application to the Department of Elections.

Your local registrar will notify you when your application is processed.  Be sure to read the Voter Registration.
Acknowledgement form provided at the end of your visit to DMV.

OK

## Screen 17a

DMV has sent your voter registration application to the Department of Elections.


Your local registrar will process any changes to your voter information.  Be sure to read the Voter Registration Acknowledgement form provided at the end of your visit to DMV.

OK