

**★ VIRGINIA ★**

# DEPARTMENT *of* ELECTIONS

# Voter Registration List Maintenance

## Department of Motor Vehicles: Full SBE & Non-Citizen Files

# Standard Operating Procedure

Version:     V 0.1
Author:      E-B Davis
Rev:         Revision Date 2024-08-08

# Document Control

## Document Information

| Type | Description |
|---|---|
| Document Owner: | |
| Publish Date: | |
| File Name: | LMSOP_DMV Full SBE and Non Citizen.docx |

## Revision History

| Version | Date | Author | Description |
|---|---|---|---|
| 0.1 | 2013-11-08 | Julie Gaulding | Initial draft |
| 0.2 | 2015-09-02 | David Allen | Replaced Quest with ELECT Ops |
| 0.3 | 2019-10-03 | David Allen | Added new record type "P" \| Removed frequency diagram |
| 0.4 | 2019-03-18 | David Allen | Updated Non-Citizen process |
| 0.5 | 2019-11-12 | Michael Gilbert | |
| 0.6 | 2020-04-22 | E-B Davis | Update & Validate – Initial Draft |
| 0.7 | 2023-08-09 | Shantha Jeyasankar | Updated |
| 0.8 | 2024-08-08 | Shantha Jeyasankar | DMV Transaction File new file format |

*Confidentiality Disclosure*

*The information contained within this document constitutes a standard operating procedure of the Department of Elections. Be advised that the content of this document may contain confidential and/or sensitive information, which may be regulated by multiple state and federal laws. Any disclosure of this document or information contained in this document shall be approved in writing by the Commissioner of the Department of Elections or by the Information Security Officer of the Department of Elections.*

## *Acronym List*

This table provides a comprehensive list of acronyms used in this document.

| Acronym | Description |
| --- | --- |
| BSA | Business Systems Analyst |
| DBA | Database Business Administrator |
| DMV | Department of Motor Vehicles |
| DOB | Date of Birth |
| ELECT | Department of Elections |
| ERIC | Electronic Registration and Information Center |
| ETA | Estimated Time of Arrival |
| GR | General Registrar |
| ISO | Information Security Officer |
| IT | Information Technology |
| LMSOP | List Maintenance Standard Operating Procedure |
| MOU | Memorandum of Understanding |
| NVRA | National Voter Registration Act |
| PPBL | Post Production Bug List |
| SBE-IT | Email group for ELECT Information Services team |
| sFTP | Secure File Transfer Protocol |
| SQL | Structured Query Language |
| SSIS | SQL Server Integration Services |
| SSN | Social Security Number |
| TEMP | Temporary |
| US | United States |
| VERIS | Virginia Election and Registration Information System |
| VITA | Virginia Information Technology Agency |
|  |  |

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

## Federal and State Code Citation

The following federal and state code dictates how the Virginia Department of Elections (ELECT) conducts its list maintenance activity:

- [42 USC §1973gg](#).
- VA CODE §[24.2-404.4](#).
- VA CODE §[24.2-410.1](#).
- VA CODE §[24.2-427 (B1)](#).

## Other References

The following files and information served as sources for this List Maintenance Standard Operating Procedure (LMSOP).

- VSO206 DMV Non-Citizen
- DMV Non Citizen Procedures Ver3_0._FNL
- VS0064, Amendment 24
- Business Use –Case Specification: 1.1.36 Process DMV Out of State Notices, Version 1.1
- IF-1.1 Technical Interface Specification – DMV – Process DL Surrender File, Version 1.3
- IF-1.2 Technical Interface Specification - DMV – Process DL Surrender File, Version 1.4

# Contents

1    Description ..................................................................................................................................... 1

1.1    Monthly Extract .................................................................................................................... 1

1.2    Full SBE Data Extract ............................................................................................................ 2

1.3    Contacts ............................................................................................................................... 3

1.4    Frequency.............................................................................................................................. 4

1.5    Security ................................................................................................................................. 4

1.6    Memorandum of Understanding .......................................................................................... 4

2    Process Flow.................................................................................................................................. 5

2.1    Monthly Process ................................................................................................................... 5

2.1.1    Non-Citizen file.............................................................................................................. 5

2.1.2    Full SBE Data Extract ..................................................................................................... 6

