# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

ÌVR*Vthn5/+nRHWqMJjmadr6Vw`Î

**TO:** ███████  **DATE:** 9/3/2024

# NOTICE OF INTENT TO CANCEL

We have received information that you may not be a citizen of the United States based on information from a recent Virginia Department of Motor Vehicles (DMV) application or from information received through the U.S. Department of Homeland Security's (DHS) Systematic Alien Verification for Entitlements (SAVE) Program. If this information is correct, you are not eligible to register to vote.

If the information is incorrect and you are a citizen of the United States, please complete the Affirmation of Citizenship form and return it using the enclosed envelope. If you do not respond within 14 days, you will be removed from the list of registered voters.

If the information is incorrect and you have an account with the DHS U.S. Citizenship and Immigration Services (USCIS), please review your citizenship record for any necessary corrections. To obtain your records you may submit a request online at:
https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act

If you need a replacement of your Naturalization Certificate or Certificate of Citizenship, or believe the information obtained from the DHS through the SAVE Program did not provide accurate information about your citizenship status and you need to make corrections to your citizenship record, please contact USCIS by using one of the following methods:

1. File a Form N-565 to obtain a replacement of your Naturalization Certificate or Certificate of Citizenship. The Form N-565 and instructions for filing can be found at:
   http://www.uscis.gov/files/form/n-565.pdf and
   https://www.uscis.gov/sites/default/files/document/forms/n-565instr.pdf .

Cancel-ELECT410.1

2. Schedule an appointment for an in-person interview at a local USCIS office to correct your record. You may call the National Customer Service Center at 1-800-375-5283.

3. Submit a request in writing to correct your record to the Freedom of Information Act/Privacy Act (FOIA/PA) Office at the following address:

   Privacy Act Amendment
   U.S. Citizenship and Immigration Services
   National Records Center
   FOIA/PA Office
   P.O. Box 648010
   Lee's Summit, MO 64064-8010

If this notice presents any additional questions, please contact the Office of the General Registrar for your county or city.

ERIC SPICER
General Registrar
Fairfax County Office of Elections

ÌVR*Vthn5/+nRHWqMJjmadr6Vw`Î

# COMMONWEALTH OF VIRGINIA
# AFFIRMATION OF CITIZENSHIP
### § 24.2-410.1 of the Code of Virginia

**SUBJECT TO PENALTY OF LAW, I DO HEREBY AFFIRM THAT I AM A CITIZEN OF THE UNITED STATES OF AMERICA**

_____

SIGNATURE OF VOTER

PRINTED NAME
OF VOTER: _____

| | |
|---|---|
| Date of birth: | |
| Current address: | Street/P.O. Box/Apt.# <br> City/Town/State/Zip |
| Mailing address [if different]: | Street/P.O. Box/Apt.# <br> City/Town/State/Zip |
| Daytime telephone number: | |
| Email address: | |

**> INTENTIONALLY MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM IS A FELONY. THE PUNISHMENT IS UP TO TEN YEARS IN PRISON AND A FINE UP TO $2,500. YOU ALSO LOSE YOUR RIGHT TO VOTE.**

IF YOU ARE A CITIZEN, PLEASE RETURN COMPLETED FORM TO:

**Fairfax County Office of Elections**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

Cancel-ELECT410.1