

**Official ELECT Advisory**

| | |
|---|---|
| **DATE:** | October 16, 2024 |
| **SUBJECT:** | Updated List Maintenance Calendar and Close of Books - Start of Same Day Registration |
| **WHY THIS IS NEEDED:** | 24.2-420.1. Extended time for certain persons to register in person.<br><br>A. Notwithstanding the provisions of § 24.2-416, any person who is qualified to register to vote shall be entitled to register in person up to and including the day of the election at the office of the general registrar in the locality in which such person resides or at the polling place for the precinct in which such person resides. |
| **HOW THIS AFFECTS YOU:** | **Due to the close of books, voters who are not registered will begin using Same Day Registration on October 16, 2024.** It may also be important to note that Early Voting ends on November 2 and all SDR-EV voter registration applications must be entered into VERIS before you prepare your pollbook. |
| **ACTION ITEMS:** | 1. **Updated List Maintenance Calendar**<br>   a. Please review the attached List Maintenance Calendar. **All statutorily required list maintenance records from state agencies, including noncitizens and felons, have been processed to registrars' hoppers as of October 14, 2024.** Per Virginia Code, the regular registration deadline has now passed, as such, ELECT will not process any additional records to your hoppers until after the election, except for weekly death records as required by law. Please check your hoppers to ensure records are timely reviewed so pollbooks are up to date as SDR begins.<br>2. **SDR Basics**<br>   a. Please read the guidance released on FormsWarehouse and in advisories related to Same Day Registration (SDR). Many of your questions are likely answered in those documents.<br>   b. **SDR is an in-person process only** and cannot be done with a mailed, electronic or third-party voter registration application.<br>   c. All same-day registrants **may only cast a provisional ballot.** Ballots cast by same-day |

registrants cannot be voted on the machine or counted until they have been adjudicated by the Electoral Board. There are no exceptions.
   d. The **five-day wait period does not apply to SDR**.
      - The five-day wait period does not apply to mail ballots regardless of SDR.
      - The 5-day wait period still applies to voters registering before the voter registration deadline on October 15, 2024. Nothing has changed about the 5-day wait period before the close of books.
   e. All forms of acceptable ID apply for same-day registrants. If a same-day registrant does not have any of those forms of ID, they may sign the ID Confirmation Statement.
   f. Same-day applications from early voting need to be entered into VERIS before you pull your pollbook so voters show up appropriately. It is advisable to enter these throughout early voting so records are updated promptly.
   g. **SDR happens in the precinct or early voting site in which the voter's current address makes them eligible.**
   h. The deadline to enter same-day applications received on Election Day *was extended this year* to **Monday, November 11, 2024 at 5:00 PM**.
      - Please bear in mind that Monday, November 11 is a federal holiday. This **deadline will not move** to the subsequent Tuesday to accommodate for the holiday. **If your office will be closed on that Monday, you should have same-day applications processed by Sunday, November 10, 2024.**
      - The Duplicate Report will be emailed to general registrars on **Tuesday, November 12, 2024.**
3. For more detailed information regarding SDR, you may choose to view a recording of the SDR Webinar and associated materials on the internal Learning Management System (LMS).

**CRITICAL DIRECTIVE: This SDR training webinar was <u>limited</u> to those with VERIS/2FA OKTA access. DO <u>NOT</u> share or forward the recording to those without VERIS permission as the presentation contains proprietary information and sharing would be a violation of our privacy policy.**

   i. **To watch the recording:** Log in to ELECT's Learning Management System (LMS), go to "My

ii. Courses," and choose "Same Day Registration Webinar (8-31-22)."
ii. **To view SDR related documents and materials:** https://www.elections.virginia.gov/formswarehouse/election-management/

**CONTACT:** **For technical matters:** Submit a JIRA ticket to the System Support team for all VERIS-related issues

**For Election Admin:** EA@elections.virginia.gov

**For all other matters:**

Region 1 (Tidewater)  Viki Mainwaring  804-593-2274  victoria.mainwaring@elections.virginia.gov

Region 2 (South Central)  Viki Mainwaring  804-593-2274  victoria.mainwaring@elections.virginia.gov

Region 3 (North Central)  Monique Semple  804-774-4694  monique.semple@elections.virginia.gov

Region 4 (South Western)  Tanya Pruett  804-864-8931  tanya.pruett@elections.virginia.gov

Region 5 (Northern)  Matthew Norcutt  804-801-6435  matthew.norcutt@elections.virginia.gov

Region 6 (Western)  Conrad Faett  804-774-4700  conrad.faett@elections.virginia.gov

Region 7 (Southern)  Viki Mainwaring  804-593-2274  victoria.mainwaring@elections.virginia.gov

**ADVISORY NUMBER:** ⚠ **COMM-765** - LM Calendar and SDR  [PUBLISH ADVISORY]