UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ DIVISION

Virginia Coalition for Immigrant Rights et al

vs.                                    Civil/Criminal Action No. 24-01778_-PTG
Susan Beals, Virginia Commissioner of Elections, et al      WBR_____

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for The Public Interest Foundation in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

10/22/2024                              /s/ J. Christian Adams
Date                                    Signature of Attorney or Litigant
                                        Counsel for Intervenor- Defendant Public
                                        Interest Legal Foundation