IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; *et al.* | )<br>)<br>) |
| *Plaintiffs,* | ) |
| v. | ) Case Nos. 1:24-cv-1778 and<br>) 1:24-cv-1807 |
| SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*, | )<br>)<br>) |
| *Defendants.* | )<br>) |

## DEFENDANTS' MOTION FOR AUTHORIZATION OF ELECTRONIC DEVICES

Defendants **SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections, **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections, **DONALD W. MERRICKS** and **MATTHEW WEINSTEIN**, in their official capacities as members of the State Board of Elections and **JASON MIYARES**, in his office capacity as Virginia Attorney General, by counsel, moves the Court for authorization for counsel to bring electronic devices to the October 24, 2024, hearing on the Motion for Preliminary Injunction. A copy of the proposed Request for Authorization is attached hereto for consideration by the Court.

**WHEREFORE**, Defendants request that the Court consider the Authorization attached hereto.

                                                              **Respectfully Submitted,**

                                                              **SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections, **GEORGIA ALVIS-LONG**, in

her official capacity as Secretary of the State Board of Elections, **DONALD W. MERRICKS** and **MATTHEW WEINSTEIN**, in their official capacities as members of the State Board of Elections and **JASON MIYARES**, in his office capacity as Virginia Attorney General

By: /s/ Charles E. James, Jr.
Charles E. James, Jr. (VSB No. 46310)
WILLIAMS MULLEN, P.C.
200 South 10th Street, Suite 1600
Richmond, VA 23219
Office: 804.420.6529
Fax: 804.420.6507
Email: cjames@williamsmullen.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October 2024, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

By: /s/ Charles E. James, Jr.
Charles E. James, Jr. (VSB No. 46310)
WILLIAMS MULLEN, P.C.
200 South 10th Street, Suite 1600
Richmond, VA 23219
Office: 804.420.6529
Fax: 804.420.6507
Email: cjames@williamsmullen.com