IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| VIRGINIA COALITION FOR<br>IMMIGRANT RIGHTS, *et al.*, | ) <br> ) <br> ) | |
| *Plaintiffs*, | ) <br> ) <br> ) | |
| v. | ) | Civil Action No. 1:24-cv-1778 (PTG/WBP) |
| SUSAN BEALS,<br>*in her official capacity as Virginia*<br>*Commissioner of Elections, et al.*, | ) <br> ) <br> ) <br> ) <br> ) | |
| *Defendants*. | ) | |

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) | |
| *Plaintiff*, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 1:24-cv-1807 (PTG/WBP) |
| COMMONWEALTH OF VIRGINIA, *et al.*, | ) <br> ) | |
| *Defendants*. | ) <br> ) | |

## ORDER

This matter is before the Court on Virginia Coalition for Immigrant Rights, *et al.*'s Motion for Leave for Expert Witness to Appear Virtually (Civil Action No. 1:24-cv-1778, Dkt. 75; "Motion"). Plaintiffs note that Defendants oppose the motion. Civil Action No. 1:24-cv-1778, Dkt. 75 at 1. For good cause shown, it is hereby

**ORDERED** that the Motion (Dkt. 75) is **GRANTED**. Plaintiffs' expert witness, Dr. McDonald, may testify remotely at the hearing to be held on October 24, 2024. Plaintiffs are

**DIRECTED** to ensure that, if they intend to refer to exhibits during Dr. McDonald's testimony, that Dr. McDonald has copies of said exhibits. Plaintiffs are further **DIRECTED** to provide the appropriate equipment to facilitate the remote testimony. Plaintiffs must fill out the "Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia" form on the Court's website. Defendants may raise any objections to Dr. McDonald's testimony at said hearing.

Entered this 23rd day of October, 2024

Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

2