# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN BEALS *in her official capacity as Virginia Commissioner of Elections, et al.*, <br><br> Defendants. | Case No. 1:24-cv-1778 (PTG/WBP) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF VIRGINIA, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-1807 (PTG/WBP) |

## DECLARATION OF JUDY BROWN

I, Judy Brown, am employed by the Loudoun County, Virginia, Elections and Voter Registration Office ("Elections Office"). My official title is General Registrar, and I am a custodian of records for the Elections Office. I state that each of the records identified herein by Bates number is a true and correct duplicate of an official record in the custody of the Elections Office:

a) USA-Loudoun-00001 to USA-Loudoun-00006

b) USA-Loudoun-00007 to USA-Loudoun-00008

c) USA-Loudoun-00009 to USA-Loudoun-00023

d) USA-Loudoun-00024

e) USA-Loudoun-00025 to USA-Loudoun-00050

f) USA-Loudoun-00051 to USA-Loudoun-00170

g) USA-Loudoun-00171 to USA-Loudoun-00186

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2024

*Judith A. Brown*
JUDY BROWN

**Locality:** 107  
**Precinct:** ALL  
**District:** ALL  

**COMMONWEALTH OF VIRGINIA**  
**DEPARTMENT OF ELECTIONS**  
**Cancellation - Declared Non-Citizen**  
**107 - LOUDOUN COUNTY**

**Start Date:** 08/07/2024  
**End Date:** 10/16/2024

## Declared Non-Citizen

**September 2024**

| PCT | Name Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0112 | | 772830197 | 9/19/2024 | Declared Non-Citizen |
| 0119 | | 043158059 | 9/19/2024 | Declared Non-Citizen |
| 0119 | | 411015413 | 9/17/2024 | Declared Non-Citizen |
| 0122 | | 039022614 | 9/19/2024 | Declared Non-Citizen |
| 0124 | | 191446662 | 9/19/2024 | Declared Non-Citizen |
| 0126 | | 416454804 | 9/19/2024 | Declared Non-Citizen |
| 0208 | | 489389134 | 9/19/2024 | Declared Non-Citizen |
| 0209 | | 367044913 | 9/19/2024 | Declared Non-Citizen |
| 0209 | | 312091970 | 9/26/2024 | Declared Non-Citizen |
| 0210 | | 008040360 | 9/19/2024 | Declared Non-Citizen |
| 0210 | | 125117970 | 9/19/2024 | Declared Non-Citizen |
| 0210 | | 026373909 | 9/19/2024 | Declared Non-Citizen |
| 0210 | | 066129938 | 9/19/2024 | Declared Non-Citizen |
| 0214 | | 354197719 | 9/19/2024 | Declared Non-Citizen |
| 0214 | | 002841531 | 9/19/2024 | Declared Non-Citizen |
| 0215 | | 251377705 | 9/19/2024 | Declared Non-Citizen |

Locality: 107
Precinct: ALL
District: ALL

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF ELECTIONS**
**Cancellation - Declared Non-Citizen**
**107 - LOUDOUN COUNTY**

Start Date: 08/07/2024
End Date: 10/16/2024

| Precinct | Name | ID | Date | Reason |
|---|---|---|---|---|
| 0218 | ███ | 468350491 | 9/19/2024 | Declared Non-Citizen |
| 0218 | ███ | 114387562 | 9/19/2024 | Declared Non-Citizen |
| 0218 | ███ | 591605421 | 9/19/2024 | Declared Non-Citizen |
| 0218 | ███ | 066262582 | 9/19/2024 | Declared Non-Citizen |
| 0219 | ███ | 012410467 | 9/19/2024 | Declared Non-Citizen |
| 0219 | ███ | 917790829 | 9/24/2024 | Declared Non-Citizen |
| 0220 | ███ | 372262401 | 9/19/2024 | Declared Non-Citizen |
| 0220 | ███ | 238409952 | 9/19/2024 | Declared Non-Citizen |
| 0221 | ███ | 236505878 | 9/24/2024 | Declared Non-Citizen |
| 0312 | ███ | 095157207 | 9/19/2024 | Declared Non-Citizen |
| 0314 | ███ | 753504919 | 9/19/2024 | Declared Non-Citizen |
| 0321 | ███ | 033113839 | 9/19/2024 | Declared Non-Citizen |
| 0322 | ███ | 516396241 | 9/19/2024 | Declared Non-Citizen |
| 0324 | ███ | 211731868 | 9/19/2024 | Declared Non-Citizen |
| 0325 | ███ | 059340527 | 9/19/2024 | Declared Non-Citizen |
| 0326 | ███ | 451815475 | 9/19/2024 | Declared Non-Citizen |
| 0403 | ███ | 607435605 | 9/19/2024 | Declared Non-Citizen |
| 0411 | ███ | 199828077 | 9/24/2024 | Declared Non-Citizen |



