# Exhibit E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN BEALS *in her official capacity as Virginia Commissioner of Elections, et al.*,<br><br>Defendants. | Case No. 1:24-cv-1778 (PTG/WBP) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-1807 (PTG/WBP) |

## DECLARATION OF JUDY BROWN

I, Judy Brown, am employed by the Loudoun County, Virginia, Elections and Voter Registration Office ("Elections Office"). My official title is General Registrar, and I am a custodian of records for the Elections Office. I state that each of the records identified herein by Bates number is a true and correct duplicate of an official record in the custody of the Elections Office:

a) USA-Loudoun-00001 to USA-Loudoun-00006

b) USA-Loudoun-00007 to USA-Loudoun-00008

c) USA-Loudoun-00009 to USA-Loudoun-00023

d) USA-Loudoun-00024

e) USA-Loudoun-00025 to USA-Loudoun-00050

f) USA-Loudoun-00051 to USA-Loudoun-00170

g) USA-Loudoun-00171 to USA-Loudoun-00186

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2024

Judith A. Brown
JUDY BROWN



# COMMONWEALTH OF VIRGINIA
# AFFIRMATION OF CITIZENSHIP

§ 24.2-410.1 of the Code of Virginia

**SUBJECT TO PENALTY OF LAW, I DO HEREBY AFFIRM THAT I AM A CITIZEN OF THE UNITED STATES OF AMERICA**

*Jaebyn* [signature]

SIGNATURE OF VOTER

| | |
|---|---|
| PRINTED NAME OF VOTER: | [redacted] |
| Date of birth: | Oct 1, 2004 |
| Current address: | Street/P.O. Box/Apt.# [redacted] <br> City/Town/State/Zip [redacted] |
| Mailing address [if different]: | Street/P.O. Box/Apt.# <br> City/Town/State/Zip |
| Daytime telephone number: | [redacted] |
| Email address: | [redacted] |

> **INTENTIONALLY MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM IS A FELONY. THE PUNISHMENT IS UP TO TEN YEARS IN PRISON AND A FINE UP TO $2,500. YOU ALSO LOSE YOUR RIGHT TO VOTE.**

IF YOU ARE A CITIZEN, PLEASE RETURN COMPLETED FORM TO:

**Office of Elections**
Office of Voter Registration
750 Miller Dr SE Ste 150
Leesburg, VA 20175-7618

**Received**
SEP 25 2024
Loudoun County Voter Registration

ELECT-410.1

USA-Loudoun-00009

## Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | 274860841 | Registration Date | |
| SSN | ▓▓▓▓▓▓▓▓ | Date of Birth | 10/01/2004 |
| Last Name | ▓▓▓▓▓▓▓▓ | Gender | M |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ▓▓▓▓▓▓▓▓ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | ▓▓▓▓▓▓▓▓ |
| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *[signature]* |
|---|---|
| Date Submitted | 11/8/2023 1:57:38 PM |
| Transaction # | 18196301 |

VRA-OVR-2 09/2017

USA-Loudoun-00010

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ███████ | Date of Birth | 10/01/2004 |
| Last Name | ███████ | Gender | |
| First Name | | US Citizen | Yes |
| Middle Name | | | |
| Suffix | | | |
| Residence Address | ███████████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ███████ | Phone | ███████ |
| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *[signature]* | | | |
|---|---|---|---|---|
| Date Submitted | 11/8/2022 11:21:31 AM | Transaction # | 4344692 | VRA-OVR-2 09/2017 |

USA-Loudoun-00011

# Same Day Registration - Virginia Voter Registration Application

*Use blue or black ink*

Starred (*) items are required. If you do not complete all of the items that are marked with *, your application may be denied. (See instructions on reverse side)

1. ☑ YES ☐ NO
   * I am a citizen of the United States of America.
   * Full social security number ☐ No SSN was ever issued.
   * Date of birth: 10/01/2004
   * Gender: M

2. * Last name: [redacted]  Jr. Sr. II III IV (Circle if applicable)
   * First name: [redacted]
   * Middle name: [redacted] ☑ None
   * Residence address (May not be a P.O. Box): [redacted]  Apt #: [redacted]
   * City/Town: [redacted]  * ZIP: [redacted]
   E-mail: [redacted]  Phone: [redacted]

