Exhibit F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN BEALS<br>*in her official capacity as Virginia Commissioner of Elections, et al.*,<br><br>Defendants. | Case No. 1:24-cv-1778 (PTG/WBP) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-1807 (PTG/WBP) |

## DECLARATION OF JUDY BROWN

I, Judy Brown, am employed by the Loudoun County, Virginia, Elections and Voter Registration Office ("Elections Office"). My official title is General Registrar, and I am a custodian of records for the Elections Office. I state that each of the records identified herein by Bates number is a true and correct duplicate of an official record in the custody of the Elections Office:

a) USA-Loudoun-00001 to USA-Loudoun-00006

b) USA-Loudoun-00007 to USA-Loudoun-00008

c) USA-Loudoun-00009 to USA-Loudoun-00023

d) USA-Loudoun-00024

e) USA-Loudoun-00025 to USA-Loudoun-00050

f) USA-Loudoun-00051 to USA-Loudoun-00170

g) USA-Loudoun-00171 to USA-Loudoun-00186

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2024

Judith A. Brown
JUDY BROWN

2

# Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | | | |
| Voter ID | | Registration Date | |
| SSN | | Date of Birth | 04/02/1997 |
| Last Name | | Gender | M |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | |

| | | | |
|---|---|---|---|
| Military, Overseas, or Address Indeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | | |
|---|---|---|---|---|
| Signature | | | | |
| Date Submitted | 10/5/2024 1:24:18 PM | Transaction # | 19413481 | VRA-OVR-2 09/2017 |

NEW APP.
ACTIVE VOTER

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ██████████ | Date of Birth | 04/02/1997 |
| Last Name | ██████████ | Gender | M |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ██████████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ██████████ | Phone | ██████████ |

| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
|---|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *(signature)* | | | |
|---|---|---|---|---|
| Date Submitted | 5/4/2024 3:38:43 PM | Transaction # | 18770355 | VRA-OVR-2 09/2017 |

# Virginia Voter Registration Application

| Registration Type | | | | |
|---|---|---|---|---|
| Voter ID | | | Registration Date | |
| SSN | | | Date of Birth | 04/02/1997 |
| Last Name | | | Gender | M |
| First Name | | | | |
| Middle Name | | | US Citizen | Yes |
| Suffix | | | | |
| Residence Address | | | | |
| Locality | LOUDOUN COUNTY | | | |
| Mailing Address | Same as Residence | | | |
| Email | | | Phone | |

| Military, Overseas, or Address Indeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | |
|---|---|
| Date Submitted | 3/26/2021 12:18:59 AM |

| Transaction # | 14861643 | VRA-OVR-2 09/2017 |
|---|---|---|

USA-Loudoun-00027

# Virginia Voter Registration Application

| Registration Type | | | | | |
|---|---|---|---|---|---|
| Voter ID | | Registration Date | | | |
| SSN | | Date of Birth | 10/16/2000 | | |
| Last Name | | Gender | M | | |
| First Name | | | | | |
| Middle Name | | US Citizen | Yes | | |
| Suffix | | | | | |
| Residence Address | | | | | |
| Locality | LOUDOUN COUNTY | | | | |
| Mailing Address | Same as Residence | | | | |
| Email | | Phone | | | |
| Military, Overseas, or Address Indeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No | |
| Protected Voter Code | | Right to vote restored? | | | |
| Pollworker Interest | | Registered in another state? | | No | |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | |
|---|---|
| Date Submitted | 9/22/2024 1:59:04 PM |

| Transaction # | 4620889 | VRA-OVR-2 09/2017 |
|---|---|---|

NEW APP,
ACTIVE VOTER

# Virginia Voter Registration Application

| Registration Type | | | | |
|---|---|---|---|---|
| Voter ID | | Registration Date | | |
| SSN | ███ | Date of Birth | 10/16/2000 | |
| Last Name | ███ | Gender | M | |
| First Name | | | | |
| Middle Name | | US Citizen | Yes | |
| Suffix | | | | |
| Residence Address | ███ | | | |
| Locality | LOUDOUN COUNTY | | | |
| Mailing Address | Same as Residence | | | |
| Email | | Phone | ███ | |

| Military, Overseas, or Address Indeliverable or Homeless | Military | Felony conviction or judged mentally incapacitated? | | No |
|---|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | | | | |
|---|---|---|---|---|
| Date Submitted | 3/6/2024 8:30:57 AM | Transaction # | 18563682 | VRA-OVR-2 09/2017 |

