**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):    Thomas J. Sanford (VSB #95965)

Charles J. Cooper (Pro Hac Vice)

Bradley L. Larson (Pro Hac Vice)

Electronic Device(s):    mobile phones for Messrs. Sanford and Cooper

laptop for Mr. Larson

Purpose and Location Of Use:    prelim. injunction hearing before Judge Giles

Case Name:    Va. Coal. for Immig. Rights v. Beals

Case No.:    Case Nos. 1:24-cv-1778, 1:24-cv-1807

Date(s) Authorized:    October 24, 2024

IT Clearance Waived:    _____ (YES)    X (NO)

**APPROVED BY:** _____ /s/
                         Patricia Tolliver Giles
                         United States District Judge

Date: 10/23/24    _____
                         United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____    _____
                         IT Staff Member                         Date(s)

**IT clearance must be completed, unless waived, before court appearance.**