IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR<br>  IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUSAN BEALS,<br>*in her official capacity as Virginia<br>  Commissioner of Elections, et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-1778 (PTG/WBP)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-1807 (PTG/WBP)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the Public Interest Legal Foundation, Inc.'s Motion for Leave to File Amicus Curiae Brief (Dkt. 93).

"The district court maintains wide latitude to . . . grant or deny a motion to file an amicus brief." *Sierra Club v. Va. Elec. & Power Co.*, No. 2:15-cv-112, 2016 WL 5349081, at \*2 (E.D. Va. Feb. 4, 2016). "Courts generally permit amicus briefs only where the brief could 'provide helpful analysis of the law,' and the proposed amicus has 'a special interest in the subject matter

of the suit, or existing counsel is in need of assistance.'" *Id.* (quoting *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007)).

As "[t]he issues presented on [the motions for preliminary injunction] have been thoroughly and fully briefed," the Court will deny the Public Interest Legal Foundation, Inc.'s Motion for Leave to File Amicus Curiae Brief (Dkt. 93). *Id.* at *3 (denying motion for leave to file an amicus brief).

Accordingly, it is hereby

**ORDERED** that the Public Interest Legal Foundation, Inc.'s Motion for Leave to File Amicus Curiae Brief (Dkt. 93) is **DENIED**.

Entered this 24th day of October, 2024
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge