# UNITED STATES DISTRICT COURT
## MOTION HEARING MINUTES

Date: **10/24/2024**                         Judge: **Patricia Tolliver Giles**
Time: 10:03 a.m – 10:13 a.m. (00:10)        Reporter: **S. Wallace**
     10:41 a.m. – 12:04 a.m. (01:23)
     12:24 p.m. – 1:23 p.m. (00:59)
     2:35 p.m. – 3:38 p.m. (01:03)
     4:05 p.m. – 4:14 p.m. (00:09)
 (03:44)

Civil Action Number: **1:24-cv-01778-PTG-WBP**

**Virginia Coalition for Immigrant Rights, et al.,**

**Plaintiffs,**

**United States of America,**
**Consolidated Plaintiff,**

**V.**

**Susan Beals, et al.,**

**Defendants,**

**Commonwealth of Virginia, et al.,**
**Consolidated Defendants.**

Appearances of Counsel for Plaintiffs and Counsel for Defendants.

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| **Shanna Ports** | **Thomas Sanford** |
| **Danielle Lang (phv)** | **Charles E. James, Jr.** |
| **John Powers (phv)** | **Charles Cooper (phv)** |
| **Robert "Brent" Ferguson (phv)** | |
| **Rodkangyil Danjuma (phv)** | |
| **Ryan Snow (phv)** | |
| **Simone Leeper (phv)** | |

| Counsel for Consolidated Plaintiff | Counsel for Consolidated Defendants |
|---|---|
| **Sejal Jhaveri**<br>**Brian Remlinger**<br>**Kevin Paul Muench**<br>**Steven Gordon** | **Bradley Larson (phv)**<br>**Joseph Masterman (phv)** |

- Preliminary matters and Objections discussed.
- Plaintiffs Oral Motion to Admit Exhibits – a redacted, purged list and 3 declarations (white notebook).
- The Court recesses to review new exhibits. Court resumes.
- Objections heard and Taken Under Advisement. (Re: Exhibits BB, CC, DD)
- No Objection of the Defendants to the redacted, purged list – Received and Admitted and labeled as Exhibit EE.
- Plaintiffs address with the Court 2 potential witnesses that subpoenas were attempted to be served on. The Court announces both names in open Court and determines that they are not present in the courtroom.
- Defendants object to the Declaration and Proposed Testimony of Plaintiffs Witness Michael McDonald - Court Reserves Ruling as to this Objection and allowing argument of Defendants first, the Court then ruling after argument.
- Plaintiffs Oral Motion to Admit Under Seal a Flash Drive and 2 voter file snapshots.
- Plaintiffs and Defendants Rest/Evidence concluded (Plaintiffs will not be calling witness Michael McDonald)
- Pltfs Exhibits BB, CC, DD – Declarations – **All Received and Admitted**
  Pltfs Exhibit EE – Redacted, Purged List
  Pltfs Exhibit FF – Under Seal Flash Drive

(as well as all Exhibits received with Plaintiffs Initial Motion and Reply **w/the exception of Michael McDonalds's Declaration**; All Exhibits with U.S. Motion and Reply; All Exhibits with Defendants Replies/Oppositions

[26] MOTION for Preliminary Injunction by African Communities Together, League of Women Voters of Virginia, League of Women Voters of Virginia Education Fund, Virginia Coalition for Immigrant Rights.

[9] (24cv1807) MOTION for Preliminary Injunction by United States of America.

**MOTIONS ARGUED AND TAKEN UNDER ADVISEMENT**

Court adjourns at 4:14 p.m.

Case/Motion Hearing **CONTINUED** to **FRIDAY, OCTOBER 25, 2024 at 9:30 a.m.**