# UNITED STATES DISTRICT COURT
# MOTION HEARING MINUTES

Date: **10/25/2024**  
Time: 9:31 a.m. – 10:40 a.m. (01:09)

Judge: **Patricia Tolliver Giles**

Civil Action Number: **1:24-cv-01778-PTG-WBP**

**Virginia Coalition for Immigrant Rights, et al.,**

**Plaintiffs,**

**United States of America,**
**Consolidated Plaintiff,**

**V.**

**Susan Beals, et al.,**

**Defendants,**

**Commonwealth of Virginia, et al.,**
**Consolidated Defendants.**

Appearances of Counsel for Plaintiffs and Counsel for Defendants.

| Counsel for Plaintiffs<br>**Shanna Ports**<br>**Danielle Lang (phv)**<br>**John Powers (phv)**<br>**Robert "Brent" Ferguson (phv)**<br>**Rodkangyil Danjuma (phv)**<br><br>Counsel for Consolidated Plaintiff<br>**Sejal Jhaveri**<br>**Brian Remlinger**<br>**Steven Gordon** | Counsel for Defendants<br>**Thomas Sanford**<br><br><br><br><br><br>Counsel for Consolidated Defendants<br>**Bradley Larson (phv)**<br>**Joseph Masterman (phv)** |

[26] MOTION for Preliminary Injunction by African Communities Together, League of Women Voters of Virginia, League of Women Voters of Virginia Education Fund, Virginia Coalition for Immigrant Rights.

[9] (24cv1807) MOTION for Preliminary Injunction by United States of America.

**MOTIONS GRANTED IN PART AND DENIED IN PART – ORDER TO FOLLOW**

**Defendants Oral Motion to Stay Injunction – DENIED.**