IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER,<br>  *Plaintiffs*,<br>v.<br>SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their official capacities as members of the State Board of Elections; and JASON MIYARES, in his official capacity as Virginia Attorney General,<br>  *Defendants*. | Case No. 1:24-cv-1778 |
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br>v.<br>COMMONWEALTH OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS; and SUSAN BEALS, in her official capacity as Commissioner of Elections,<br>  *Defendants*. | Case No. 1:24-cv-1807 |

**NOTICE OF APPEAL PURSUANT TO 28 U.S.C. § 1292(a)(1)**

Pursuant to 28 U.S.C. § 1292(a)(1), all defendants in these consolidated cases appeal to the United States Court of Appeals for the Fourth Circuit from the order granting in part the plaintiffs' motions for preliminary injunctions entered on October 25, 2024. *See* Dkt. 112 at 2 ("ORDERED that Plaintiffs' Motions for Preliminary Injunction (Dkt. 26; Civil Action No. l:24-cv-1807, Dkt. 9) are GRANTED in part and DENIED in part"); 28 U.S.C. § 1292(a)(1) ("[T]he courts of appeals shall have jurisdiction of appeals from . . . [i]nterlocutory orders of the district courts of the United States . . . granting . . . injunctions").

Dated: October 25, 2024

RESPECTFULLY SUBMITTED,

**COMMONWEALTH OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS; SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections; **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections; **DONALD W. MERRICKS** and **MATTHEW WEINSTEIN**, in their official capacities as members of the State Board of Elections; and **JASON MIYARES**, in his official capacity as Virginia Attorney General

By:     */s/ Erika L. Maley*
           Erika L. Maley (VSB #97533)
           *Solicitor General*

| | |
|---|---|
| Charles J. Cooper *(Pro Hac Vice)* <br> Joseph O. Masterman (*Pro Hac Vice*) <br> Bradley L. Larson *(Pro Hac Vice)* <br> COOPER & KIRK, PLLC <br> 1523 New Hampshire Avenue, N.W. <br> Washington, D.C. 20036 <br> Tel: (202) 220-9600 <br> Fax: (202) 220-9601 <br> cooper@cooperkirk.com <br><br><br> *Counsel for Defendants* | Jason S. Miyares <br>    *Attorney General* <br> Thomas J. Sanford (VSB #95965) <br>    *Deputy Attorney General* <br> Erika L. Maley (VSB #97533) <br>    *Solicitor General* <br> Graham K. Bryant (VSB #90592) <br>    *Deputy Solicitor General* <br><br> Office of the Attorney General <br> 202 North Ninth Street <br> Richmond, Virginia 23219 <br> (804) 786-2071 – Telephone <br> (804) 786-1991 – Facsimile <br> SolicitorGeneral@oag.state.va.us |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on October 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

      */s/ Erika L. Maley*
      *Solicitor General*
      *Counsel for the Defendants*