FILED: October 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2071
(1:24-cv-01778-PTG-WBP)
(1:24-cv-01807-PTG-WBP)

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER; UNITED STATES OF AMERICA

    Plaintiffs - Appellees

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS, in his official capacity as a member of the State Board of Elections; MATTHEW WEINSTEIN, in his official capacity as a member of the State Board of Elections; JASON MIYARES, in his official capacity as Virginia Attorney General; COMMONWEALTH ATTORNEY OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS

    Defendants - Appellants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:24-cv-01778-PTG-WBP<br>1:24-cv-01807-PTG-WBP |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 10/25/2024 |
| Appellants | SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their official capacities as members of the State Board of Elections; and JASON MIYARES, in his official capacity as Virginia Attorney General; COMMONWEALTH OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS |
| Appellate Case Number | 24-2071 |
| Case Manager | Emily Borneisen<br>804-916-2704 |