IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-1778 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br> v. <br><br> COMMONWEALTH OF VIRGINIA, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-1807 |

**[PROPOSED] ORDER**

**THIS MATTER** comes before the Court on Defendants' Consent Motion for Extension of Time to Respond to Complaints by Setting a Unified Responsive Pleading Deadline and to File a Consolidated Brief in Support of Motions to Dismiss (ECF No. 117).

Upon due consideration, and for good cause shown, Defendants' Motion is hereby **GRANTED**. It is further **ORDERED** that:

1. Defendants' deadline to file responsive pleadings in the above-consolidated actions and to respond to the Organizational Plaintiffs' First Amended Complaint and the United States' Complaint is extended to the unified deadline date of November 21, 2024;

2. Defendants shall file a single consolidated brief in support of their motions to dismiss, not to exceed 45 pages; and

3. The deadline for Plaintiffs to respond to Defendants' motions to dismiss is extended to December 20, 2024.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so **ORDERED**.

                                              Patricia Tolliver Giles
United States District Judge

Entered this ____ day of October, 2024
Alexandria, Virginia