IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-1778 (PTG/WBP) |
| | )<br>) |
| SUSAN BEALS,<br>*in her official capacity as Virginia Commissioner of Elections, et al.*, | )<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-1807 (PTG/WBP) |
| | )<br>) |
| COMMONWEALTH OF VIRGINIA, *et al.*, | )<br>)<br>) |
| *Defendants.* | )<br>)<br>) |

## ORDER

This matter is before the Court on Defendants' Consent Motion for Extension of Time to Respond to Complaints by Setting a Unified Responsive Pleading Deadline and to File a Consolidated Brief in Support of Motions to Dismiss (Dkt. 117) ("Motion"). For good cause shown, it is hereby

**ORDERED** that the Motion (Dkt. 117) is **GRANTED**; and it is further

**ORDERED** that Defendants shall file responsive pleadings in the above consolidated actions and to respond to the Organizational Plaintiffs' First Amended Complaint and the United States' Complaint by November 21, 2024; and it is further

**ORDERED** that Defendants shall file a single consolidated brief in support of their motions to dismiss, not to exceed 45 pages; and it is further

**ORDERED** that Plaintiffs file their responses to Defendants' motions to dismiss by December 20, 2024.

Entered this 31st day of October, 2024

Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge