**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **Virginia Coalition for Immigrant Rights, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 1:24-cv-01778** |
| **Susan Beals, in her official capacity as Virginia Commissioner of Elections, et al.,** | ) ) ) | |
| **Defendants.** | | |
| **The United States of America,** | ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 1:24-cv-01807** |
| **The Commonwealth of Virginia, et al.,** | ) ) ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION TO DISMISS THE ORGANIZATIONAL**
**PLAINTIFFS' FIRST AMENDED COMPLAINT AND THE**
**UNITED STATES OF AMERICA'S COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants the Commonwealth of Virginia, the Virginia State Board of Elections, Susan Beals, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Donald W. Merricks, Matthew Weinstein, and Jason Miyares, by counsel, respectfully move this Court to dismiss the Organizational Plaintiffs' First Amended Complaint and the United States of America's Complaint for lack of jurisdiction and for failure to state a claim upon which relief can be granted. In support, Defendants rely on the Memorandum in Support filed herewith and the authorities and evidence cited therein.

Dated: November 21, 2024

Respectfully submitted,

**COMMONWEALTH OF VIRGINIA;
VIRGINIA STATE BOARD OF ELECTIONS;
SUSAN BEALS**, in her official capacity as Virginia
Commissioner of Elections; **JOHN O'BANNON**,
in his official capacity as Chairman of the State
Board of Elections; **ROSALYN R. DANCE**, in her
official capacity as Vice-Chairman of the State
Board of Elections; **GEORGIA ALVIS-LONG**, in
her official capacity as Secretary of the State Board
of Elections; **DONALD W. MERRICKS** and
**MATTHEW WEINSTEIN**, in their official
capacities as members of the State Board of
Elections; and **JASON MIYARES**, in his official
capacity as Virginia Attorney General

By: ___*/s/ Erika Maley*___

Charles J. Cooper *(Pro Hac Vice)*
Joseph O. Masterman (*Pro Hac Vice*)
Bradley L. Larson *(Pro Hac Vice)*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants the Commonwealth of
Virginia, the Virginia State Board of
Elections, Susan Beals, John O'Bannon,
Rosalyn R. Dance, Georgia Alvis-Long,
Donald W. Merricks, Matthew Weinstein, and
Jason Miyares*

Jason S. Miyares
 *Attorney General*
Thomas J. Sanford (VSB #95965)
 *Deputy Attorney General*
Erika L. Maley (VSB #97533)
 *Solicitor General*
Graham K. Bryant (VSB #90592)
 *Deputy Solicitors General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on November 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

_/s/ Erika Maley_
Erika L. Maley (VSB #97533)
_Counsel for Defendants_