# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER,<br><br>*Plaintiffs,*<br><br>v.<br><br>SUSAN BEALS, in her Official Capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his Official Capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her Official Capacity as Vice-Chairman of The State Board of Elections; GEORGIA ALVIS-LONG, in her Official Capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their Official Capacities as Members of the State Board of Elections; and JASON MIYARES, in his Official Capacity as Virginia Attorney General,<br><br>*Defendants.* | Case No. 1:24-cv-1778<br><br>Judge Patricia Tolliver Giles |
| \*\*\* | |
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA, *et al.,*<br><br>*Defendants.* | Case No. 1:24-cv-1807 |

1

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, January 31, 2025, at 10:00 am, Defendants will present to the Court the Motion to Dismiss (ECF 121). Defendants have conferred with Plaintiffs pursuant to this Court's rescheduling order (ECF 133), and all parties consent to this date.

Dated: January 16, 2025

Respectfully submitted,

/s/ *Erika L. Maley*

| | |
|---|---|
| Charles J. Cooper* | Jason S. Miyares |
| Joseph O. Masterman* | *Attorney General* |
| Bradley L. Larson* | Thomas J. Sanford (VSB #95965) |
| COOPER & KIRK, PLLC | *Deputy Attorney General* |
| 1523 New Hampshire Avenue, N.W. | Erika L. Maley (VSB #97533) |
| Washington, D.C. 20036 | *Solicitor General* |
| Tel: (202) 220-9600 | Graham K. Bryant (VSB #90592) |
| Fax: (202) 220-9601 | *Deputy Solicitor General* |
| ccooper@cooperkirk.com | |

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

* Admitted *pro hac vice*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2025, a true and correct copy of the foregoing was served electronically via CMF/ECF upon all counsel of record.

*/s/ Erika L. Maley*
Erika L. Maley (VSB #97533)
