## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS <br> *in her official capacity as Virginia Commissioner of Elections, et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-1778 (PTG/WBP) |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> COMMONWEALTH OF VIRGINIA, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-1807 (PTG/WBP) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the United States of America respectfully gives notice that it dismisses *United States v. Commonwealth of Virginia, et al.*, No. 1:24-cv-1807.

Date:  January 28, 2025                                          Respectfully submitted,

KATHLEEN WOLFE                                                   ERIK S. SIEBERT
Acting Assistant Attorney General                                United States Attorney
Civil Rights Division                                            Eastern District of Virginia


<u>/s/ Sejal Jhaveri</u>                                         <u>/s/ Matthew J. Mezger</u>
R. TAMAR HAGLER                                                  MATTHEW J. MEZGER
RICHARD A. DELLHEIM                                              Assistant United States Attorney
SEJAL JHAVERI                                                    United States Attorney's Office
KEVIN MUENCH                                                     Eastern District of Virginia
BRIAN REMLINGER                                                  2100 Jamieson Ave.
Attorneys, Voting Section                                        Alexandria, VA 22314
Civil Rights Division                                            Tel:    (703) 299-3741
U.S. Department of Justice                                       Fax:    (703) 299-3983
950 Pennsylvania Avenue, N.W                                     Email:  Matthew.Mezger@usdoj.gov
Washington, D.C. 20530
Tel:     (202) 305-7376
Email: sejal.jhaveri@usdoj.gov


                                                                 ZACHARY T. LEE
                                                                 Acting United States Attorney
                                                                 Western District of Virginia

                                                                 <u>/s/ Zachary T. Lee</u>
                                                                 United States Attorney
                                                                 United States Attorney's Office
                                                                 Western District of Virginia
                                                                 255 West Main Street
                                                                 Charlottesville, VA 22902
                                                                 Tel:    (434) 293-4283
                                                                 Email: Zachary.Lee@usdoj.gov