# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER, | |
| *Plaintiffs,* | Case No. 1:24-cv-1778 |
| v. | Judge Patricia Tolliver Giles |
| SUSAN BEALS, in her Official Capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his Official Capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her Official Capacity as Vice-Chairman of The State Board of Elections; GEORGIA ALVIS-LONG, in her Official Capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their Official Capacities as Members of the State Board of Elections; and JASON MIYARES, in his Official Capacity as Virginia Attorney General, | |
| *Defendants.* | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants file this response to Plaintiffs' notice of supplemental authority regarding the Ninth Circuit's recent decision in *Mi Familia Vota v. Fontes*, No. 24-3188, 2025 WL 598127 (9th Cir. Feb. 25, 2025). Although the panel majority's opinion touches on some issues relevant to Defendants' pending motion to dismiss, ECF 121, the statements Plaintiffs highlight are unconvincing. Judge Bumatay's dissent is a better guide for this Court.

1

The panel majority held that Arizona's requirement that federal-only voters who vote by mail include proof of citizenship was preempted by Section 6 of the NVRA, but Judge Bumatay's dissent had the better of it. As he explained, "As a matter of plain text, this provision about voter *registration* doesn't conflict with state-specific rules for *voting* by mail in federal elections." *Id.* at *39. Additionally, Virginia law, unlike the Arizona statute at issue in *Mi Familia Vota*, does not require individuals to provide any additional information after registering, such as proof of citizenship, to vote by mail.

Nor is the panel's abbreviated analysis of Section 8(b) of the NVRA persuasive. *Mi Familia Vota*, 2025 WL at *14. It failed even to cite *Husted v. A. Philip Randolph Institute* and instead relied exclusively on *United States v. Florida*, 870 F. Supp. 2d 1346, 1351 (N.D. Fla. 2012), which itself explicitly contemplated that the "database maintained by the United States Department of Homeland Security" (i.e. SAVE) would pass muster under Section 8(b).

Although Plaintiffs' notice does not reference their Quiet Period Provision argument, Judge Bumatay's dissent again endorses Defendants' position. *See Mi Familia Vota*, 2025 WL at * 47 (Bumatay, J., dissenting in part and concurring in part). As Judge Bumatay explained, Section 8 of the NVRA "progresses from (1) 'applicant[s]' to (2) 'eligible applicant[s]' to (3) 'registrant[s]' to (4) 'eligible voters' and 'ineligible voters.' Each term or set of terms is a subset of its preceding term. . . . Because of this, foreign citizens are excluded from the terms 'registrant[s],' 'eligible voters' and 'ineligible voters.'" *Id.* at *49 (citing 52 USCA § 20507).

Dated: March 04, 2025                                    Respectfully submitted,

Charles J. Cooper*
Joseph O. Masterman*
Bradley L. Larson*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

* Admitted *pro hac vice*

/s/ *Erika L. Maley*
Jason S. Miyares
   *Attorney General*
Thomas J. Sanford (VSB #95965)
   *Deputy Attorney General*
Erika L. Maley (VSB #97533)
   *Solicitor General*
Graham K. Bryant (VSB #90592)
   *Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2025, a true and correct copy of the foregoing was served electronically via CMF/ECF upon all counsel of record.

*/s/ Erika L. Maley*
Erika L. Maley (VSB #97533)