**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS and MATTHEW WEINSTEIN, in their official capacities as members of the State Board of Elections; and JASON MIYARES, in his official capacity as Virginia Attorney General, <br><br> *Defendants*. | Case No. 1:24-cv-01778-PTG-WBP <br><br><br><br> <u>**MOTION TO WITHDRAW**</u> |

Pursuant to Local Civ.R. 83.1(G), the undersigned counsel for Plaintiffs Virginia Coalition for Immigrant Rights, League of Women Voters of Virginia, League of Women Voters of Virginia Education Fund, and African Communities Together (collectively "Plaintiffs"), respectfully move this Court for an order allowing the withdrawal of Ezra D. Rosenberg as counsel of record for Plaintiffs in the above-styled case. Plaintiffs have been provided with reasonable notice of Mr. Rosenberg's intent to withdraw as counsel. Plaintiffs will continue to be represented in this litigation by counsel with the Lawyers' Committee for Civil Rights Under Law, The Protect Democracy Project, Inc., Campaign Legal Center, and Advancement Project. The requested withdrawal will not affect the Plaintiffs or

1

Defendants in this matter.

DATED: March 28, 2025                    Respectfully submitted,

/s/ Ryan Snow                            /s/ Shanna Ports
Ryan Snow*                               Shanna Ports (VSB No. 86094)
Javon Davis*                             Danielle Lang*
Lawyers' Committee for Civil Rights Under Brent Ferguson*
Law                                      Simone Leeper*
1500 K Street, NW, Ste. 900              Katherine Hamilton*
Washington, DC 20005                     Lucas Della Ventura*
(202) 662-8600 rsnow@lawyerscommittee.org Kunal Dixit*
jdavis@lawyerscommittee.org              Campaign Legal Center
                                         1101 14th Street NW, Suite 400
Orion Danjuma*                           Washington, DC 20005
John Paredes*                            Tel: (202) 736-2200
The Protect Democracy Project, Inc.      Fax: (202) 736-2222
82 Nassau Street, # 601                  sports@campaignlegalcenter.org
New York, NY 10038                       dlang@campaignlegalcenter.org
Telephone:        (202)     579-4582     bferguson@campaignlegalcenter.org
orion.danjuma@protectdemocracy.org       sleeper@campaignlegalcenter.org
john.paredes@protectdemocracy.org        khamilton@campaignlegalcenter.org
                                         ldellaventura@campaignlegalcenter.org
                                         kdixit@campaignlegalcenter.org

Benjamin L. Berwick*                     John Powers*
The Protect Democracy Project, Inc.      Hani Mirza*
15 Main Street, Suite 312                Advancement Project
Watertown, MA 02472                      1220 L Street Northwest, Suite 850
(202)            579-4582                Washington, D.C. 20005
ben.berwick@protectdemocracy.org         (202) 728-9557
                                         jpowers@advancementproject.org
Anna Dorman*                             hmirza@advancementproject.org
The Protect Democracy Project, Inc.
200 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone:        (202)     579-4582     *Attorneys for Plaintiffs Virginia Coalition for
anna.dorman@protectdemocracy.org         Immigrant Rights, the League of Women Voters of
                                         Virginia, the League of Women Voters of Virginia
                                         Education Fund, and African Communities
                                         Together*

                                         *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

      I certify that on March 28, 2025, I electronically filed the above document with the Clerk of Court using the ECF system, which will provide electronic copies to any counsel of record.

/s/ Shanna Ports
Shanna Ports
