IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:24-cv-01778 (PTG/WBP)<br>) |
| SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Ezra D. Rosenberg as counsel for Plaintiffs. ("Motion"; ECF No. 149.) Having reviewed the Motion, having considered that Plaintiffs will be represented by other counsel, and it otherwise being proper so to do, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Ezra D. Rosenberg is granted leave to withdraw as counsel for Plaintiffs.

Entered this 28th day of March 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia