IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS *et al.*, )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>SUSAN BEALS, )<br>*in her official capacity as Virginia Commissioner of Elections, et al.*, )<br><br>*Defendants*. ) | Civil Action No. 1:24-cv-1778 (PTG/WBP) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (Dkt. 121) is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that the motion is **GRANTED** as to Count III and **DENIED** in all other respects. Count III is **DISMISSED**.

Entered this 12th day of August, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge