IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, et al.,<br><br>    *Defendants*. | Case No. 1:24-cv-1778 |

## NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above-captioned matter[1] appeal to the United States Court of Appeals for the Fourth Circuit from the Opinion dated August 12, 2025 (ECF 153) and Order dated August 12, 2025 (ECF 154) denying Defendants' assertion of sovereign immunity as raised in Defendants' Motion to Dismiss the Organizational Plaintiffs' First Amended Complaint (ECF 121).

This appeal is taken pursuant to the collateral order doctrine under 28 U.S.C. § 1291.

---

[1] Defendants Christopher P. Stolle and J. Chapman Petersen have been automatically substituted as defendants for Donald W. Merricks and Matthew Weinstein pursuant to Federal Rule of Civil Procedure 25(d).

| | |
|---|---|
| Dated: September 11, 2025 | **RESPECTFULLY SUBMITTED,** |
| | **SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections; **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections; **CHRISTOPHER P. STOLLE** and **J. CHAPMAN PETERSEN**, in their official capacities as members of the State Board of Elections; and **JASON MIYARES**, in his official capacity as Virginia Attorney General |
| | By:    <u>/s/ Kevin M. Gallagher</u><br>      Kevin M. Gallagher (VSB #87548)<br>       *Solicitor General* |
| | Jason S. Miyares<br>   *Attorney General*<br>Thomas J. Sanford (VSB #95965)<br>   *Deputy Attorney General*<br>Graham K. Bryant (VSB #90592)<br>   *Principal Deputy Solicitor General* |
| Charles J. Cooper *(Pro Hac Vice)*<br>Joseph O. Masterman *(Pro Hac Vice)*<br>Bradley L. Larson *(Pro Hac Vice)*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>cooper@cooperkirk.com<br><br>*Counsel for Defendants* | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-2071 – Telephone<br>(804) 786-1991 – Facsimile<br>SolicitorGeneral@oag.state.va.us |

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on September 11, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

/s/ *Kevin M. Gallagher*
Kevin M. Gallagher (VSB #87548)
*Solicitor General*