UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2108
(1:24-cv-01778-PTG-WBP)

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER; UNITED STATES OF AMERICA

        Plaintiffs - Appellees

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; CHRISTOPHER P. STOLLE, in his official capacity as a member of the State Board of Elections; JOHN CHAPMAN PETERSEN, in his official capacity as a member of the State Board of Elections; JASON S. MIYARES, in his official capacity as Virginia Attorney General; COMMONWEALTH OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS

        Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:24-cv-01778-PTG-WBP |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 09/11/2025 |
| Appellant(s) | Susan Beals, John O'Bannon, Rosalyn Dance, Georgia Alvis-Long, Christopher Stolle, J. Chapman Petersen and Jason Miyares |
| Appellate Case Number | 25-2108 |
| Case Manager | R. Phillips<br>804-916-2702 |