IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; AFRICAN COMMUNITIES TOGETHER,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; CHRISOPHER P. STOLLE and J. CHAPMAN PETERSEN, in their official capacities as members of the State Board of Elections; and JASON MIYARES, in his official capacity as Virginia Attorney General,<br><br>*Defendants*. | Case No. 1:24-cv-01778<br>Judge Patricia Tolliver Giles |

**MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT AND ADD PARTY PLAINTIFFS**

Pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 7—and for the reasons explained in the accompanying brief in support—Plaintiffs, by counsel, hereby move this Court to grant Plaintiffs leave to file a Second Amended Complaint which includes the addition of two individual plaintiffs.

That proposed Second Amended Complaint is appended as Exhibit A to this motion, and Plaintiffs are prepared to file it promptly if this motion is granted.[1]

Date: October 1, 2025

Respectfully submitted,

/s/ Shanna Ports

| | |
|---|---|
| Ryan Snow* | Shanna Ports (VSB No. 86094) |
| Javon Davis* | Danielle Lang* |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW | Brent Ferguson* |
| | Simone Leeper* |
| 1500 K Street, NW, Ste. 900 | Katherine Hamilton* |
| Washington, DC 20005 | CAMPAIGN LEGAL CENTER |
| (202) 662-8600 | 1101 14th Street NW, Suite 400 |
| rsnow@lawyerscommittee.org | Washington, DC 20005 |
| jdavis@lawyerscommittee.org | Tel: (202) 736-2200 |
| | Fax: (202) 736-2222 |
| Orion Danjuma* | sports@campaignlegalcenter.org |
| John Paredes* | dlang@campaignlegalcenter.org |
| THE PROTECT DEMOCRACY PROJECT, INC. | bferguson@campaignlegalcenter.org |
| 82 Nassau Street, # 601 | sleeper@campaignlegalcenter.org |
| New York, NY 10038 | khamilton@campaignlegalcenter.org |
| Telephone: (202) 579-4582 | |
| orion.danjuma@protectdemocracy.org | John Powers* |
| john.paredes@protectdemocracy.org | Hani Mirza* |
| | ADVANCEMENT PROJECT |
| Benjamin L. Berwick* | 1220 L Street Northwest, Suite 850 |
| Anna Dorman* | Washington, D.C. 20005 |
| The Protect Democracy Project, Inc. | (202) 728-9557 |
| 15 Main Street, Suite 312 | jpowers@advancementproject.org |
| Watertown, MA 02472 | hmirza@advancementproject.org |
| (202) 579-4582 | |
| ben.berwick@protectdemocracy.org | |
| anna.dorman@protectdemocracy.org | |

---

[1] Plaintiffs requested Defendants' position on this Motion just before 4:00 pm on September 30 and requested a response by 12:00 pm on October 1. Defendants' counsel responded: "Defendants are willing to consider your Motion for Leave to File Second Amended Complaint and Join Additional Party Plaintiffs. But Defendants cannot give their consent on such a short timeline and without a copy of the Proposed Second Amended Complaint. Please send a redlined copy of the Proposed Second Amended Complaint, and we will provide our position once we have had an opportunity to review it." Plaintiffs have provided Defendants with a redlined copy of the Proposed Second Amended Complaint and, after Defendants share their position, will file a subsequent notice either setting the motion for hearing or submitting the motion without a hearing.

*Attorneys for Plaintiffs Virginia Coalition for Immigrant Rights, the League of Women Voters of Virginia, African Communities Together, Rina Shaw, and Genet Shiferaw*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2025, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will provide electronic copies to any counsel of record.

/s/ Shanna Ports
Shanna Ports
