IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS et al., ) ) ) Plaintiffs, ) ) v. ) ) SUSAN BEALS, in her official capacity as ) Virginia Commissioner of Elections, et al., ) ) Defendants. ) | Case No. 1:24-cv-01778 (PTG/WBP) |

## **ORDER**

Before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint and Add Party Plaintiffs. ("Motion"; ECF No. 172.) Plaintiffs have indicated that Defendants are still considering how they plan to respond to the Motion. (*Id*. at 2 n.1.) Accordingly, it is hereby

ORDERED that Defendants must inform the Court by 5:00 p.m. on October 8, 2025, whether Defendants consent to the Motion and relief sought; and it is further

ORDERED that if Defendants do not consent, Defendants must respond to the Motion by 5:00 p.m. on October 10, 2025; any reply by Plaintiff must be filed by 12:00 p.m. on October 15, 2025; and the Court will set oral argument for 10:00 a.m. on October 17, 2025.

Entered this 6th day of October 2025.

Alexandria, Virginia

_____
William B. Porter
United States Magistrate Judge