IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Virginia Coalition for Immigrant Rights, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:24-cv-01778 |
| Susan Beals, in her official capacity as Virginia Commissioner of Elections, et al., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE REGARDING DEFENDANTS' POSITION

Pursuant to the Court's Order (ECF No. 174), Defendants submit this notice to inform the Court that Defendants do not consent to Plaintiffs' Motion for Leave to File Second Amended Complaint and Add Party Plaintiffs ("Motion"). As instructed by the Court, Defendants will file their response to the Motion by 5:00 p.m. on October 10, 2025.

Dated: October 8, 2025

Respectfully submitted,

**SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections; **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections; **CHRISTOPHER P. STOLLE**, and **J. CHAPMAN PETERSEN**, in their official capacities as members of the State Board of Elections; and **JASON MIYARES**, in his official capacity as Virginia Attorney General

By: _/s/ Thomas J. Sanford_
      Thomas J. Sanford (VSB #95965)
      *Deputy Attorney General*

| | |
|---|---|
| Charles J. Cooper *(Pro Hac Vice)* | Jason S. Miyares |
|  |    *Attorney General* |
| Bradley L. Larson *(Pro Hac Vice)* | Kevin M. Gallagher (VSB #87548) |
| COOPER & KIRK, PLLC |    *Solicitor General* |
| 1523 New Hampshire Avenue, N.W. | Thomas J. Sanford (VSB #95965) |
| Washington, D.C. 20036 |    *Deputy Attorney General* |
| Tel: (202) 220-9600 | Graham K. Bryant (VSB #90592) |
| Fax: (202) 220-9601 |    *Principal Deputy Solicitor General* |
| ccooper@cooperkirk.com |  |
|  | Office of the Attorney General |
|  | 202 North Ninth Street |
| *Counsel for Defendants Susan Beals, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Christopher P. Stolle, J. Chapman Petersen, and Attorney General Jason Miyares* | Richmond, Virginia 23219 |
|  | (804) 786-2071 – Telephone |
|  | (804) 786-1991 – Facsimile |
|  | SolicitorGeneral@oag.state.va.us |
|  | TSanford@oag.state.va.us |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on October 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                             */s/ Thomas J. Sanford*
                                             Thomas J. Sanford (VSB #95965)
                                                *Deputy Attorney General*