IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Virginia Coalition for Immigrant Rights, et al., <br><br>Plaintiffs, <br><br>v. <br><br>Susan Beals, in her official capacity as Virginia Commissioner of Elections, et al., <br><br>Defendants. | Civil Action No. 1:24-cv-01778 |

## NOTICE OF WAIVER OF ORAL ARGUMENT

Pursuant to Local Rule 7(E) and (J), undersigned counsel submits the Motion to Stay Pending Interlocutory Appeal (ECF No. 166) on behalf of Defendants on the papers. Defendants do not request or require oral argument, unless it would please this Court otherwise. Counsel for Defendants conferred with counsel for Plaintiffs and Plaintiffs consent to having the Court decide the stay motion without oral argument.

Dated: October 8, 2025

Respectfully submitted,

**SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections; **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections; **CHRISTOPHER P. STOLLE**, and **J. CHAPMAN PETERSEN**, in their official capacities as members of the State Board of Elections; and **JASON MIYARES**, in his official capacity as Virginia Attorney General

By: */s/ Thomas J. Sanford*
 Thomas J. Sanford (VSB #95965)
 *Deputy Attorney General*

1

Charles J. Cooper *(Pro Hac Vice)*

Bradley L. Larson *(Pro Hac Vice)*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants Susan Beals, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Christopher P. Stolle, J. Chapman Petersen, and Attorney General Jason Miyares*

Jason S. Miyares
   *Attorney General*
Kevin M. Gallagher (VSB #87548)
   *Solicitor General*
Thomas J. Sanford (VSB #95965)
   *Deputy Attorney General*
Graham K. Bryant (VSB #90592)
   *Principal Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us
TSanford@oag.state.va.us

# **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on October 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                                */s/ Thomas J. Sanford*
                                                Thomas J. Sanford (VSB #95965)
                                                  *Deputy Attorney General*