IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:24-cv-01778 (PTG/WBP) |
| SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' Motion for leave to File Second Amended Complaint and Add Party Plaintiffs. ("Motion"; ECF No. 172.) For the reasons stated on the record at the hearing on October 17, 2025, which is available on the Court's recording system, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs are granted leave to file an amended complaint as a new docket entry on or before October 24, 2025.

Entered this 17th day of October 2025.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia