IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, et al., <br><br> *Defendants*. | Case No. 1:24-cv-01778 <br> Judge Patricia Tolliver Giles |

**JOINT PROPOSED DISCOVERY PLAN**

The parties, by their undersigned counsel, held a conference pursuant to Rule 26(f) on September 8, 2025. The parties then submitted a report and discovery plan pursuant to Rule 26(f) and Local Rule 26 on September 22, 2025. ECF No. 169. This Court issued a scheduling order on September 24, 2025, directing the parties "to develop a discovery plan which will complete discovery by Friday, February 13, 2026." ECF. No. 170. The parties now submit this plan in accordance with that order.

1. The following persons participated in a Federal Rule of Civil Procedure 26(f) conference on September 8, 2025, by videoconference:

Simone Leeper, Ryan Snow, Javon Davis, John Powers, Hani Mirza, Anna Dorman, and Kunal Dixit representing Plaintiffs.

Bradley Larson and John Ramer representing Defendants.

2. **Discovery Plan.**

    (a) **Topics of Discovery.**

1

Plaintiffs:

Plaintiffs' discovery will relate to the development, implementation, operation, and impact of the Purge Program both before and after E.O. 35 and the disclosure of records related to the Purge Program. Plaintiffs' discovery will include discovery of any experts retained by Defendants, any fact witnesses identified by Defendants, and third-party witnesses. Plaintiffs note their position, explained in detail in Plaintiffs' Opposition to Defendants' Motion to Stay Proceedings Pending Resolution of their Interlocutory Appeal, ECF No. 171, that Defendants' interlocutory appeal does not divest this Court of jurisdiction, because their claims of sovereign immunity are frivolous.

Defendants:

Given that litigation over Count I and litigation with respect to the Attorney General is automatically stayed by Defendants' notice of appeal, see ECF Nos. 165–66, to the extent the Court permits dual track discovery, discovery at this stage by Commissioner Beals and the defendant members of the State Board of Elections (collectively, the "ELECT Defendants") as to Counts II and IV will relate to the nature and timing of the alleged harms suffered by Plaintiffs on account of Virginia's noncitizen-removal process. More specifically, Defendants will seek to determine when Plaintiffs learned of Virginia's allegedly unlawful practices, the specific steps taken by Plaintiffs in response to these practices, the membership of the Plaintiff organizations, the harm that the individual Plaintiffs are allegedly suffering from, and the existence and identity of the unnamed member of the League of Women Voters of Virginia who was purportedly removed from the voter rolls. Defendants' discovery will include discovery of any experts retained by Plaintiffs, any fact witnesses identified by Plaintiffs, and third-party witnesses.

(b) **Discovery Period.**

This Court has entered a scheduling order that schedules discovery to end on February 13, 2026. ECF. No. 170.

Plaintiffs:

Plaintiffs note their position, explained in detail in Plaintiffs' Opposition to Defendants' Motion to Stay Proceedings Pending Resolution of their Interlocutory Appeal, ECF No. 171, that Defendants' interlocutory appeal does not divest this Court of jurisdiction, because their claims of sovereign immunity are frivolous.

Defendants:

Defendants have proposed that all discovery be stayed pending resolution of their interlocutory appeal on sovereign-immunity grounds. See ECF Nos. 165–66. If this Court does not stay all discovery, the discovery for the parts of the case that are not stayed—*i.e.*, discovery related to Counts II and IV with respect to the ELECT Defendants—this Court should stay discovery until the resolution of Defendants' forthcoming Motion to Dismiss the Second Amended Complaint. See ECF No. 177 at 9.

(c) **Initial Disclosures.**

Plaintiffs:

Plaintiffs submitted their initial disclosures on September 22, 2025. On the same day, Defendants submitted their initial disclosures for only Counts II and IV against the ELECT Defendants. Plaintiffs request that Defendants be required to submit their remaining initial disclosures by November 7, 2025.

Defendants:

Defendants have served initial disclosures with respect to Counts II and IV against the ELECT Defendants.

      (d)    **Expert Disclosures.**

Plaintiffs:

Plaintiffs propose the following dates for expert disclosures:

Plaintiffs' experts' initial reports: December 22, 2025
Defendants' experts' response reports: January 12, 2026
Plaintiffs' experts' rebuttal reports: January 26, 2026

Defendants:

If discovery is not stayed, Defendants propose the following dates for expert disclosures with respect to Counts II and IV against the ELECT Defendants:

Plaintiffs' experts' initial reports: December 19, 2025
Defendants' experts' response reports: January 16, 2026
Plaintiffs' experts' rebuttal reports: January 30, 2026

    3.    **Service of Process.**

The Parties agree to accept electronic service for all named Plaintiffs and Defendants.

