IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Virginia Coalition for Immigrant Rights, et al.,** ) ) ) | |
| Plaintiffs, ) ) ) | Civil Action No. 1:24-cv-01778 |
| v. ) ) | |
| **Susan Beals, in her official capacity as Virginia Commissioner of Elections, et al.,** ) ) ) | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS
## THE SECOND AMENDED COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Susan Beals, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Christopher P. Stolle, J. Chapman Petersen, and Jason Miyares, by counsel, respectfully move this Court to dismiss Plaintiffs' Second Amended Complaint for lack of jurisdiction and for failure to state a claim upon which relief can be granted. In support, Defendants rely on the Memorandum in Support filed herewith and the authorities and evidence cited therein.

1

Dated: November 6, 2025

Respectfully submitted,

**SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections; **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections; **CHRISTOPHER P. STOLLE**, and **J. CHAPMAN PETERSEN**, in their official capacities as members of the State Board of Elections; and **JASON MIYARES**, in his official capacity as Virginia Attorney General

By: ___/s/ Thomas J. Sanford___
    Thomas J. Sanford (VSB #95965)
    *Deputy Attorney General*

Jason S. Miyares
   *Attorney General*
Kevin M. Gallagher (VSB #87548)
   *Solicitor General*
Graham K. Bryant (VSB #90592)
   *Principal Deputy Solicitor General*

Charles J. Cooper *(Pro Hac Vice)*
Bradley L. Larson *(Pro Hac Vice)*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

*Counsel for Defendants Susan Beals, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Christopher P. Stolle, J. Chapman Petersen, and Attorney General Jason Miyares*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on November 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

        */s/ Thomas J. Sanford*
        Thomas J. Sanford (VSB #95965)
        *Deputy Attorney General*