IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Virginia Coalition for Immigrant Rights, et al.,** ) ) ) **Plaintiffs,** ) ) v. ) ) **Susan Beals, in her official capacity as Virginia Commissioner of Elections, et al.,** ) ) ) **Defendants.** ) | Civil Action No. 1:24-cv-01778 |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Thursday, December 18, 2025, at 10:00 am, or as soon thereafter as the undersigned may be heard, Defendants will present to the Court the Motion to Dismiss (ECF No. 185). Counsel for Defendants conferred with counsel for Plaintiffs in selecting this date for a hearing.

1

Dated: November 11, 2025

Respectfully submitted,

**SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections; **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections; **CHRISTOPHER P. STOLLE**, and **J. CHAPMAN PETERSEN**, in their official capacities as members of the State Board of Elections; and **JASON MIYARES**, in his official capacity as Virginia Attorney General

By: ___/s/ Thomas J. Sanford___
Thomas J. Sanford (VSB #95965)
*Deputy Attorney General*

Jason S. Miyares
*Attorney General*
Kevin M. Gallagher (VSB #87548)
*Solicitor General*
Graham K. Bryant (VSB #90592)
*Principal Deputy Solicitor General*

Charles J. Cooper *(Pro Hac Vice)*
Bradley L. Larson *(Pro Hac Vice)*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

*Counsel for Defendants Susan Beals, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Christopher P. Stolle, J. Chapman Petersen, and Attorney General Jason Miyares*

2

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on November 11, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                     */s/ Thomas J. Sanford*
                                   Thomas J. Sanford (VSB #95965)
                                         *Deputy Attorney General*