IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Virginia Coalition for Immigrant Rights, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 1:24-cv-01778 |
| **v.** ) | |
| ) | |
| **Susan Beals, in her official capacity as Virginia Commissioner of Elections, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF CONSTITUTIONAL QUESTION

Defendants Susan Beals, *et al.*, file this Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1. To grant the relief that Plaintiffs seek, the Court must interpret a federal statute in a manner that violates the United States Constitution. The question, as raised in the Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint,[1] is as follows:

1. Whether the Quiet Period Provision of the National Voter Registration Act, 52 U.S.C. § 20507(c)(2)(A), violates the Constitution's assignment of voter qualifications for congressional elections to the States, see U.S. Const. art. I, § 4, cl. 1; *Arizona v. Inter Tribal Council of Ariz., Inc.*, 570 U.S. 1, 17 (2013).

---

[1] The United States was a Plaintiff in this matter when Defendants filed their motion to dismiss the First Amended Complaint, so it was unnecessary then to file a Notice of Constitutional Question. Fed. R. Civ. P. 5.1(a)(1)(A). Now that the United States has been dismissed without prejudice, ECF No. 140, Defendants must file a Notice of Constitutional Question because they "draw[] into question the constitutionality" of the Quiet Period Provision, Fed. R. Civ. P. 5.1, by contending that Plaintiffs' theory of the statute, if accepted, would violate Article I, Section 4 of the Constitution.

1

Pursuant to Federal Rule of Civil Procedure 5.1, Defendants will also serve a copy of this Notice on the Attorney General of the United States.

Dated: November 26, 2025

Respectfully submitted,

**SUSAN BEALS**, in her official capacity as Virginia Commissioner of Elections; **JOHN O'BANNON**, in his official capacity as Chairman of the State Board of Elections; **ROSALYN R. DANCE**, in her official capacity as Vice-Chairman of the State Board of Elections; **GEORGIA ALVIS-LONG**, in her official capacity as Secretary of the State Board of Elections; **CHRISTOPHER P. STOLLE**, and **J. CHAPMAN PETERSEN**, in their official capacities as members of the State Board of Elections; and **JASON MIYARES**, in his official capacity as Virginia Attorney General

By: */s/ Thomas J. Sanford*
Thomas J. Sanford (VSB #95965)
*Deputy Attorney General*

Jason S. Miyares
*Attorney General*
Kevin M. Gallagher (VSB #87548)
*Solicitor General*
Graham K. Bryant (VSB #90592)
*Principal Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

Charles J. Cooper *(Pro Hac Vice)*
Bradley L. Larson *(Pro Hac Vice)*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants Susan Beals, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Christopher P. Stolle, J. Chapman Petersen, and Attorney General Jason Miyares*

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on November 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

By:   <u>*/s/ Thomas J. Sanford*</u>
Thomas J. Sanford (VSB #95965)
*Deputy Attorney General*