# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, et al., <br><br> *Defendants*. | Case No. 1:24-cv-01178 <br><br> Judge Patricia Tolliver Giles |

## NOTICE OF HEARING

PLEASE TAKE NOTICE of a hearing noticed for 10:00 am on Friday, December 12, 2025, or as soon thereafter as the undersigned may be heard, regarding Plaintiffs' Unopposed Motion for Extension of Time to File Expert Disclosures, ECF No. 192. This notice is submitted pursuant to this Court's Scheduling Order, ECF No. 184 at 4-5.

Date: December 5, 2025

Respectfully submitted,

/s/ Shanna Ports
Shanna Ports (VSB No. 86094)
Danielle Lang*
Brent Ferguson*
Simone Leeper*
Katherine Hamilton*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
sports@campaignlegalcenter.org
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
sleeper@campaignlegalcenter.org
khamilton@campaignlegalcenter.org

Ryan Snow*
Javon Davis*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, DC 20005
(202) 662-8600 rsnow@lawyerscommittee.org
jdavis@lawyerscommittee.org

Orion Danjuma*
John Paredes*
THE PROTECT DEMOCRACY PROJECT, INC.
82 Nassau Street, # 601
New York, NY 10038
Telephone: (202) 579-4582
orion.danjuma@protectdemocracy.org

john.paredes@protectdemocracy.org

| | |
|---|---|
| Benjamin L. Berwick* | John Powers* |
| Anna Dorman* | Hani Mirza* |
| THE PROTECT DEMOCRACY PROJECT, INC. | ADVANCEMENT PROJECT |
| 15 Main Street, Suite 312 | 1220 L Street Northwest, Suite 850 |
| Watertown, MA 02472 | Washington, D.C. 20005 |
| (202) 579-4582 | (202) 728-9557 |
| ben.berwick@protectdemocracy.org | jpowers@advancementproject.org |
| anna.dorman@protectdemocracy.org | hmirza@advancementproject.org |

*Attorneys for Plaintiffs Virginia Coalition for Immigrant Rights, the League of Women Voters of Virginia, African Communities Together, Rina Shaw, and Genet Shiferaw*

*\*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on December 5, 2025, I electronically filed the above document with the Clerk of Court using the ECF system, which will provide electronic copies to any counsel of record.

/s/ Shanna Ports
Shanna Ports
