# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS et al., ) ) ) Plaintiffs, ) ) v. ) ) SUSAN BEALS, in her official capacity as ) Virginia Commissioner of Elections, et al., ) ) Defendants. ) | Case No. 1:24-cv-01778 (PTG/WBP) |

## ORDER

Plaintiffs filed an Unopposed Motion for Extension of Time to File Expert Disclosures, asking to extend the deadlines for expert disclosures but not to extend the February 13, 2026, deadline to complete discovery. ("Motion"; ECF No. 192.) As grounds for the Motion, Plaintiffs state that Defendants require additional time to produce discovery and that Plaintiffs require at least two weeks for their expert to analyze those documents. (*See id.* at 2.) Plaintiffs noticed a hearing for December 12, 2025. (ECF No. 193.) The parties agree to these modifications, and the Court finds good cause for them. Accordingly, the Court hereby GRANTS in part and DENIES in part the Motion and ORDERS as follows:

    1.    The Court cancels the hearing scheduled for December 12, 2025, because oral argument will not aid in the decisional process.

    2.    The parties must complete all discovery, including expert depositions, by February 13, 2026.

3. Defendants must continue to produce responsive documents on a rolling basis but Defendants must produce all documents responsive to Plaintiffs' First Set of Requests for Production no later than December 21, 2025.

4. The Court modifies the expert disclosure deadlines as stated below. The parties may not modify any of these deadlines, even by agreement, absent leave of Court:

    a. Plaintiffs must identify all experts and provide all information and disclosures that Fed. R. Civ. P. 26(a)(1) and (a)(2) require by January 5, 2026.

    b. Defendants must identify all experts and provide all information and disclosures that Fed. R. Civ. P. 26(a)(1) and (a)(2) require by January 26, 2026.

    c. Plaintiffs must disclose any expert evidence offered solely to contradict or rebut Defendants' expert disclosures by February 9, 2026.

Entered this 8th day of December 2025.

Alexandria, Virginia

_____
William B. Porter
United States Magistrate Judge