IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> SUSAN BEALS, *in her official capacity as Virginia Commissioner of Elections, et al.*, <br><br> *Defendants.* | No. 1:24-cv-1778 (PTG/WBP) |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss. Dkt. 185. The parties noticed the hearing for December 18, 2025. The Court has determined that oral argument will not aid its decisional process, and it will instead resolve the Motion on the papers. *See* Fed. R. Civ. P. 78(b); E.D. Va. Loc. Civ. R. 7(J). Accordingly, it is hereby

**ORDERED** that the hearing scheduled for December 18, 2025, is **TERMINATED**. The Court will resolve the Motion (Dkt. 185) on the papers.

Entered this ___ day of December, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge