AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Virginia Coalition for Immigrant Rights, et al.,  *Plaintiff*  v.  Susan Beals, in her official capacity as Virginia Commissioner of Elections, et al.  *Defendant* | Civil Action No. 1:24-cv-01778 |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Eric Olsen, in his official capacity as Director of Elections for Prince Williams County

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Campaign Legal Center  1101 14th St. NW, Suite 400  Washington, DC 20005 | Date and Time:  01/23/2026 9:00 am |
|---|---|

The deposition will be recorded by this method: stenographic and videographic

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/05/2026

| CLERK OF COURT | OR | /s/ Shanna Ports |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs VACIR, LWVVA, ACT, Rina Shaw, and Genet Shiferaw , who issues or requests this subpoena, are:
Shanna Ports; 1101 14th St. NW, Suite 400, Washington, DC 20005; sports@campaignlegalcenter.org; (202) 736-2200

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01778

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____ on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: I sent the subpoena for deposition via email and Mr. Olsen agreed to accept electronic service. The email exhange is attached as proof. _____ on *(date)* 01/06/2026 ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/07/2026

/s/ Alexis Grady
*Server's signature*

Alexis Grady, Legal Counsel
*Printed name and title*

Campaign Legal Center
1101 14th St NW, Ste 400
Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:

| | |
|---|---|
| **From:** | Alexis Grady |
| **To:** | Olsen, Eric |
| **Cc:** | Simone Leeper; Abreya Higgins |
| **Subject:** | Re: Request for Acceptance of Email Service (VACIR v. Beals) |
| **Date:** | Wednesday, January 7, 2026 9:17:46 AM |

Good morning,

Thank you for your reply and confirmation. 10 am on January 23, 2026 works for Plaintiffs. We will be in touch with additional information.

Best,
Alexis Grady

**Alexis Grady (she/her)**
Counsel, Strategic Litigation

215-840-6966

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
campaignlegalcenter.org

Check out CLC's podcast: Democracy Decoded
Support our work to advance democracy through law

---

**From:** Olsen, Eric <EOlsen@pwcgov.org>
**Sent:** Tuesday, January 6, 2026 5:09:17 PM
**To:** Alexis Grady <agrady@campaignlegalcenter.org>
**Cc:** Simone Leeper <SLeeper@campaignlegalcenter.org>; Abreya Higgins <AHiggins@campaignlegalcenter.org>
**Subject:** RE: Request for Acceptance of Email Service (VACIR v. Beals)

Yes, I am willing to accept electronic service and received/read the subpoena attached to this email.

January 23rd works fine. Would only request 10:00 am instead of 9:00 am if that is possible? If not, I can make it work.

**Eric Olsen**
**Director of Elections**
Prince William County
www.pwcvotes.org

703-792-6470

**From:** Alexis Grady <agrady@campaignlegalcenter.org>
**Sent:** Tuesday, January 6, 2026 1:25 PM
**To:** Olsen, Eric <EOlsen@pwcgov.org>
**Cc:** Simone Leeper <SLeeper@campaignlegalcenter.org>; Abreya Higgins <AHiggins@campaignlegalcenter.org>
**Subject:** Request for Acceptance of Email Service (VACIR v. Beals)

> **This email is from an EXTERNAL source. Use caution when replying or clicking embedded links.**

Dear Mr. Olsen,

I am counsel for Plaintiffs in VACIR v. Beals (1:24-cv-01778). I am writing to ask whether you are willing to accept service of the attached subpoena via email, rather than by process server. For the purpose of service, Plaintiffs have provided January 23, 2026 at 9 am EST as the date and time for the deposition, but Plaintiffs are happy to find a time that is mutually agreeable.

Please let us know whether you are willing to accept service via email.

Best,
Alexis Grady

**Alexis Grady (she/her)**
Counsel, Strategic Litigation

215-840-6966
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005

campaignlegalcenter.org

Check out CLC's podcast: Democracy Decoded
Support our work to advance democracy through law