UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Virginia Coalition for Immigrant Rights, et al.,

    Plaintiffs,

v().                                                  Civil Action No. 1:24-cv-01778-PTG-WBP

Susan Beals, et al.,

    Defendants

_____/

**NOTICE OF APPEARANCE**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for all Defendants.

Respectfully Submitted,

By: /s/ Calvin C. Brown
Calvin C. Brown (VSB No. 93192)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-4933
Facsimile: (804) 371-2087
cbrown@oag.state.va.us
Counsel for Defendants

Jay Jones
Attorney General of Virginia

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                  /s/ Calvin C. Brown