**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

VIRGINIA COALITION FOR
IMMIGRANT RIGHTS, *et al.*,

      *Plaintiffs*,

      v.

SUSAN BEALS, in her official capacity as
Virginia Commissioner of Elections, *et al.*,

      *Defendants*.

Case No. 1:24-cv-01778
Judge Patricia Tolliver Giles

**JOINT MOTION FOR EXTENSION OF TIME TO DEPOSE EXPERT WITNESSES
AND FOR RESPONSES TO OUTSTANDING WRITTEN DISCOVERY REQUESTS**

Defendants Steven Koski, in his official capacity as Virginia Commissioner of Elections;

Rosalyn R. Dance, in her official capacity as Vice-Chairman of the State Board of Elections;

Georgia Alvis-Long, in her official capacity as Secretary of the State Board of Elections;

Christopher P. Stolle, in his official capacity as a member of the State Board of Elections; John

Chapman Petersen, in his official capacity as a member of the State Board of Elections; and Jay

Jones, in his official capacity as Virginia Attorney General (collectively "Defendants") and

Plaintiffs Virginia Coalition for Immigrant Rights ("VACIR"), League of Women Voters of

Virginia ("LWVVA"), African Communities Together ("ACT"), Rina Shaw, and Genet Shiferaw

(collectively "Plaintiffs"), respectfully move this Court pursuant to Federal Rules of Civil

Procedure 16(b)(4) and 6(b)(1), as well as Local Rule 37(f), for a limited extension of the discovery

deadline for the purpose of completing the depositions of the Plaintiffs' expert, Dr. Michael P.

1

McDonald ("Dr. McDonald") and serving responses to currently outstanding written discovery requests. The parties state as follows:

### I.      Background

The discovery deadline in this matter is currently set for March 30, 2026 (the "Deadline"). (ECF No. 218). The parties have diligently pursued discovery throughout the discovery period. Despite these good faith efforts, certain written discovery requests remain outstanding, and the parties have been unable to schedule the deposition of Plaintiffs' expert witness.

Plaintiffs' expert, Dr. Michael P. McDonald, is unavailable for deposition prior to the close of discovery on March 30, 2026. The parties have conferred and agreed that Dr. McDonald's deposition should be scheduled within thirty days of March 30, 2026. They also agree that the deadline to respond to the currently outstanding written discovery requests should be extended by thirty days.

### II. Legal Standard

Under Rule 16(b)(4) of the Federal Rules of Civil Procedure, a scheduling order may be modified upon a showing of good cause and with the Court's consent. The good cause inquiry focuses primarily on the diligence of the party seeking the modification. *Reese v. Virginia Int'l Terminals, Inc.*, 286 F.R.D. 282, 285 (E.D. Va. 2012).

### III. The Parties have Been Diligent, and the Narrow Extension Will Not Prejudice Any Party.

The parties have been diligent in pursuing all discovery within the Deadline and now request a limited extension of the discovery deadline through April 29, 2026, solely for the purpose of completing the deposition of Dr. McDonald and to complete responses to outstanding discovery already served. The parties do not seek to extend the discovery deadline for any other purpose. No

additional discovery of any kind regarding the claims not currently stayed by Defendants' interlocutory appeal to the United States Court of Appeals for the Fourth Circuit may be propounded beyond the current deadline of March 30, 2026.

This limited request is made with the consent of all parties, will not prejudice either side, and will allow the deposition and already outstanding written discovery to be completed in time for trial while avoiding unnecessary expense and additional motion practice.

### IV. The Parties Consent to This Motion

Undersigned counsel for all parties have conferred regarding this motion and jointly consent to the relief requested herein. No party opposes this motion.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court enter an Order granting a limited extension of the discovery deadline through and including April 29, 2026, for the limited purposes described above, and for such other and further relief as this Court deems just and proper.

Date: March 30, 2026                    Respectfully submitted,


    */s/    Ana C. Franzoni*
Cullen D. Seltzer (VSB No. 35923)
Heather Hays Lockerman (VSB No. 65535)
Ana C. Franzoni (VSB No. 99352)
SANDS ANDERSON PC
919 East Main Street, Suite 2300
P.O. Box 1998
Richmond, Virginia 23219
Office: (804) 648-1636
Fax: (804) 783-7291
cseltzer@sandsanderson.com
hlockerman@sandsanderson.com
afranzoni@sandsanderson.com
*Counsel for Defendants*

3

*/s/   Shanna Ports*

Shanna Ports (VSB No. 86094)
Danielle Lang*
Brent Ferguson*
Simone Leeper*
Katherine Hamilton*
Nithin Venkatraman*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
sports@campaignlegalcenter.org
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
sleeper@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
nvenkatraman@campaignlegalcenter.org

Benjamin L. Berwick*
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

John Powers*
Hani Mirza*
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850
Washington, D.C. 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

Ryan Snow*
Javon Davis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, DC 20005
(202) 662-8600
rsnow@lawyerscommittee.org
jdavis@lawyerscommittee.org

Orion Danjuma*

4

John Paredes*
THE PROTECT DEMOCRACY PROJECT, INC.
82 Nassau Street, # 601
New York, NY 10038
Telephone: (202) 579-4582
orion.danjuma@protectdemocracy.org
john.paredes@protectdemocracy.org

Anna Dorman*
THE PROTECT DEMOCRACY PROJECT, INC.
200 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
anna.dorman@protectdemocracy.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/     Ana C. Franzoni