# EXHIBIT 1

 **Outlook**

---

### RE: Virginia Coalition for Immigrant Rights v. Beals, Case No. 1:24-cv-01778

---

**From** Brent Ferguson <bferguson@campaignlegalcenter.org>

**Date** Wed 10/16/2024 5:03 PM

**To** Gary Lawkowski (Dhillon Law) <GLawkowski@dhillonlaw.com>; Shanna Ports <sports@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Kevin Hancock <KHancock@campaignlegalcenter.org>; Simone Leeper <SLeeper@campaignlegalcenter.org>

**Cc** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>; Jonathan Shaw (Dhillon Law) <JShaw@dhillonlaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>

Hi Gary,
Plaintiffs will oppose. If you think it's necessary to meet, we can find a time that works for a phone call.
Brent

---

**From:** Gary Lawkowski (Dhillon Law) <GLawkowski@dhillonlaw.com>
**Sent:** Wednesday, October 16, 2024 12:26 PM
**To:** Shanna Ports <sports@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Kevin Hancock <KHancock@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; Simone Leeper <SLeeper@campaignlegalcenter.org>
**Cc:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>; Jonathan Shaw (Dhillon Law) <JShaw@dhillonlaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
**Subject:** Virginia Coalition for Immigrant Rights v. Beals, Case No. 1:24-cv-01778

My name is Gary Lawkowski, I am writing on behalf of the Republican National Committee. The RNC is planning to file a Motion to Intervene in the above captioned matter. What would the Plaintiffs' position be on such Motion and/or are you available to confer by phone regarding this matter?

Thank you very much for your time and attention to this matter, I greatly appreciate it.

Sincerely,

*Gary M. Lawkowski*
Partner
Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
703-574-1654
GLawkowski@dhillonlaw.com

*This communication and any attachments may contain information that is confidential, privileged, or otherwise protected by law and are only intended for use by the person to whom they are addressed. If you are not the intended recipient, do not copy, disclose, disseminate, or otherwise distribute this communication or any attachments. If you have received this communication in error, please contact the sender as soon as possible and delete this message and any attachments.*