**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| VIRGINIA COALITION FOR IMMIGRANT RIGHTS *et al.*,<br><br>         *Plaintiffs*,<br><br>  v.<br><br>SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*,<br>         *Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE,<br><br>  *Proposed Intervenor-Defendant*. | Case No: 1:24-cv-01778 |

**NOTICE OF WAIVER OF ORAL ARGUMENT**

Pursuant to Local Rule 7(E) and (J), the RNC submits its Motion to Intervene (Doc. 234) on the papers. The RNC does not request or require oral argument, unless it would please this Court otherwise. Counsel for the RNC conferred with counsel for Plaintiffs and Defendants and they both consent to having the Court decide the motion without oral argument.

Dated: April 16, 2026

Respectfully submitted,

*/s/ Thomas R. McCarthy*
Thomas R. McCarthy (VSB #47154)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com

*Counsel for Proposed Intervenor-Defendant
The Republican National Committee*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2026, I e-filed this document on ECF, which will email everyone requiring service.

*/s/ Thomas R. McCarthy*

2