**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

VIRGINIA COALITION FOR IMMIGRANT
RIGHTS, et al.,

    *Plaintiffs*,

        v.

STEVEN KOSKI, in his official capacity as
Virginia Commissioner of Elections, et al.,

    *Defendants*.

Case No. 1:24-cv-01778
Judge Patricia Tolliver Giles

## STIPULATION OF DISMISSAL

Plaintiffs, with the stipulation of Defendants, and pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, hereby dismiss this action as follows, with each party to bear its

own costs. Counts 1 and 4 are dismissed with prejudice. Count 2 is dismissed without prejudice.


Date:   April 17, 2026

                                 Respectfully submitted,

Ryan Snow*
Javon Davis*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street, NW, Ste. 900
Washington, DC 20005
(202) 662-8600
rsnow@lawyerscommittee.org
jdavis@lawyerscommittee.org

Orion Danjuma*
John Paredes*
THE PROTECT DEMOCRACY PROJECT, INC.
82 Nassau Street, # 601

/s/ Shanna Ports
Shanna Ports (VSB No. 86094)
Danielle Lang*
Brent Ferguson*
Simone Leeper*
Katherine Hamilton*
Alexis Grady*
Nithin Venkatraman*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
sports@campaignlegalcenter.org
dlang@campaignlegalcenter.org

1

New York, NY 10038
Telephone: (202) 579-4582
orion.danjuma@protectdemocracy.org
john.paredes@protectdemocracy.org


Benjamin L. Berwick*
Anna Dorman*
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org
anna.dorman@protectdemocracy.org

bferguson@campaignlegalcenter.org
sleeper@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
agrady@campaignlegalcenter.org
nvenkatraman@campaignlegalcenter.org


John Powers*
Hani Mirza*
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850
Washington, D.C. 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org


*Attorneys for Plaintiffs Virginia Coalition
for Immigrant Rights, League of Women
Voters of Virginia, African Communities
Together, Rina Shaw, and Genet Shiferaw*

*Admitted pro hac vice*

STEVEN KOSKI, in his official capacity as Virginia Commissioner of Elections, JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections, ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections, GEORGIA ALVIS- LONG, in her official capacity as Secretary of the State Board of Elections, CHRISTOPHER P. STOLLE and SALLY HUDSON, in their official capacities as members of the State Board of Elections, and JAY C. JONES, in his official capacity as Virginia Attorney General

By Counsel

/s/ Heather Hays Lockerman
Cullen D. Seltzer (VSB No. 35923)
Heather Hays Lockerman (VSB No. 65535)
Ana C. Franzoni (VSB No. 99352)
SANDS ANDERSON PC
919 East Main Street, Suite 2300
P.O. Box 1998
Richmond, Virginia 23219
Office: (804) 648-1636
Fax: (804) 783-7291
cseltzer@sandsanderson.com
hlockerman@sandsanderson.com
afranzoni@sandsanderson.com
Counsel for Defendants

3

## CERTIFICATE OF SERVICE

I certify that on April 17, 2026, I electronically served the above document on counsel of record via email.

/s/ Shanna Ports
Shanna Ports