3    Data Elements ............................................................................................................................... 6

3.1    Dataset Name ....................................................................................................................... 6

3.2    Data Element Descriptions.................................................................................................... 7

4    Process Steps ................................................................................................................................ 12

4.1    Non-Citizen Process ............................................................................................................. 12

4.2    Full DMV Extract Process ..................................................................................................... 14

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

# Figures

Figure 2-1: — Non-Citizen CD Process Flow ................................................................................................ 5
Figure 2-2: — Full SBE Data Extract Process Flow ...................................................................................... 6
Figure 4-1: — Example of Monthly File Email from DMV ............................ **Error! Bookmark not defined.**
Figure 4-2: — Example of Monthly File Email from DMV ............................ **Error! Bookmark not defined.**

# Tables

Table 1-1: — DMV Contact List ................................................................................................................3

Table 1-2: — DMV Extracts Frequency ....................................................................................................4

Table 3-1: — DMV Extract Names .............................................................................................................6

Table 3-2: — Monthly Extraction for ELECT Record Layout.......................... **Error! Bookmark not defined.**

Table 3-3: — DMV to VERIS Mapping for Non-Citizen Record Layout........................................................9

Table 4-1: — GR Decision/Result Matrix ...................................................................................................12

# 1 Description

The National Voter Registration Act of 1993 (NVRA), also known as The Motor Voter Act, requires state governments to provide the opportunity to register to vote when a person applies for or renews their driver's license, changes the address on their driver's license, or applies for social services. Additionally, Virginia Election Law §24.2 – 410.1 requires the Virginia Department of Motor Vehicles (DMV) to include with the voter registration information a statement asking the applicant to declare if he or she is a United States (US) citizen. In accordance with these federal and state laws, the Department of Elections (ELECT) uses the data provided by DMV to perform list maintenance activities.

ELECT receives two data files from DMV. The files are the:

- **Monthly Extraction for SBE (DB195)** that includes data for the previous month all address change records, driver's license surrender records, and records for anyone registering to vote through DMV and indicating to DMV he or she is not a US Citizens.
- **Full SBE Data Extract for (195)** that includes all DMV customer records less any DMV customers under the age of 17.

## 1.1 Monthly Extract

Once DMV extracts the monthly data, DMV uploads the dataset to the DMV secure file transfer protocol (sFTP) server and notifies both ELECT and the Virginia Election and Registration Information System (VERIS) vendor that the data is available. The Elect DBA compares the file to the static voter file and loads matching records into each locality's Non-Citizen hopper.

ⓘ The following information was requested from DMV on April 10, 2019

**Question from Elect:** Does DMV perform any validation if the customer enters conflicting information. For example, If the customer enters 'No' on the paper DMV application and 'Yes' on the kiosk to citizenship question, do we get this customer in the monthly file and visa versa?

**Answer from DMV:** DMV does not validate customer answers to determine if they are conflicting. However, a "no" answer submitted in any method will be captured on the monthly file. An imaging software runs daily to ensure we capture any "no" answers that were submitted on paper, and the monthly file also pulls from the EMV data and the data submitted on mail-in applications.

**Question from Elect:** If the customer enters 'No' on both paper and the kiosk, do you only send one record or both?

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen*
*Files*

**Answer from DMV:**  Before the file is sent to you it eliminates the duplicate customer entries.  I believe it is the last response date that remains on the file, but I can check on that if you need to know.

## 1.2   Full SBE Data Extract

As with the Monthly Extraction for SBE (DB195), DMV uploads the Full SBE Data Extract for (195) dataset to the DMV sFTP server and notifies SBE-IT that the data is available.  DMV deletes the extract file after 5 days.  A structured query language (SQL) job retrieves the Full Extract file and prepares it for loading and transformation into VERIS.  ELECT uses this data to provide other states in the Electronic Registration and Information Center (ERIC) program with Virginia registered voter information for comparison to the other state's records.  Refer to the LMSOP for Voter and DMV Upload to ERIC for details on that process.

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

## 1.3 Contacts

The following table contains contact information for DMV.