Locality: 107
Precinct: ALL
District: ALL

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF ELECTIONS**
**Cancellation - Declared Non-Citizen**
**107 - LOUDOUN COUNTY**

Start Date: 08/07/2024
End Date: 10/16/2024



| Precinct | | ID | Date | Reason |
|---|---|---|---|---|
| 0502 | | 079616797 | 9/19/2024 | Declared Non-Citizen |
| 0502 | | 034927994 | 9/19/2024 | Declared Non-Citizen |
| 0502 | | 396292419 | 9/19/2024 | Declared Non-Citizen |
| 0502 | | 214561238 | 9/19/2024 | Declared Non-Citizen |
| 0502 | | 794617189 | 9/25/2024 | Declared Non-Citizen |
| 0502 | | 279906426 | 9/19/2024 | Declared Non-Citizen |
| 0502 | | 057304274 | 9/26/2024 | Declared Non-Citizen |
| 0502 | | 020899636 | 9/19/2024 | Declared Non-Citizen |
| 0502 | | 051845181 | 9/19/2024 | Declared Non-Citizen |
| 0504 | | 020087849 | 9/19/2024 | Declared Non-Citizen |
| 0506 | | 352828262 | 9/19/2024 | Declared Non-Citizen |
| 0506 | | 432871387 | 9/19/2024 | Declared Non-Citizen |
| 0509 | | 107835021 | 9/26/2024 | Declared Non-Citizen |
| 0512 | | 069747625 | 9/19/2024 | Declared Non-Citizen |
| 0616 | | 292381235 | 9/19/2024 | Declared Non-Citizen |
| 0621 | | 392770020 | 9/19/2024 | Declared Non-Citizen |
| 0622 | | 023110613 | 9/19/2024 | Declared Non-Citizen |
| 0623 | | 166372880 | 9/19/2024 | Declared Non-Citizen |

Locality: 107
Precinct: ALL
District: ALL

# COMMONWEALTH OF VIRGINIA
# DEPARTMENT OF ELECTIONS
## Cancellation - Declared Non-Citizen
## 107 - LOUDOUN COUNTY

Start Date: 08/07/2024
End Date: 10/16/2024

| Precinct | | ID | Date | Reason |
|---|---|---|---|---|
| 0627 | ▮ | 121346395 | 9/19/2024 | Declared Non-Citizen |
| 0627 | ▮ | 105665615 | 9/19/2024 | Declared Non-Citizen |
| 0628 | ▮ | 274860841 | 9/19/2024 | Declared Non-Citizen |
| 0628 | ▮ | 303559282 | 9/17/2024 | Declared Non-Citizen |
| 0629 | ▮ | 008561745 | 9/19/2024 | Declared Non-Citizen |
| 0629 | ▮ | 546279345 | 9/19/2024 | Declared Non-Citizen |
| 0630 | ▮ | 025762391 | 9/19/2024 | Declared Non-Citizen |
| 0701 | ▮ | 708239411 | 9/19/2024 | Declared Non-Citizen |
| 0701 | ▮ | 006909041 | 9/19/2024 | Declared Non-Citizen |
| 0702 | ▮ | 492170056 | 9/19/2024 | Declared Non-Citizen |
| 0702 | ▮ | 022253618 | 9/19/2024 | Declared Non-Citizen |
| 0702 | ▮ | 115909303 | 9/19/2024 | Declared Non-Citizen |
| 0702 | ▮ | 119439803 | 9/17/2024 | Declared Non-Citizen |
| 0702 | ▮ | 104880799 | 9/19/2024 | Declared Non-Citizen |
| 0703 | ▮ | 144613007 | 9/19/2024 | Declared Non-Citizen |
| 0703 | ▮ | 758300794 | 9/19/2024 | Declared Non-Citizen |
| 0703 | ▮ | 264969484 | 9/19/2024 | Declared Non-Citizen |
| 0707 | ▮ | 822671538 | 9/19/2024 | Declared Non-Citizen |