3. * Have you ever been convicted of a felony or judged mentally incapacitated and disqualified to vote? ☐ YES ☑ NO   If YES, has your right to vote been restored? ☐ YES ☐ NO

4. ☐ I am an active-duty uniformed services member, spouse or dependent, or an overseas citizen.
   ☐ I am providing a mailing address (below) because my residence address is not serviced by the U.S. Postal Service or I am homeless.
   ☐ I am providing a Virginia P.O. Box (below) to protect my residence address from public disclosure because I or a household member is/has:
   ☐ An active or retired law enforcement officer, judge, U.S. or Virginia Attorney General.
   ☐ Attorney. Been granted a court issued protective order.
   ☐ In fear for personal safety from being threatened or stalked by another person.
   ☐ A participant in the Virginia Attorney General's Address Confidentiality Program.
   ☐ Been approved to be a foster parent.

   My mailing address (Complete only if you have checked a box in this section):
   _____

5. ☐ I am currently registered to vote in another state: _____ (Indicate state of previous registration)

6. ☐ I am interested in being an Officer of Election (poll worker) on Election Day. Please send me information.

7. AFFIRMATION: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

   ▶ * Signature: [signature]   Today's date: [redacted]

   ☐ By checking this box, I affirm both that I am an individual with physical disabilities and the Affirmation Statement above. Pursuant to Article II, § 2 of the Constitution of Virginia, individuals with physical disabilities are not required to sign the application for voter registration.

---

* Virginia Voter Registration Application Receipt

The application collector must submit your completed application within 10 days or by the deadline to register for the next election, whichever comes first. You can check your voter registration status online at www.elections.virginia.gov/registration. If you do not receive confirmation of your voter registration status within 30 days, contact your local voter registrar or the Virginia Department of Elections.

Name, phone and e-mail of office, group or individual receiving application

Date application received

Thank you for applying to vote in Virginia!

VA-NVRA-1 07/22

USA-Loudoun-00012



# COMMONWEALTH OF VIRGINIA
# AFFIRMATION OF CITIZENSHIP

§ 24.2-410.1 of the Code of Virginia

**SUBJECT TO PENALTY OF LAW, I DO HEREBY AFFIRM THAT I AM A CITIZEN OF THE UNITED STATES OF AMERICA**

*sudeeksha* [signature]
SIGNATURE OF VOTER

PRINTED NAME OF VOTER: ▇▇▇▇▇▇▇▇

Date of birth: 04/23/2006

Current address: Street/P.O. Box/Apt.# ▇▇▇▇▇▇

Mailing address [if different]: ▇▇▇▇▇▇

Daytime telephone number: ▇▇▇▇▇▇

Email address: ▇▇▇▇▇▇

> **INTENTIONALLY MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM IS A FELONY. THE PUNISHMENT IS UP TO TEN YEARS IN PRISON AND A FINE UP TO $2,500. YOU ALSO LOSE YOUR RIGHT TO VOTE.**

IF YOU ARE A CITIZEN, PLEASE RETURN COMPLETED FORM TO:

**Office of Elections**
Office of Voter Registration
750 Miller Dr SE Ste 150
Leesburg, VA 20175-7618

Received
SEP 2 6 2024
Loudoun County Voter Registration

ELECT-410.1

USA-Loudoun-00013

## Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ▮ | Date of Birth | 04/23/2006 |
| Last Name | ▮ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ▮ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | ▮ |
| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *Sudeeksha* ▮ | | |
|---|---|---|---|
| Date Submitted | 4/5/2024 2:24:17 PM | Transaction # | 18672463 |

VRA-OVR-2 09/2017

USA-Loudoun-00014



## COMMONWEALTH OF VIRGINIA
## AFFIRMATION OF CITIZENSHIP
§ 24.2-410.1 of the Code of Virginia

**SUBJECT TO PENALTY OF LAW, I DO HEREBY AFFIRM THAT I AM A CITIZEN OF THE UNITED STATES OF AMERICA**

_____
SIGNATURE OF VOTER

PRINTED NAME OF VOTER: ▮

Date of birth: 11/01/1989

Current address: ▮ Street/P.O. Box/Apt.# ▮
City/Town/State/Zip ▮

Mailing address [if different]: Street/P.O. Box/Apt.#
City/Town/State/Zip

Daytime telephone number:

Email address: ▮

> **INTENTIONALLY MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM IS A FELONY. THE PUNISHMENT IS UP TO TEN YEARS IN PRISON AND A FINE UP TO $2,500. YOU ALSO LOSE YOUR RIGHT TO VOTE.**

IF YOU ARE A CITIZEN, PLEASE RETURN COMPLETED FORM TO:

**Office of Elections**
Office of Voter Registration
750 Miller Dr SE Ste 150
Leesburg, VA 20175-7618

Received
OCT 09 2024
Loudoun County Voter Registration

Received
OCT 10 2024

Loudoun County Voter Registration

ELECT-410.1

USA-Loudoun-00015

## Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | | | |
| Voter ID | | Registration Date | |
| SSN | ■■■■■ | Date of Birth | 11/01/1989 |
| Last Name | ■■■■■ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ■■■■■ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ■■■■■ | Phone | ■■■■■ |
| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | | |
|---|---|---|---|---|
| Signature | *Israt* | | | |
| Date Submitted | 4/19/2024 9:04:53 AM | Transaction # | 18717301 | VRA-OVR-2 09/2017 |

USA-Loudoun-00016

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | 516396241 | Registration Date | |
| SSN | ▮▮▮ | Date of Birth | 11/01/1989 |
| Last Name | ▮▮▮ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ▮▮▮ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ▮▮▮ | Phone | ▮▮▮ |
| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *Ismat* | | | |
|---|---|---|---|---|
| Date Submitted | 8/2/2023 12:16:09 PM | Transaction # | 17874964 | VRA-OVR-2 09/2017 |

USA-Loudoun-00017

# Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | UPDATE | | |
| Voter ID | 516396241 | Registration Date | |
| SSN | ▮▮▮▮ | Date of Birth | 11/01/1989 |
| Last Name | ▮▮▮▮ | Gender | F |
| First Name | | US Citizen | Yes |
| Middle Name | | | |
| Suffix | | | |
| Residence Address | ▮▮▮▮ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | |
| Military, Overseas, or Address Undeliverable or Homeless | | Felony conviction or judged mentally incapacitated? | |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | | |
|---|---|---|---|---|
| Signature | *Israt* | | | |
| Date Submitted | 10/3/2017 2:38:43 PM | Transaction # | 2396153 | VRA-OVR-2 09/2017 |

USA-Loudoun-00018

## Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | UPDATE | | |
| Voter ID | 516396241 | Registration Date | |
| SSN | ■ | Date of Birth | ■ |
| Last Name | ■ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ■ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | |
| Military, Overseas, or Address Undeliverable or Homeless | | Felony conviction or judged mentally incapacitated? | |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | | |
|---|---|---|---|---|
| Signature | *Janet* | | | |
| Date Submitted | 6/23/2017 2:27:36 PM | Transaction # | 1907962 | VRA-OVR-2 09/2017 |

USA-Loudoun-00019

## Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | UPDATE | | |
| Voter ID | 516396241 | Registration Date | |
| SSN | ███ | Date of Birth | ███ |
| Last Name | ███ | Gender | F |
| First Name | ███ | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ███ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | |
| Military, Overseas, or Address Undeliverable or Homeless | | Felony conviction or judged mentally incapacitated? | |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | | |
|---|---|---|---|---|
| Signature | *Israel* (signature) | | | |
| Date Submitted | 6/8/2017 3:22:23 PM | Transaction # | 1836445 | VRA-OVR-2 09/2017 |

USA-Loudoun-00020

# Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | UPDATE | | |
| Voter ID | 516396241 | Registration Date | |
| SSN | ■ | Date of Birth | 11/01/1989 |
| Last Name | ■ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ■ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | |
| Military, Overseas, or Address Undeliverable or Homeless | | Felony conviction or judged mentally incapacitated? | |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | |
|---|---|---|---|
| Signature | *Israt* | | |
| Date Submitted | 5/9/2017 9:11:01 AM | Transaction # | 1694414 |

VRA-OVR-2 09/2017

USA-Loudoun-00021

# Virginia Voter Registration Application

| | | | | |
|---|---|---|---|---|
| Registration Type | UPDATE | | | |
| Voter ID | 516396241 | Registration Date | | |
| SSN | ▇▇▇ | Date of Birth | 11/01/1989 | |
| Last Name | ▇▇▇ | Gender | F | |
| First Name | | | | |
| Middle Name | | US Citizen | Yes | |
| Suffix | | | | |
| Residence Address | ▇▇▇▇▇▇▇▇▇▇▇ | | | |
| Locality | LOUDOUN COUNTY | | | |
| Mailing Address | Same as Residence | | | |
| Email | | Phone | | |
| Military, Overseas, or Address Undeliverable or Homeless | | Felony conviction or judged mentally incapacitated? | | |
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | | |
|---|---|---|---|---|
| Signature | *[signature]* | | | |
| Date Submitted | 3/3/2017 9:32:25 AM | Transaction # | 1439732 | VRA-OVR-2 09/2017 |