USA-Loudoun-00029

# Virginia Voter Registration Application

Use this which

Starred (*) items are required. If you do not complete all of the items that are marked with a *, your application may be denied. (See instructions on reverse side)

**1.** ☑ YES ☐ NO
* I am a citizen of the United States of America.
* Full social security number ☐ No soc security number

* Date of Birth 1 0 1 6 2 0 0 0    * Gender Male

**2.** ir. Sr. II III IV (circle if applicable)
* Last name _____  * Middle name _____
* First name _____
* Residence address (Street number a P.O. Box _____  Apt #
* City/Town _____  * Zip
E-mail _____  Phone _____

**3.** * Have you ever been convicted of a felony or judged mentally incapacitated and disqualified to vote? ....... ☐ YES ☑ NO    If YES, has your right to vote been restored? .... ☐ YES ☐N

**4.** ☐ I am an active-duty uniformed services member, spouse or dependent, or an overseas citizen.
☐ I am providing a mailing address (below) because my residence address is not serviced by the U.S. Postal Service or I am homeless.
▷ I am providing a Virginia P.O. Box (below) to protect my residence address from public disclosure because:
  ☐ I am an active or retired law enforcement officer, judge, U.S. or Virginia Attorney General attorney
  ☐ I have a court issued protective order for my benefit
  ☐ I have evidence of filing a complaint with law enforcement that either I or a household member is in fear for personal safety from another person who has threatened or stalked either me or a household member
  ☐ I am a participant in the Virginia Attorney General's Address Confidentiality Program

  My mailing address (complete only if you have checked a box in box 4):
  _____
  _____

**5.** ☐ I am currently registered to vote in another state: ........ Indicate state of previous registration

**6.** ☐ I am interested in being an Officer of Election (poll worker) on Election Day. Leave residence indication

PCT: 209ᵗʰ

**7.** AFFIRMATION: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

* Signature _____    Today's date 1 0 1 1 2 0 1

☐ By checking this box, I affirm (with this, I am an individual with physical disabilities and the information Statement about - Pursuant to Article II, § 2 of the Constitution of Virginia, individuals who please withhold this are not required as part the application for voter registration.

## Virginia Voter Registration Application Receipt

The application collector must submit your completed application within 10 days or by the deadline to register for the next election, whichever comes first. You can check your voter registration status online at elections.virginia.gov/registration. If you do not receive confirmation of your voter registration status within 30 days, contact your local voter registrar or the Virginia Department of Elections.

Name, please print name of office receive an individual recording application

Date application received

Thank you for applying to vote in Virginia!

USA-Loudoun-00030

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ████ | Date of Birth | 10/31/2000 |
| Last Name | ████ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ████ | Phone | ████ |

| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
|---|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *(signature)* | | | |
|---|---|---|---|---|
| Date Submitted | 9/24/2024 11:49:59 AM | Transaction # | 4624125 | VRA-OVR-2 09/2017 |

NEW APP.
ACTIVE VOTER

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ███████ | Date of Birth | 10/31/2000 |
| Last Name | ███████ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ███████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | ███████ |

| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
|---|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *(signature)* | | | |
|---|---|---|---|---|
| Date Submitted | 11/3/2023 11:55:08 AM | Transaction # | 18180700 | VRA-OVR-2 09/2017 |

# Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | | | |
| Voter ID | | Registration Date | |
| SSN | ███████ | Date of Birth | 06/06/2005 |
| Last Name | ███████ | Gender | |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ███████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ███████ | Phone | ███████ |

| | | | |
|---|---|---|---|
| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | | |
|---|---|---|---|---|
| Signature | | | | |
| Date Submitted | 10/7/2024 4:39:41 PM | Transaction # | 4665233 | VRA-OVR-2 09/2017 |

NEW APP.
ACTIVE VOTER

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ████████ | Date of Birth | 06/06/2005 |
| Last Name | ████████ | Gender | M |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ████████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ████████ | Phone | ████████ |

| Military, Overseas, or Address Indeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
|---|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | |
|---|---|
| Date Submitted | 9/10/2024 12:42:46 PM |

| | Transaction # | 4572129 | VRA-OVR-2 09/2017 |
|---|---|---|---|

USA-Loudoun-00034

# Virginia Voter Registration Application

| Registration Type | | | | |
|---|---|---|---|---|
| Voter ID | | Registration Date | | |
| SSN | | Date of Birth | 06/06/2005 | |
| Last Name | | Gender | M | |
| First Name | | | | |
| Middle Name | | US Citizen | Yes | |
| Suffix | | | | |
| Residence Address | | | | |
| Locality | LOUDOUN COUNTY | | | |
| Mailing Address | Same as Residence | | | |
| Email | | Phone | | |

| Military, Overseas, or Address Indeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
|---|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | |
|---|---|
| Date Submitted | 7/13/2023 1:19:28 PM |

| Transaction # | 17803163 | VRA-OVR-2 09/2017 |
|---|---|---|

# Virginia Voter Registration Application

Use blue or black ink

*Starred (\*) items are required. If you do not complete all of the items that are marked with \*, your application may be denied (See instructions on reverse side).*

**1.** ☒ YES ☐ NO
\# I am a citizen of the United States of America.
\* Full social security number ☐ NO SSN was ever issued.
\* Date of birth 08 / 12 / 2000
\* Gender Female

Jr. Sr. II III IV *(Circle if applicable)*

**2.** \* Last name ☐ None
\* First name
\* Middle name
Apt #
\* Residence address *(May not be a P.O. Box)*
\* ZIP
\* City/Town
E-mail
Phone

**3.** \* Have you ever been convicted of a felony <u>or</u> judged mentally incapacitated and disqualified to vote? ........ ☐ YES ☒ NO    If YES, has your right to vote been restored? ........ ☐ YES ☐ NO

**4.** ☐ I am an active-duty uniformed services member, spouse or dependent; or an overseas citizen.
☐ I am providing a mailing address *(below)* because my residence address cannot receive mail <u>or</u> I am homeless.
☐ I am providing a Virginia P.O. Box *(below)* to protect my residence address from public disclosure because I or a household member is/has:

- ☐ An active or retired law enforcement officer, judge, magistrate, U.S. or Virginia Attorney General attorney.
- ☐ Been granted a court issued protective order.
- ☐ In fear for personal safety from being threatened or stalked by another person.
- ☐ A participant in the Virginia Attorney General's Address Confidentiality Program.
- ☐ Been approved to be a foster parent.
- ☐ A current or former state or local election official, their employee, or Commonwealth

PCT 712

My mailing address *(Complete only if you have checked a box in this section)*

Received

OCT 0 7 2024

**5.** ☐ I am currently registered to vote in another state: _____ . *(Indicate state of previous registration)*    Loudoun County Voter Registration

**6.** ☐ I am interested in being an Officer of Election (poll worker) on Election Day. *Please send me information.*

**7.** AFFIRMATION: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

Today's date: 10 / 07 / 202

\* Signature

☐ By checking this box, I affirm both that I am an individual with physical disabilities and the Affirmation Statement above. Pursuant to Article II, § 2 of the Constitution of Virginia, individuals with physical disabilities are not required to sign the application for voter registrations.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\* **Virginia Voter Registration Application Receipt**

The application collector must submit your completed application within 10 days or by the deadline to register for the next election, whichever comes first. You can check your voter registration status online at *www.elections.virginia.gov/registration*. If you do not receive confirmation of your voter registration status within 30 days, contact your local voter registrar or the Virginia Department of Elections.