    4.    **Protection of Personally Identifiable Information.**

Per the Court's Scheduling Order, ECF No. 170, personal identifiers must be redacted from all publicly filed pleadings and exhibits in accordance with Local Rule 7(c).

    5.    **Electronically Stored Information.**

The Parties have agreed to work collaboratively to ensure that electronically stored information, including information in databases, is provided in a usable format that preserves, as much as is proportional to the needs of the case, the complete information included in the original source.

6. **Dispositive Motions.**

Plaintiffs:

Plaintiffs propose the following deadlines for dispositive motions:

Dispositive Motions: February 20, 2026
Responses in Opposition to Dispositive Motions: March 6, 2026
Replies in Support of Dispositive Motions: March 13, 2026

Defendants:

Defendants propose the following dates for dispositive motions with respect to Counts II and IV against the ELECT Defendants:

Plaintiffs' Dispositive Motion: February 13, 2026
Defendants' Combined Response and Dispositive Motion: March 6, 2026
Plaintiffs' Reply and Response: March 20, 2026
Defendants' Reply: March 27, 2026

For the Plaintiffs,

| | |
|---|---|
| Ryan Snow* <br> Javon Davis* <br> LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW <br> 1500 K Street, NW, Ste. 900 <br> Washington, DC 20005 <br> (202) 662-8600 <br> rsnow@lawyerscommittee.org <br> jdavis@lawyerscommittee.org | /s/ Shanna Ports <br> Shanna Ports (VSB No. 86094) <br> Danielle Lang* <br> Brent Ferguson* <br> Simone Leeper* <br> Katherine Hamilton* <br> CAMPAIGN LEGAL CENTER <br> 1101 14th Street NW, Suite 400 <br> Washington, DC 20005 <br> Tel: (202) 736-2200 <br> Fax: (202) 736-2222 <br> sports@campaignlegalcenter.org <br> dlang@campaignlegalcenter.org <br> bferguson@campaignlegalcenter.org <br> sleeper@campaignlegalcenter.org <br> khamilton@campaignlegalcenter.org |
| Orion Danjuma* <br> John Paredes* <br> THE PROTECT DEMOCRACY PROJECT, INC. <br> 82 Nassau Street, # 601 <br> New York, NY 10038 <br> Telephone: (202) 579-4582 <br> orion.danjuma@protectdemocracy.org <br> john.paredes@protectdemocracy.org | |
| Benjamin L. Berwick* <br> THE PROTECT DEMOCRACY PROJECT, INC. <br> 15 Main Street, Suite 312 <br> Watertown, MA 02472 <br> (202) 579-4582 <br> ben.berwick@protectdemocracy.org | John Powers* <br> Hani Mirza* <br> ADVANCEMENT PROJECT <br> 1220 L Street Northwest, Suite 850 <br> Washington, D.C. 20005 <br> (202) 728-9557 <br> jpowers@advancementproject.org <br> hmirza@advancementproject.org |
| Anna Dorman* <br> THE PROTECT DEMOCRACY PROJECT, INC. <br> 200 Pennsylvania Ave. NW, Suite # 163 <br> Washington, DC 20006 <br> Telephone: (202) 579-4582 <br> anna.dorman@protectdemocracy.org | *Attorneys for Plaintiffs Virginia Coalition for Immigrant Rights, the League of Women Voters of Virginia, and African Communities Together* <br><br> *Admitted pro hac vice |

Date: October 21, 2025

For the Defendants,

                                                                                        */s/ Thomas J. Sanford*
                                                                                        Thomas J. Sanford (VSB #95965)
                                                                                        *Deputy Attorney General*

| | |
|---|---|
| Charles J. Cooper *(Pro Hac Vice)* | Jason S. Miyares |
| Bradley L. Larson *(Pro Hac Vice)* |    *Attorney General* |
| COOPER & KIRK, PLLC | Kevin M. Gallagher (VSB #87548) |
| 1523 New Hampshire Avenue, N.W. |    *Solicitor General* |
| Washington, D.C. 20036 | Thomas J. Sanford (VSB #95965) |
| Tel: (202) 220-9600 |    *Deputy Attorney General* |
| Fax: (202) 220-9601 | Graham K. Bryant (VSB #90592) |
| ccooper@cooperkirk.com |    *Principal Deputy Solicitor General* |
| | |
| | Office of the Attorney General |
| *Counsel for Defendants Susan Beals, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Christopher P. Stolle, J. Chapman Petersen, and Attorney General Jason Miyares* | 202 North Ninth Street |
| | Richmond, Virginia 23219 |
| | (804) 786-2071– Telephone |
| | (804) 786-1991– Facsimile |
| | SolicitorGeneral@oag.state.va.us |

Date: October 21, 2025