Table 1-1: — DMV Contact List

| Contact Name | Contact Phone Number | Contact Email Address |
|---|---|---|
| Penny Lavely | ███████ | Penny.Lavely@dmv.virginia.gov |
| David Pierce | ███████ | David.Pierce@dmv.virginia.gov |
| Patricia Pringle | ███████ | Patricia.Pringle@dmv.virginia.gov |
| David Carrie | ███████ | David.Carrie@dmv.virginia.gov |
| David Leahy | ███████ | David.Leahy@dmv.virginia.gov |
| Stefan Yssel | ███████ | Stefan.Yssel@dmv.virginia.gov |
| Margaret Robinson | ███████ | Margaret.Robinson@dmv.virginia.gov |
| Matthew Martin | | matthew.martin@dmv.virginia.gov |

## 1.4 Frequency

The following table provides frequency information for each of the DMV Extract files.

Table 1-2: — DMV Extracts Frequency

| Frequency | Received | Method |
|---|---|---|
| Monthly Extract | 11th of the month* | Manual |
| Full Extract—Monthly | 1st of the month* | Manual |
| Daily Non-citizen File | Everyday | Manual |

* When the actual date is on a weekend DMV makes the extract available on the next business day.

## 1.5 Security

ELECT IS maintains the login and password for the DMV Extract and Non-Citizen Excel files in a Microsoft OneNote password protected document on a shared drive with limited access to reduce chance of compromising the data. The Information Security Officer (ISO) determines who has access to the passwords. The ISO, Deputy ISO, and Applications Senior Database Architect have access to the passwords. ELECT IS does not currently encrypt the password information but may change to an encrypted password keeper application in the future.

## 1.6 Memorandum of Understanding

The Memorandum of Understanding (MOU) between ELECT and DMV details the agreement for DMV to provide personal information for individuals with or applying for a Virginia driver's license. More specifically, the purpose of this MOU is to establish the terms and conditions under which, pursuant to Code of Virginia §§ 46.2-208(B)(9) and 46.2-208.1, DMV provides certain data to ELECT. This MOU also establishes that ELECT requires this data to conduct its official duties, and the terms and conditions under which ELECT will receive, use, and protect the data provided by DMV.

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

## 2 Process Flow

### 2.1 Monthly Process

#### 2.1.1 Non-Citizen file

This diagram illustrates the detailed process flow for the monthly Non-Citizen CD. It includes actions taken by DMV, ELECT, VERIS, and the local GR.

Figure 2-1: — Non-Citizen CD Process Flow



### 2.1.2 Full SBE Data Extract

This diagram illustrates the detailed process flow for the Full SBE Data Extract. It includes actions taken by DMV, ELECT, VERIS, and the SQL server.

Figure 2-2: — Full SBE Data Extract Process Flow



## 3 Data Elements

### 3.1 Dataset Name

Table 3-1: — DMV Extract Names

| File Owner | Frequency | File Name | File Location |
|---|---|---|---|
| DMV | Monthly | ███████████████ | ████████ |
| DMV | Monthly | ███████████████ | ███████████ |
| ELECT | Monthly | ████████████ | █████████████████████ |

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

| File Owner | Frequency | File Name | File Location |
|---|---|---|---|
| ELECT | Monthly | ██████████ | ██████████████ |
| ELECT | Daily | ████████ | ████████████ |

## 3.2    Data Element Descriptions

This table identifies the data elements that make up the Monthly Extraction for the ELECT record layout originating from DMV.

**DMV transaction file layout:**

- 7 new Columns in blue were added by DMV to the monthly file for August 2024. They are expected in the Daily Non-Citizen file.

**Table 3-3: — Monthly Extraction for ELECT Record Layout**

| Data Elements (Field Name) | Format | Max. Length (Number of Characters) | Order | File Location |
|---|---|---|---|---|
| Record Type | Text | 1 | 1 | Valid values include: S = Surrender, A = Address Change, N = Non Citizen, P = Paper Application Non-Citizen |
| Social Security Number | Numeric | 9 | 2 | Applicants social security number |
| Last Name | Text | 90 | 3 | Applicants last name |
| First Name | Text | 33 | 4 | Applicants first name |
| Middle Name | Text | 31 | 5 | Applicants middle name |
| Date of Birth | Numeric | 7 | 6 | Valid values include: CYYMMDD, C = 1 = 19, C = 2 =  20 |