USA-Loudoun-00004

Locality: 107
Precinct: ALL
District: ALL

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF ELECTIONS
Cancellation - Declared Non-Citizen
107 - LOUDOUN COUNTY

Start Date: 08/07/2024
End Date: 10/16/2024

| Precinct | | ID | Date | Status |
|---|---|---|---|---|
| 0710 | ■ | 157694595 | 9/17/2024 | Declared Non-Citizen |
| 0711 | ■ | 004005341 | 9/19/2024 | Declared Non-Citizen |
| 0712 | ■ | 014663612 | 9/19/2024 | Declared Non-Citizen |
| 0712 | ■ | 253149883 | 9/17/2024 | Declared Non-Citizen |
| 0712 | ■ | 018732860 | 9/19/2024 | Declared Non-Citizen |
| 0713 | ■ | 079535891 | 9/19/2024 | Declared Non-Citizen |
| 0714 | ■ | 748524582 | 9/19/2024 | Declared Non-Citizen |
| 0716 | ■ | 005943880 | 9/19/2024 | Declared Non-Citizen |
| 0716 | ■ | 220237834 | 9/19/2024 | Declared Non-Citizen |
| 0716 | ■ | 239692424 | 9/19/2024 | Declared Non-Citizen |
| 0810 | ■ | 031859210 | 9/19/2024 | Declared Non-Citizen |
| 0810 | ■ | 234632271 | 9/17/2024 | Declared Non-Citizen |
| 0813 | ■ | 353220739 | 9/19/2024 | Declared Non-Citizen |
| 0814 | ■ | 118600575 | 9/19/2024 | Declared Non-Citizen |
| 0815 | ■ | 479238836 | 9/19/2024 | Declared Non-Citizen |
| 0817 | ■ | 096290661 | 9/24/2024 | Declared Non-Citizen |
| 0818 | ■ | 063697934 | 9/25/2024 | Declared Non-Citizen |
| 0820 | ■ | 003983401 | 9/19/2024 | Declared Non-Citizen |

Locality: 107
Precinct: ALL
District: ALL

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF ELECTIONS**
**Cancellation - Declared Non-Citizen**
**107 - LOUDOUN COUNTY**

Start Date: 08/07/2024
End Date: 10/16/2024

| PCT | Name Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0824 |  | 392467380 | 9/24/2024 | Declared Non-Citizen |
| 0825 | | 011068205 | 9/19/2024 | Declared Non-Citizen |

**October 2024**

| PCT | Name Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0325 | | 410873884 | 10/6/2024 | Declared Non-Citizen |
| 0506 | | 027755161 | 10/6/2024 | Declared Non-Citizen |
| 0509 | | 238094318 | 10/6/2024 | Declared Non-Citizen |
| 0616 | | 438216143 | 10/6/2024 | Declared Non-Citizen |
| 0620 | | 054367701 | 10/1/2024 | Declared Non-Citizen |
| 0623 | | 919119698 | 10/6/2024 | Declared Non-Citizen |
| 0631 | | 303010145 | 10/6/2024 | Declared Non-Citizen |
| 0701 | | 168298383 | 10/6/2024 | Declared Non-Citizen |
| 0703 | | 012771822 | 10/6/2024 | Declared Non-Citizen |
| 0707 | | 103319665 | 10/1/2024 | Declared Non-Citizen |
| 0813 | | 082265142 | 10/1/2024 | Declared Non-Citizen |
| 0822 | | 323848269 | 10/6/2024 | Declared Non-Citizen |

**Declared Non-Citizen Total: 102**