USA-Loudoun-00022

# Virginia Voter Registration Application Form

Use this form to register to vote in Virginia or report a change in name or address. If you are already registered with your current name and address, you do not need to re-register.

| To register to vote in Virginia, you must: | · Be a United States citizen<br>· Be a resident of Virginia<br>· Be 18 years old by the next general election | · Have had your voting rights restored if you have ever been convicted of a felony<br>· Have had your capacity restored if you have ever been declared mentally incapacitated in a Circuit Court |
|---|---|---|

**Identification Requirement**

For Registration: If you are registering for the first time by mail, federal law (the Help America Vote Act) requires you to provide identification the first time you vote in a federal election. Please enclose a copy of one of the following documents that shows your name and address with your application: (1) current and valid photo ID, (2) current utility bill, (3) bank statement, (4) government check, (5) paycheck, or (6) other government document. If eligible to vote absentee by mail, your mailed absentee ballot will not be counted unless the required identification has been provided to your local electoral board no later than noon on the Friday following the election.

For Voting: Virginia law requires you also to provide photo identification when you vote in person. An information card or other correspondence confirming your registration does not qualify as photo identification. For information on types of qualified photo identification, or how to obtain a Voter Photo Identification card, please visit http://elections.virginia.gov/links/voterID or call toll free 1-800-552-9745 (TTY: 1-800-260-3466).

Starred (*) items are required. If you do not complete all of the items that are marked with *, your application may be denied. Once your local registrar approves your application, you will receive confirmation by mail.

**1** *Are you a citizen of the United States of America? ☒ YES ☐ NO  * Will you be at least 18 years of age on or before the next General Election day? ☒ YES ☐ NO  If you checked "NO" in response to either of these questions, do not complete this form.

**2** *Social Security Number  ☐ Male ☒ Female *Gender  *Date of Birth: 11/01/1989  Daytime Telephone Number ☐ None
*Last Name  *First Name  *Full Middle or Maiden Name  *Suffix (Jr., Sr., III, Etc.) ☐ None

**3** *Residence (Permanent) Home Address  Apt/Unit/Lot/Rm/Ste  City/Town  Zip Code
If Rural Address or Homeless, please describe where you reside  E-mail address
Mailing Address (if different)/Virginia P.O.Box or Uniformed Service Address, if applicable (include Zip Code)  ☐ City or ☐ County: Name of City or County of Residence

**4** *Have you ever been convicted of a felony? ☐ YES ☒ NO  State where convicted _____
If YES, have your voting rights been restored? ☐ YES ☐ NO  If YES, when restored? __/__/____

**5** *Have you ever been judged mentally incapacitated? ☐ YES ☒ NO
If YES, has court restored you to capacity? ☐ YES ☐ NO  If YES, when restored? __/__/____

**6** Registration Statement: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation (entered in Box 7 below) of my current registration and I have read the Privacy Act Notice on the front of this form.

*Signature (or mark if unable to sign): Israel  11/07/2014

If applicant is unable to sign due to a physical disability, write the name/address of person who assisted. (Required).

☐ Check if you have a disability that requires someone to assist you in order to vote.

☐ Protected Voter Code if applicable. See instructions.

☒ I'm interested in being an Election Official on Election Day. Please send me information.

**7** *Previous Voter Registration Information—Commonwealth of Virginia       **NEW CITIZEN**

☒ No, I am not currently registered to vote in Virginia or another state.

☐ Yes, I am registered to vote at another address in Virginia or in another state. If YES, the information below must be completed:

Full Name as Registered  Date of Birth __/__/____  Social Security Number (last 4 digits required) ___-__-____

Address at which you were previously registered to vote  City/Town  State  Zip Code

City/County/Town of Residence (if applicable). This cancellation information will be sent to the county or city and state you entered above.

USA-Loudoun-00023