M M / D D / Y Y Y Y
Date application received

Name, phone and e-mail of office, group or individual receiving application

Thank you for applying to vote in Virginia!

VA-NVRA-1 0

USA-Loudoun-00036

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ███████ | Date of Birth | 08/12/2000 |
| Last Name | ███████ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ███████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | |

| Military, Overseas, or Address Indeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | | | | |
|---|---|---|---|---|
| Date Submitted | 4/4/2024 8:31:04 AM | Transaction # | 18665933 | VRA-OVR-2 09/2017 |

Click to Show PII | Quick Links



# VIRGINIA
## ELECTION AND REGISTRATION SYSTEM (VERIS)

POWERED BY
FIRST TUESDAY™

Home     Voter Search     Voter Overview     Application     Merge     Absentee     Street File

VERIS_PROD_93-2.9.27.1  |  10/13/2024

**Home** > **Voter** > **Absentee** > **Absentee History**



### Voter Overview 🔍 ✏️

Name:

Voter ID:     014663612

Date of Birth: XX/XX/2000

Language Preference:  English

Status:  **CANCELLED**

Locality: **LOUDOUN COUNTY**

Precinct: 712 - STONE HILL

SSN:

Address:

✔️ Verified

**Residential**

CD: 10  SEN: 032  HSE: 026  Election: STERLING DISTRICT

**Prohibited Voter - Declared Non-Citizen**

Election:          2024 November General          ⌄   ☐ Show All ℹ️

☑️ Display All Localities

**Absentee Applications**                                                      In Person Voter

| Election | Sent | Received | Status | Status Reason | | |
|----------|------|----------|--------|---------------|--|--|
| 2024 November General | | 9/3/2024 | Approved | Online Application - Approved. | ✏️ | 🖨️ |

**Ongoing Absentee Applications**

The voter does not currently have any absentee voter applications.

**Absentee Ballots**

| Election | Sent | Received | Reissued | Status | Status Reason | | |
|----------|------|----------|----------|--------|---------------|--|--|
| 2024 November General | 9/16/2024 | | No | Issued | Issued | ✏️ | 🖨️ |

USA-Loudoun-00038



Click to Show PII    Quick Links

VIRGINIA
ELECTION AND REGISTRATION SYSTEM (VERIS)

Home   Voter Search   Voter Overview   Application   Merge   Absentee   Street File

VERIS_PROD_92-2.9.27.1 | 10/16/2024

**Home > Voter > Absentee > Absentee History**

### Voter Overview 🔍
| | | | |
|---|---|---|---|
| Name: | Status: **ACTIVE** | SSN: | |
| Voter ID:  049966682 | Locality: **LOUDOUN COUNTY** | Address: | ✔️ **Verified** |
| Date of Birth: XX/XX/2000 | Precinct: 712 - STONE HILL | | **Residential** |
| Language Preference:  English | | | |

CD: 10  SEN: 032  HSE: 026  Election: STERLING DISTRICT

Election:     2024 November General          ⌄   ☐ Show All ⓘ
☑ Display All Localities

**Absentee Applications**                    In Person Voter   Add Application

| Election | Sent | Received | Status | Status Reason | | |
|---|---|---|---|---|---|---|
| 2024 November General | | 10/3/2024 | Approved | Approved | ✏️ | 🖨️ |

**Ongoing Absentee Applications**
The voter does not currently have any absentee voter applications.

**Absentee Ballots**

| Election | Sent | Received | Reissued | Status | Status Reason | | |
|---|---|---|---|---|---|---|---|
| 2024 November General | 10/7/2024 | | No | Issued | Issued | ✏️ | 🖨️ |