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

| Data Elements (Field Name) | Format | Max. Length (Number of Characters) | Order | File Location |
|---|---|---|---|---|
| Gender | Text | 1 | 7 | Valid values include: M = Male, F = Female |
| Address1Street | Alpha-numeric | 35 | 8 | Address1 = mailing address * Address2 = residential address * |
| Address1Street-2 | Alpha-numeric | 35 | 9 | Address1 = mailing address * Address2 = residential address |
| Address1City | Text | 22 | 10 | Address1 = mailing address * Address2 = residential address * |
| Address1State | Text | 2 | 11 | Address1 = mailing address * Address2 = residential address * |
| Address1Zip | Text | 9 | 12 | Address1 = mailing address * Address2 = residential address * |
| Jurisdiction | Text | 4 | 13 | Typically, first letter and last three letters of the jurisdiction. System will match code to DMV provided descriptions from lookup table in VERIS. |
| Address2Street | Alpha-numeric | 35 | 14 | Address2 = residential address * |
| Address2Street-2 | Alpha-numeric | 35 | 15 | Address2 = residential address * |
| Address2City | Text | 22 | 16 | Address2 = residential address * |
| Address2State | Text | 2 | 17 | Address2 = residential address * |
| Address2Zip | Text | 9 | 18 | Address2 = residential address * |
| Declaration Date | Numeric | | 19 | Date DMV applicant declared themselves not a US citizen |
| Customer Number | Alpha-numeric | 12 | 20 | Voter's unique DMV customer number |
| LP Code | Alpha-numeric | 2 | 21 | Legal Presence Code |
| CUST-VERIFICATION-NO-SAVE | Alpha-numeric | 25 | 22 | Verification number returned from SAVE for the customer |
| CUST-UPDT-DTE-SAVE | Text | 8 | 23 | Date of the most recent SAVE update |

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen*
*Files*

| Data Elements (Field Name) | Format | Max. Length (Number of Characters) | Order | File Location |
|---|---|---|---|---|
| DOC-DESC1 | Alpha-numeric | 3 | 24 | Document provided to prove legal presence |
| DOC-NO1 | Alpha-numeric | 15 | 25 | Document number from document used to prove legal presence |
| DOC-DESC2 | Alpha-numeric | 3 | 24 | Document provided to prove legal presence |
| DOC-NO2 | Alpha-numeric | 15 | 25 | Document number from document used to prove legal presence |
| DOC-DESC3 | Alpha-numeric | 3 | 24 | Document provided to prove legal presence |
| DOC-NO3 | Alpha-numeric | 15 | 25 | Document number from document used to prove legal presence |
| NAME-SUFFIX | Alpha-numeric | 5 | 26 | The suffix for an individual's name |

*DMV provides only one address, it is residential; if multiple addresses, 1st = mailing address, 2nd = residential.

This table identifies the record layout for VERIS. The asterisk (*) following the field name indicates the data comes from the DMV Monthly Extraction for SBE (DB195) file.

**Table 3-2: — DMV to VERIS Mapping for Non-Citizen Record Layout**

| Data Elements (Field Name) | Format | Max. Length (Number of Characters) | Order | File Location |
|---|---|---|---|---|
| Notifying Agency | Text | 50 | 1 | DMV |
| Agency Identifier | Text | 50 | 2 | Unique identifier |
| Update Type * | Text | 1 | 3 | N = DMV Non-Citizen |