USA-Loudoun-00039

# Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| egistration Type | | | |
| oter ID | | Registration Date | |
| SN | ███████████ | Date of Birth | 03/25/2006 |
| ast Name | ███████████ | Gender | |
| irst Name | | US Citizen | Yes |
| liddle Name | | | |
| uffix | | | |
| esidence Address | ███████████████ | | |
| ocality | LOUDOUN COUNTY | | |
| lailing Address | Same as Residence | | |
| mail | ███████████ | Phone | ████████ |
| lilitary, Overseas, or Address ndeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
| rotected Voter Code | | Right to vote restored? | | |
| ollworker Interest | | Registered in another state? | | No |

swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize ie cancellation of my current registration and I have read the Privacy Act Notice.

| ignature | *(signature)* | | | |
|---|---|---|---|---|
| ate Submitted | 10/15/2024 3:45:48 PM | Transaction # | 4707536 | VRA-OVR-2 09/2017 |

NEW APP.
ACTIVE VOTER

USA-Loudoun-00040

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | | Date of Birth | 03/25/2006 |
| Last Name | | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | |

| Military, Overseas, or Address Indeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
|---|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | | | | |
|---|---|---|---|---|
| Date Submitted | 10/15/2024 8:07:45 AM | Transaction # | 4702408 | VRA-OVR-2 09/2017 |

NEW APP.
ACTIVE VOTER

USA-Loudoun-00041

# Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | | | |
| Voter ID | | Registration Date | |
| SSN | ■■■■ | Date of Birth | 03/25/2006 |
| Last Name | ■■■■ | Gender | |
| First Name | | US Citizen | Yes |
| Middle Name | | | |
| Suffix | | | |
| Residence Address | ■■■■ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ■■■■ | Phone | ■■■■ |
| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | |
|---|---|
| Date Submitted | 10/14/2024 7:20:41 PM |

| Transaction # | 4699068 | VRA-OVR-2 09/2017 |
|---|---|---|

DUP
NEW APP.
ACTIVE VOTER

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ███████ | Date of Birth | 03/25/2006 |
| Last Name | ███████ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ███████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | ███████ |

| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *(signature)* | | |
|---|---|---|---|
| Date Submitted | 12/7/2023 8:16:43 AM | Transaction # | 18277426 | VRA-OVR-2 09/2017 |

USA-Loudoun-00043

# Virginia Voter Registration Application

Use blue or black ink

*Starred (\*) items are required.* If you do not complete all of the items that are marked with *, your application may be denied *(See instructions on reverse side).*

**1.** ☒ YES ☐ NO
\* I am a citizen of the United States of America.
\* Full social security number ☐ No SSN was ever issued.
\* Date of birth `1 1 , 1 0 , 2 0 0 5`
\* Gender `FEMALE`

**2.**
\* Last name _____ Jr. Sr. II III IV *(Circle if applicable)*
\* First name _____ * Middle name `ANJUMAN` ☐ None
\* Residence address *(May not be a P.O. Box)* _____ Apt # ____
\* City/Town _____ * ZIP ____
E-mail _____ Phone ____

**3.** \* Have you ever been convicted of a felony <u>or</u> judged mentally incapacitated and disqualified to vote? ........ ☐ YES ☒ NO    If YES, has your right to vote been restored? ....... ☐ YES ☐ NO

**4.** ☐ I am an active-duty uniformed services member, spouse or dependent; or an overseas citizen.

☐ I am providing a mailing address *(below)* because my residence address is not serviced by the U.S. Postal Service <u>or</u> I am homeless.

☐ I am providing a <u>Virginia P.O. Box</u> *(below)* to protect my residence address from public disclosure because I or a household member is/has:

- ☐ An active <u>or</u> retired law enforcement officer, judge, U.S. or Virginia Attorney General attorney.
- ☐ Been granted a court issued protective order.
- ☐ In fear for personal safety from being threatened or stalked by another person.
- ☐ A participant in the Virginia Attorney General's Address Confidentiality Program.
- ☐ Been approved to be a foster parent.