| Data Elements (Field Name) | Format | Max. Length (Number of Characters) | Order | File Location |
|---|---|---|---|---|
| Effective Date * | MMDDYYYY | 8 | 4 | Declaration Date |
| First Name * | Text | 50 | 5 | First Name |
| Middle Name * | Text | 50 | 6 | Middle Name |
| Last Name * | Text | 50 | 7 | Last Name |
| Name Suffix | Text | 3 | 8 | |
| DOB * | MMDDYYYY | 8 | 9 | Date of Birth |
| Gender * | Text | 1 | 10 | Gender |
| Street * | Alpha-numeric | 50 | 11 | Residence Address: # Street |
| Street-2 * | Alpha-numeric | 50 | 12 | Residence Address: # Street-2 |
| City * | Text | 20 | 13 | Residence Address: City |
| State * | Text | 2 | 14 | Residence Address: State |
| Country * | Text | 2 | 15 | Residence: Country |
| Zip * | Numeric | 5 | 16 | Residence: ZIP |
| ZipPlus4 * | Numeric | 10 | 17 | Residence: Zip plus 4 |
| SSN | Numeric | 9 | 18 | Social Security Number |
| Locality Code | Numeric | 3 | 19 | From Jurisdiction table map |
| Aliases | | | | |
| SSN2 | Numeric | 9 | 20 | |
| SSN3 | Numeric | 9 | 21 | |
| SSN4 | Numeric | 9 | 22 | |
| Alias First Name | Text | 50 | 23 | |
| Alias Middle Name | Text | 50 | 24 | |
| Alias Last Name | Text | 50 | 25 | |
| Alias Name Suffix | Text | 3 | 26 | |
| Comment | Text | 255 | 27 | Format will be: <Field1>=<Value1>, … <FieldN>=<ValueN>. For example, "Jurisdiction Code=ARIA." |

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

STANDARD
OPERATING
PROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

# 4   Process Steps

## 4.1   Non-Citizen Process

For a step-by-step guide to downloading and processing, please refer to
**LMSOP_StepbyStep_DMV NonCitizen.docx**.

1. The LM Data Analyst initiates the SSIS job ▇▇▇▇▇▇▇ – PreProcess DMV Non Citizen Monthly File
2. The process executes the file, parsing and validating all records in the same order as received to preload into a temporary staging area in an agency non-citizen temporary table.
3. During preprocessing the following match criteria to our voters list is considered to move records to staging
   SSN + DOB + first three letters of first name + first three letters of last name
4. Once the process loads the records into the agency non-citizen table, the process:

   a. Executes the Matching to VERIS Voters stored procedure that compares all active and inactive status voter registrations to the records in the non-citizen table using a standard confidence factor algorithm of a 65% or greater match.
   b. At a minimum, one of the following sets of criteria must be the same:

      i. Full social security number
      ii. First and Last name
      iii. Last name and date of birth

5. VERIS records potential matches in the Declared Non-Citizen Hopper.
6. The GR reviews the match to determine if the non-citizen and registered voter identified by VERIS is the same person.
7. The GR updates the record and VERIS takes the corresponding action:

Table 4–1: — GR Decision/Result Matrix

| GR Update | VERIS Action |
|---|---|
| Citizenship Confirm | Removes pending Non-Citizen Affirmation flag |
| Cancel Voter | Cancels the voter and generates a Cancellation Notice to the cancelled voter |
| Match Rejected | Deletes the match from the Hopper |
| Notify voter | Generates the Notice of Intent to Cancel and provides instructions for proving citizenship |

| GR Update | VERIS Action |
|-----------|--------------|
| Research Needed | Holds the match in Hopper until GR takes follow up action |

S TANDARD
O PERATING
P ROCEDURE

Voter Registration List Maintenance
*Department of Motor Vehicles: Full SBE & Non-Citizen
Files*

### 4.2   Full DMV Extract Process

DMV and ELECT perform the following list maintenance steps using the Full DMV Monthly Extract. For a step-by-step guide to downloading and processing, please refer to **LMSOP_StepbyStep_DMV Full SBE.docx**.

1. The DMV FULL Monthly Pre-Process SSIS Job (████████████ DMV FULL Monthly on 2nd at 10:15 PM) runs AUTOMATICALLY every month on the 2nd day at 10:15 pm.

   ⓘ    DMV includes all DMV customer records with the exception of records for individuals under the age of 17.

2. DMV deletes the full extract from the server location after 5 calendar days from the date DMV posted it.

3. The SSIS package performs the following steps:

   a. Retrieves the file from DMV via sFTP and copies to the server
   ████████████████████████████████

   b. Truncates the file name to ███████████████

   c. Loads the full file into ██████████

   d. Truncates the temporary (TEMP) table

   e. Loads the following columns into the TEMP table ████████████



   f. Removes all SSN records

   g. Removes all duplicate SSN records

   h. Updates temp table with ID number

   i. Truncates table ████████████████

   j. Loads new records that do not exist in ████████████████

   k. Execute SQL task