`PCT 716`

My mailing address *(Complete only if you have checked a box in this section)* _____

~~Received~~
~~OCT - 9 2024~~
~~Loudoun County Voter Registration~~

**5.** ☐ I am currently registered to vote in another state: ___ ___ . *(Indicate state of previous registration)*

**6.** ☐ I am interested in being an Officer of Election (poll worker) on Election Day. *Please send me information.*    `Voter Said Yes`

**7.** AFFIRMATION: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.    `to citizenship Smey`

▶ \* Signature _____    Today's date: `0 9 , 2 7 , 2 0 2 4`

☐ By checking this box, I affirm both that I am an individual with physical disabilities and the Affirmation Statement above. Pursuant to Article II, § 2 of the Constitution of Virginia, individuals with physical disabilities are not required to sign the application for voter registrations.    `S`

`NEW APP.`
`ACTIVE VOTER`





# VIRGINIA
### ELECTION AND REGISTRATION SYSTEM (VERIS)

POWERED BY
FIRST TUESDAY™

Home    Voter Search    Voter Overview    Application    Merge    Absentee    Street File

VERIS_PROD_93-2.9.27.1   |   10/13/2024

## Home > Voter > Absentee > Absentee History

### Voter Overview 🔍 ✐

**Name:**
**Voter ID:**    220237834
**Date of Birth:** XX/XX/2005
**Language Preference:** English

**Status: CANCELLED**
**Locality: LOUDOUN COUNTY**
**Precinct:** 716 - RIDGETOP

**SSN:**
**Address:**

✔ Verified
**Residential**

**CD:** 10  **SEN:** 032  **HSE:** 028  **Election:** STERLING DISTRICT
**Prohibited Voter - Declared Non-Citizen**

**Election:**    2024 November General          ⌄   ☐ Show All ⓘ
☑ Display All Localities

### Absentee Applications

| Election | Sent | Received | Status | Status Reason | | |
|----------|------|----------|--------|---------------|--|--|
| 2024 November General | | 7/24/2024 | Approved | Online Application - Approved. | ✎ | 🖶 |

### Ongoing Absentee Applications
The voter does not currently have any absentee voter applications.

### Absentee Ballots

| Election | Sent | Received | Reissued | Status | Status Reason | | |
|----------|------|----------|----------|--------|---------------|--|--|
| 2024 November General | 9/16/2024 | | No | Issued | Issued | ✎ | 🖶 |

In Person Voter

# Virginia Voter Registration Application

| Registration Type | | | | |
|---|---|---|---|---|
| Voter ID | | Registration Date | | |
| SSN | | Date of Birth | 11/10/2005 | |
| Last Name | | Gender | F | |
| First Name | | | | |
| Middle Name | | US Citizen | Yes | |
| Suffix | | | | |
| Residence Address | | | | |
| Locality | LOUDOUN COUNTY | | | |
| Mailing Address | Same as Residence | | | |
| Email | | Phone | | |
| Military, Overseas, or Address Indeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | No | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | | | | |
|---|---|---|---|---|
| Date Submitted | 7/24/2024 4:13:11 PM | Transaction # | 4516361 | VRA-OVR-2 09/2017 |

# Virginia Voter Registration Application

| Registration Type | | | |
|---|---|---|---|
| Voter ID | | Registration Date | |
| SSN | ███████ | Date of Birth | 11/10/2005 |
| Last Name | ███████ | Gender | F |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ███████████ | | |
| Locality | LOUDOUN COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | | Phone | |

| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | | No |
|---|---|---|---|---|
| Protected Voter Code | | Right to vote restored? | | |
| Pollworker Interest | | Registered in another state? | | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *[signature]* ███████ | | | |
|---|---|---|---|---|
| Date Submitted | 7/20/2023 2:08:47 PM | Transaction # | 17828553 | VRA-OVR-2 09/2017 |

# Virginia Voter Registration Application

| | | | |
|---|---|---|---|
| Registration Type | | | |
| Voter ID | | Registration Date | |
| SSN | ███████ | Date of Birth | 01/17/1946 |
| Last Name | ███████ | Gender | M |
| First Name | | | |
| Middle Name | | US Citizen | Yes |
| Suffix | | | |
| Residence Address | ████████████ | | |
| Locality | FAIRFAX COUNTY | | |
| Mailing Address | Same as Residence | | |
| Email | ███████ | Phone | ███████ |

| | | | |
|---|---|---|---|
| Military, Overseas, or Address Undeliverable or Homeless | No | Felony conviction or judged mentally incapacitated? | No |
| Protected Voter Code | | Right to vote restored? | |
| Pollworker Interest | | Registered in another state? | No |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| | | | | |
|---|---|---|---|---|
| Signature | *Sec* ████ | | | |
| Date Submitted | 10/10/2024 5:08:07 PM | Transaction # | 4681218 | VRA-OVR-2 09/2017 |

NEW APP.
ACTIVE VOTER

# Virginia Voter Registration Application

| Registration Type | UPDATE | | | |
|---|---|---|---|---|
| Voter ID | 303010145 | | Registration Date | |
| SSN | ███████ | | Date of Birth | 01/17/1946 |
| Last Name | ███████ | | Gender | M |
| First Name | | | | |
| Middle Name | | | US Citizen | |
| Suffix | | | | |
| Residence Address | ████████████ | | | |
| Locality | LOUDOUN COUNTY | | | |
| Mailing Address | Same as Residence | | | |
| Email | | | Phone | |

| Military, Overseas, or Address Undeliverable or Homeless | | | Felony conviction or judged mentally incapacitated? | |
|---|---|---|---|---|
| Protected Voter Code | | | Right to vote restored? | |
| Pollworker Interest | | | Registered in another state? | |

I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided for voter registration is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

| Signature | *[signature]* █████ | | | |
|---|---|---|---|---|
| Date Submitted | 1/9/2019 11:28:35 AM | | Transaction # | 11950139 | VRA-OVR-2 09/2017 |

# VIRGINIA VOTER REGISTRATION APPLICATION

PLEASE PRINT OR TYPE

PRECINCT

NAME OF APPLICANT (MARRIED WOMAN MUST GIVE MAIDEN NAME AS MIDDLE NAME)

| Last Name | First Name | Middle/Maiden Name | S |
|---|---|---|---|

ENTER HOME ADDRESS HERE. IF MAILING ADDRESS IS DIFFERENT ENTER ON BACK OF FORM

| House No. and Street Name or Rural Route and Box No. | Apartment, Suite or Lot Number | City or Town |
|---|---|---|

| SOCIAL SECURITY NUMBER | SEX | DATE OF BIRTH | | | AGE | DATE OF RESIDENCE AT PRESENT ADDRESS | | |
|---|---|---|---|---|---|---|---|---|
| | | Month | Day | Year | | Month | Year | City or County |
| | M | 1 | 17 | 46 | 42 | 7 | 88 | |

| PLACE OF PREVIOUS REGISTRATION | | Are you a citizen of the United States? | Have you ever been convicted of a felony? | Have you ever to be mentally |
|---|---|---|---|---|
| City/County | State | ☑ Yes ☐ No | ☐ Yes ☑ No | ☐ Yes |

REGISTRATION OATH: I do solemnly swear (or affirm) that I am a citizen of the United States, a resident of Virginia, qualified and entit
onwealth of Virginia to register to vote and that the information given above is true and correct to the best of my knowledge. I hereby
gistration held by me.

Subscribed and sworn to before me this _28th_ day of _September_ 19 _88_

sign

sign

| REGISTRAR USE ONLY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE OF REGISTRATION | | | PCT CODE | PRECINCT NAME | TOWN CODE | DISTRICTS | | | |
| Month | Day | Year | | | | Cong | Sen | Hse | Month | Day |
| 09 | 28 | 88 | | | | | | | |

| | Last Name | First Name | Middle/Maiden Name |
|---|---|---|---|

USA-Loudoun-00050